**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Unrivaled Brands, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Terra Tech Corp** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-3062661** |

4.   **Debtor's address**

**Principal place of business**

**11516 Downey Ave.**
**Downey, CA 90241**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.   **Debtor's website** (URL)   _____

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Unrivaled Brands, Inc.**                                    Case number (if known) _____
            Name

**7.**  **Describe debtor's business**    A. Check one:

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. Check all that apply

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
    http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. Check all that apply:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

    District _____    When _____    Case number _____
    District _____    When _____    Case number _____

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ■ Yes.

Debtor    **Unrivaled Brands, Inc.**                                Case number *(if known)* _____
_____
Name

| | | | | |
|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | **Halladay Holding, LLC** | Relationship | **Affilliate** |
| | District | **Central District of California** | When | **11/06/24** | Case number, if known |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Unrivaled Brands, Inc.**                                          Case number (*if known*)
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 6, 2024**
              MM / DD / YYYY

**X**
Signature of authorized representative of debtor          **Sabas Carrillo**
                                                         Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   **X**
                                Signature of attorney for debtor          Date  **November 6, 2024**
                                                                                MM / DD / YYYY

**John Patrick M. Fritz 245240 State of California**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
Firm name

**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone   **(310) 229-1234**   Email address   **jpf@lnbyg.com**

**245240 State of California CA**
Bar number and State

---

Fill in this information to identify the case:

Debtor name **Unrivaled Brands, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■ Other document that requires a declaration    **List of Equity Security Holders; Verification of Creditor Mailing List**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 6, 2024**    X _____
    Signature of individual signing on behalf of debtor

    **Sabas Carrillo**
    Printed name

    **Chief Executive Officer**
    Position or relationship to debtor

**ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF
DIRECTORS OF UNRIVALED BRANDS, INC.,**
A NEVADA CORPORATION

October 31, 2024

The undersigned, being all the members of the Board of Directors (the "Board") of Unrivaled Brands, Inc., a Nevada corporation (the "Company"), hereby adopt the following recitals and resolutions by written consent hereto, effective as of October 31, 2024:

**Resolution Authorizing Chapter 11 Bankruptcy Filing By Unrivaled Brands, Inc.**

WHEREAS, the Board has deemed it in its best interest of the Company to file a petition under the provisions of Chapter 11 of the bankruptcy code;

NOW, THEREFORE, BE IT RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on November 4, 2024, or the first possible date thereafter as determined by the Designated Officer (as defined below) upon the advice of counsel;

BE IT FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") shall be retained as lead bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYG as lead bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

BE IT FURTHER RESOLVED, that Sabas Carrillo, or his designee ("Carrillo"), shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

BE IT FURTHER RESOLVED, that as the Designated Officer, Carrillo is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

BE IT FURTHER RESOLVED, that as the Designated Officer, Carrillo is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Carrillo deems appropriate for the Company;

Docusign Envelope ID: 549B4583-30E6-44B1-A6C8-4E67089630F4

BE IT FURTHER RESOLVED, that this resolution shall be effective immediately upon its adoption, shall be recorded in the minute book of the Company, and shall constitute a part of the permanent records of the Company.

The undersigned agree that the actions taken by this Written Consent shall have the same force and effect as though taken as a meeting duly noticed and held. The undersigned further agree that a copy of this Written Consent shall be filed with the corporate records of the Company and made a part thereof.

This Written Consent may be executed in counterparts with the same effect as if all parties hereto had executed the same document.

[*Remainder of this page intentionally left blank; signature page follows*]

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed this Written Consent as of the date first written above.

Signed by:

*Sabas Carrillo*
CB70FD06D3B9400...
Sabas Carrillo

Signed by:

*Matthew T Barron*
6169B0B12CA8468...
Matthew Barron

Signed by:

*James Miller*
C01ACFF0C18D476...
James Miller

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Unrivaled Brands, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **People's California, LLC 3843 S BRISTOL STREET #614 Santa Ana, Ca 92704** | | | **Disputed** | | | **$14,821,140.00** |
| **Fusion LLF, LLC 80 Broad ST New York, NY 10004** | | | **Disputed** | | | **$4,550,000.00** |
| **Arthur Chan 1055 Clay Street San Fransisco, Ca 94108** | | | | | | **$3,107,500.00** |
| **Greenlane Holdings, LLC C/O Wallin & Russell LLP 26000 Towne Centre Drive Suite 130 Foothill Ranch, Ca 92610** | | | | | | **$1,858,398.00** |
| **Dominion Capital, LLC 256 West 38th St 15th FL New York, NY 10018** | | | | | | **$1,753,000.00** |
| **Silver Streak Sterling Harlan 7273 Kara Drive Sacramento, Ca 92528** | | | | | | **$1,173,601.00** |
| **No Smoking Allowed Except Turn, LLC 125 W. LA CADENA DR. Riverside, Ca 92501** | | | **Disputed** | | | **$600,000.00** |

| Debtor | **Unrivaled Brands, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Manatt, Phelps & Phillips, LLP 2049 Century Park East Los Angeles, CA 90067** | | | | | | **$599,926.13** |
| **1149 South LA Street Fashion District 3435 WILSHIRE BL STE 2820 Los Angeles, Ca 90010** | | | **Disputed** | | | **$580,000.00** |
| **Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531** | | | | | | **$540,159.44** |
| **Thompson Hine 335 Madison Avenue 12th Floor New York, NY 10017** | | | | | | **$535,955.77** |
| **Buchalter 1000 Wilshire Blvd #1500 Los Angeles, CA 90017** | | | | | | **$392,576.10** |
| **Gateway Acceptance Co P.O. Box 4053 Concord, CA 94524** | | | | | | **$379,106.98** |
| **Silver Streak Matthew Guild 4264 Powerline Rd Olivehurst, Ca 95961** | | | | | | **$293,387.00** |
| **Glaser Weil Fink Howard Johnson, et al. 10250 Constellation Boulevard 19th Floor Los Angeles, Ca 90067** | | | **Disputed** | | | **$280,000.00** |
| **Marcum, LLP 600 Anton Blvd Suite 1600 Costa Mesa, CA 92626** | | | | | | **$192,746.11** |

Debtor  **Unrivaled Brands, Inc.**                                    Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Joe Gerlach**<br>**895 Airport Drive**<br>**Cave Junction, OR**<br>**97523** | | | | | | **$186,224.00** |
| **Baker and Hostetler**<br>**P.O Box 70189**<br>**Cleveland, OH**<br>**44190-0189** | | | | | | **$153,999.91** |
| **Mayer Brown LLP**<br>**311 W. Monroe**<br>**Street, STE. 600**<br>**Chicago, IL 60606** | | | | | | **$150,570.80** |
| **WGS Group, Inc**<br>**9454 Wilshire Blvd**<br>**Beverly Hills, Ca**<br>**90212** | | | | | | **$135,572.42** |

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re    **Unrivaled Brands, Inc.**

|                          |          |          |
|--------------------------|----------|----------|
| Debtor(s)                | Case No. |          |
|                          | Chapter  | **11**   |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Blum Holdings, Inc.**<br>**11516 Downey Ave.**<br>**Downey, CA 90241** | **100% Sole Shareholder** | **Blum Holdings Inc. ($BLMH on OTC market)** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 6, 2024**

Signature    Sabas Carrillo

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ____Downey____ , California.

Date:    **November 6, 2024**

**Sabas Carrillo**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

_October 2018_                     _Page 1_        **F 1015-2.1.STMT.RELATED.CASES**

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**John Patrick M. Fritz 245240 State of California**
**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
**(310) 229-1234**
California State Bar Number: **245240 State of California CA**
**jpf@lnbyg.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>        **Unrivaled Brands, Inc.** | CASE NO.:<br><br>CHAPTER: **11** |
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|                                        Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**25**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **November 6, 2024**

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **November 6, 2024**

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                 **F 1007-1.MAILING.LIST.VERIFICATION**

Unrivaled Brands, Inc.
11516 Downey Ave.
Downey, CA 90241


John Patrick M. Fritz
Levene, Neale, Bender, Yoo & Golubchik L.L.P.
2818 La Cienega Ave.
Los Angeles, CA 90034


1149 South LA Street Fashion District
3435 WILSHIRE BL STE 2820
Los Angeles, Ca 90010


1848 Newport WAM TIC, LLC
17752 Fitch
Irvine, CA 94612


414 Lesser Street, LLC
c/o Avison Young
San Diego, CA 92121


ACCO Engineered Systems, Inc
PO Box 847360
Los Angeles, CA 90084-7360


Adnant, LLC
11516 Downey Ave
Downey, Ca 90241


ADP Screening & Selection Services, Inc.
PO Box 645177
Cincinnati, OH 45264

ADT
P.O. Box 371878
Pittsurgh, PA 15250-7878

AEI Consultants
2500 Camino Diablo
Walnut Creek, CA 94597

Affordable Security Shutters
2213 Silver Fox Circle
Fairfield, CA 94534

Alameda County
1221 Oak St
Room 131
Oakland, CA 94612

Alameda County Environmental Health
PO BOX N
Alameda, CA 94501

Amaren Group
260 Newport Center Drive,
Newport Beach, CA 92660

AP Triton Consulting
1851 Heritage Ln.
Suite 138
Sacramento, CA 95815

Archer Public Affairs
P.O. Box 280
Trenton, NJ 08602

Architectural Dimensions
801 Ygnacio Valley Road
Road Suite 230
Walnut Creek, CA 94596


Arthur Chan
1055 Clay Street
San Fransisco, Ca 94108


Arturo Manuel Sanchez
224 Riverbrook Way
Sacramento, CA 95831


Assets Empire LLC
6763 W Charleston Blvd
Las Vegas, NV 89146


Auroral Group LLC
2618 San Miguel Drive
#480
Newport Beach, CA 92660


B&B Mechanical Services Inc
1040 Serpentine Lane
#202
Pleasanton, CA 94566


Baker and Hostetler
P.O Box 70189
Cleveland, OH 44190-0189


Bay Air Systems Inc
1300 Galaxy Ave
Suite 9
Concord, CA 94520

Bay Alarm Company
PO Box 51041
Los Angeles, CA 90051-5337


Biotherm Hydronic, Inc
476 Primero Ct.
Cotati, CA 94931


Birddog HR
4453 NW Urbandale Dr
Des Moines, IA 50322


Brent N Robbins CPA
5015 Birch St.
Newport Beach, CA 92660


Broadridge ICS
PO Box 416423
Boston, MA 02241-6423


Buchalter
1000 Wilshire Blvd
#1500
Los Angeles, CA 90017


Burns & Levinson LLP
125 High Street
Attn: Finance Department
Boston, MA 02110


C&H Capital Inc.
2020 Stone Meadow Way
Cumming, GA 30041

California Department of Financial
Protection and Innovation
2101 Arena Boulevard
Sacramento, CA 95834


Capitol Services
206 E 9th St
Suite 1300
Austin, TX 78701


City of Irvine
Business License Division
Irvine, CA 92623


Clark Hill PLC
500 Woodward Ave,
Suite 3500
Detroit, MI 48226


Clean Mist Disinfecting
245 N Pageant St
Anaheim, CA 92807


Colorado Nine LLC
515 East 72nd St, 25F
New York, NY 10021


Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068


Cornman & Swartz
P.O. Box 10604
Newport Beach, CA 92658

County of Alameda, Wts. & Measures
224 W. Winton Avenue
Hayward, CA 94544


County of Orange
PO Box 4005
Santa Ana, CA 92702-1438


Crawford Integrated Technologies
3307 Pinole Valley Road
Pinole, CA 94564


CrossPlans
23041 Avenida de la Carlota
#300
Laguna Hills, CA 92653


Crowe LLP
PO Box 51660
Los Angeles, CA 90051-5960


CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349


CT Lien Solutions
P.O. Box 301133
Dallas, TX 75303


Culhane, Meadows, Haughian, & Walsh, PLL
PO Box 49716
Atlanta, GA 30359

CV Resources
8583 Irvine Center Drive
#405
Irvine, CA 92618


Cybba Inc
580 Harrison Ave
Suite 401
Boston, MA 02118


Dallas Imbimbo
17595 Harvard Avenue
#C552
Irvine, CA 92614


Delaware Secretary of State
Division of Corporations
Binghamton, NY 13902-5509


DLA Piper LLP
666 Burrard Street,
Suite 2800
Vancouver, BC V6C 2Z7


DLC
20750 Ventura Blvd., Suite 300
Woodland Hills, CA 91364


Dominion Capital, LLC
256 West 38th St
15th FL
New York, NY 10018


Douglas Wilson Companies
1620 Fifth Ave, Suite 400
San Diego, CA 92101

Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103-4196


E&E Electronic Engineering Research Inc
12346 Valley Blvd
Unit #E
El Monte, CA 91732


Elevated Equipment Supply
2651 E. 45th St
Vernon, CA 90058


Elite Security Group Inc.
640 Bailey RD
#124
Pittsburg, CA 94565


Empyreal Enterprises LLC
2000 Oxford Drive,
Suite 440
Bethel Park, PA 15102


Engin8 LLC
4701 Victoria Beach Way
Las Vegas, NV 89130


ENTRC Inc. dba Canix
2261 Market Street
Ste 5049
San Francisco, CA 94114


Envirocheck
2211 West Orangewood Ave
Orange, CA 92868

Equisolve
3500 SW Corporate Parkway
Suite 206
Palm City, FL 34990


Eric Baum
210 N Church Street
Unit 2914
Charlotte, NC 28202


Face and Body Inc
1900 Midway Lane
Smyrna, TN 37167


Fairway Medical Plaza, LLC
1911 Fairway Dr
San Leandro, CA 94577


FFG Valuations
535 Anton Blvd
Suite 1050
Costa Mesa, CA 92626


FinancialForce, Inc
595 Market Street,
Suite 2700
San Francisco, CA 94105


Fire & Security Co
1152 Beach Street
Oakland, CA 94608


Ford Credit
P.O. Box 552679
Detroit, MI 48255

Fox Rothschild LLP
33 Arch Street, Suite 3110
Boston, MA 02110


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531


Fusion LLF, LLC
80 Broad ST
New York, NY 10004


Gateway Acceptance Co
P.O. Box 4053
Concord, CA 94524


Glaser Weil Fink Howard Johnson, et al.
10250 Constellation Boulevard
19th Floor
Los Angeles, Ca 90067


Go To Premium Finance
6200 Canoga Ave
Suite 400
Woodland Hills, CA 91367


Goodwin Procter LLP
100 Northern Ave
Boston, MA 02210


Green Engineers
1031 Marengo Dr
Glendale, CA 91206

Greenlane Holdings, LLC
C/O Wallin & Russell LLP
26000 Towne Centre Drive Suite 130
Foothill Ranch, Ca 92610


H2S Engineers Inc
1124 N Boatswain Circle
Anaheim, CA 92801


Halladay Holding, LLC
11516 Downey Ave.
Downey, CA 90241


Hay & Associates
15455 an Fernando Mission Blvd
Suite 202
Mission Hills, CA 91345


Henry C. Levy
1221 Oak Street
Room 131
Oakland, CA 94612-4285


Henry G. Wykowski & Associates
Attn: Henry Wykowski
San Francisco, CA 94104


Ice Systems, Inc.
100 Patco Court
Unit 9
0, 0


InCorp Services Inc
3773 Howard Hughes Parkway,
Suite 500S
Las Vegas, NV 89169

Inova Employee Assistance
3949 Pender Dr.
Suite 310
Fairfax, VA 22030


Intelligent Discovery Solutions, Inc
3000 K Street NW
Suite 330
Washington, DC 20007


Janus Capital Law Group
Attn: Deron Colby
22 Executive Park, Suite 250
Irvine, CA 92614


Joe Gerlach
895 Airport Drive
Cave Junction, OR 97523


Jolie Kahn
12E. 49th Street
11th Floor
New York, NY 10017


KCSA Strategic Communications, Inc.
420 Fifth Ave.
3rd Floor
New York, NY 10018


Kling Consulting Group
18008 Sky Park Circle
Circle Suite 250
Irvine, CA 92614


Knobbe, Martens, Olsen & Bear
2040 Main St.
14th Floor
Irvine, CA 92614

Ladd Partners
PO Box 8593
San Jose, CA 95155


Leafly Holdings, Inc.
PO Box 92116
Las Vegas, NV 89193-2116


Locam LLC
8108 CALIFORNIA CITY BLVD
California City, CA 93505


Manatt, Phelps & Phillips, LLP
2049 Century Park East
Los Angeles, CA 90067


MARCA Strategic
3891 Vrain St.
Denver, CO 80212


Marcum, LLP
600 Anton Blvd
Suite 1600
Costa Mesa, CA 92626


Master Bango
5355 Skylane Blvd
Santa Rosa, CA 95403


Mayer Brown LLP
311 W. Monroe Street, STE. 600
Chicago, IL 60606

Miller Nash
111 SW 5th Avenue, Suite 3400
Portland, OR 92704


Mobile Notary Public
211 N Sycamore St
Santa Ana, CA 92701


Monzo HVAC Consulting
1495 Driftwood Circle
Fairfield, CA 94534


More Consulting
96 West 2nd Street
Morgan Hill, CA 95037


MX2 Global Protection, Inc.
27472 Portola Pkwy,
Suite 205-314
Foothill Ranch, CA 92610


New Age Compassion Care Center, Inc.
350 W Martin Luther King Jr Blvd
Los Angeles, CA 90037


New York State Insurance Fund
199 Church St
New York, NY 10007


Nison Consulting
444 Baist Sr.
Sayreville, NJ 08872

No Smoking Allowed Except Turn, LLC
125 W. LA CADENA DR.
Riverside, Ca 92501


Nossaman
777 South Figueroa Street
34th Floor
Los Angeles, CA 90017


Okamoto Structural Engineering
3186 Airway Ave
Suite F
Costa Mesa, CA 92626


Omni Real Estate IX LLC
1212 S Flower Street
Los Angeles, CA 90015


Orange County Heritage Council
1754 W. Willits Street
Santa Ana, CA 92703


OTC Markets Group, Inc.
304 Hudson St.
2nd Floor
New York, NY 10013-1015


Oxford & Bond LLC
9249 S Broadway
Highlands Ranch, CO 80129


Pacific Plumbing Systems, Inc
2120 Adams Aveenue
San Leandro, CA 94577

Paradise Village Associates NF LLC
2000 McKinney Ave
Dallas, TX 75201


PAS, Inc
10804 Bigge Street
San Leandro, CA 94577


Paycom Payroll LLC
7501 W. Memorial Rd
Oklahoma City, OK 73142


Payne & Fears
4 Park Plaza
Suite 1100
Irvine, CA 92614


PCAOB
1666 K Street NW
Suite 300
Washington, DC 20006


People's California, LLC
3843 S BRISTOL STREET
#614
Santa Ana, Ca 92704


People's Properties Riverside, LLC
125 E. La Cadena Drive
Riverside, CA 92501


Pliris Design Studio
9270 Onesto Ave
Las Vegas, NV 89148

Precision Advocacy Group LLC
915 L St.
Suite C-445
Sacramento, CA 95814


Precision Air & Refrigeration LLC
1901 Golden Delicious Ct
Bakersfield, CA 93312


Price Caspino LLP
Attn: Michael W. Caspino
30442 Esperanza
Rancho Santa Margarita, CA 92688


Print Zone Plus
432 W Broadway
Glendale, CA 91204


Pro-Tech Electric
PO Box 986
Corona, CA 92878


Proactive Investors LLC
767 3rd Avenue
New York, NY 10017


Progressive
300 North Commons Blvd
Mayfield Village, OH 44143


Reach Headwear
2848 Leonis Blvd
Vernon, CA 90058

Reno Print Store
280 Greg St.
#5
Reno, NV 89502


Revenue River LLC
2081 Youngfield St
Golden, CO 80401


Sam's Signs Neon & Electrical, Inc
16719 E. 14th St.
-, 0


Sectran Security Inc
PO Box 227267
Los Angeles, CA 90022


Shawn Lambert HVAC Inc
PPO Box 1866
Huntington Beach, CA 92647


Shout Public Relations, Inc.
1032 W. 18th St.
Suite A-4
Costa Mesa, CA 92627


Shred-It
28883 Network Place
Chicago, IL 60673-1288


Silver State Elevator Co
PO Box 5309
Reno, NV 89513

Silver Streak Matthew Guild
4264 Powerline Rd
Olivehurst, Ca 95961


Silver Streak Sterling Harlan
7273 Kara Drive
Sacramento, Ca 92528


SK Builders
300 Frank H Ogawa Plaza.
#386
Oakland, CA 94612


Sklar Williams PLLC
410 South Rampart Boulevard
Suite 350
Las Vegas, NV 89145


Slater Builders Inc.
3100-B Pullman St
Costa Mesa, CA 92625


Sonitrol Orange County
1334 Blue Oaks Blvd.
Roseville, CA 95678


Sparkletts
PO Box 660579
Dallas, TX 75266


Spectrum Business
PO BOX 60074
Saint Louis, MO 63131

Spektor Security Solutions
430 South Empire St
Anaheim, CA 92804


Springbig Inc
621 NW 53rd St
Suite 260
Boca Raton, FL 33487


SSBC Owners Association
8600 Technology Way,
#170
Reno, NV 89521


Stanley Convergent Security
Solutions Inc.
Dept. CH 10651
Palatine, IL 60055


State of New Jersey
P.O. Box 929
Trenton, NJ 08646-0929


State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812


Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036


Sterling Consulting Solution LLC
6853 Copper Glen Circle
Roseville, CA 95678

Strategies 360
1505 Westlake Ave
N Suite 1000
Seattle, WA 98109


Suburban Propane
240 Route 10 West
Whippany, NJ 07981


Sullivan & Worcester LLP
PO BOX 842482
New York, NY 10019


Surfside Solutions Inc.
64 Wooster St. FL 2
New York, NY 10012


Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403


Taz Plumbing
407 Whitney St
San Leandro, CA 94577


Teamviewer
5741 Rio Vista Drive
Largo, FL 33760


Terminix Pest Control
P.O. Box 742592
Cincinnati, OH 45274-2592

The Cult Creatives, LLC
2801 East Spring St
#275
Long Beach, CA 90808


The Production Truck Inc.
1120 Chestnut St.
Burbank, CA 91506


The Toll Roads
P.O. Box 57011
Irvine, CA 92619-7011


Thomas Love
385 S Lemon Ave
#234
Walnut, CA 91789


Thompson Hine
335 Madison Avenue
12th Floor
New York, NY 10017


Todi Tech
9265 Research Drive
Irvine, CA 92618


Toshiba Business Solutions, USA
File 57202
Los Angeles, CA 90074-7202


Toshiba Financial Services
P.O. Box 790448
ST Louis, MO 63179

Towns & Country Event Rentals, Inc
7725 Airport Business Park Way
Van Nuys, CA 91406


UniFirst Corp
14266 Catalina Street
San Leandro, CA 94577


United Lock and Security, Inc
3401 Sirius Ave
Suite 9
Las Vegas, NV 89102


Valvoline Instant Oil Change
P.O. Box 74008513
Chicago, IL 60674


Vegas Godspeed, LLC
6763 W. Charleston Blvd.
Las Vegas, NV 89146


Verizon Wireless
PO BOX 660108
Dallas, TX 75266-0108


Vicente Sederberg LLP
455 Sherman St
Suite 390
Denver, CA 80203


Vyanet Security
Lock Pox 912730
Pasadena, CA 91110

Washoe County Treasurer
P.O. Box 30039
Reno, NV 89520-3039


WCC MGMT LLC
2505 Front St
W Sacramento, CA 95691


We Architects Group
7545 Irvine Center Dr.
Suite 200
Irvine, CA 92618


Westland Mechanical, LLC
12223 Highland Avenue
#106-569
Rancho Cucamonga, CA 91739


Wex Bank
P.O. Box 4337
Carol Stream, IL 60197-4337


WGS Group, Inc
9454 Wilshire Blvd
Beverly Hills, Ca 90212


Wolf Rifkin Sharpiro Schulman & Rabkin
11400 W. Olympic Blvd.
9th Floor
Los Angeles, CA 90064


Woodruff-Sawyer & Co.
P.O. Box 45057
SAN FRANCISCO, CA 94145-9950

Workiva Inc.
2900 University Blvd
Ames, IA 50010


YHLA Architects
1617 Clay Street
Oakland, CA 94612


Zuber Lawler Del Duca LLP
350 S Grand Ave
Ave Suite 3200
Los Angeles, CA 90071

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **John Patrick M. Fritz 245240 State of California**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **245240 State of California CA**<br>**jpf@lnbyg.com** | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Unrivaled Brands, Inc.**<br><br>                                        Debtor(s),<br><br>                        Plaintiff(s),<br><br><br><br><br><br><br><br>                                        Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    __John Patrick M. Fritz 245240 State of California__    , the undersigned in the above-captioned case, hereby declare
                        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.         I have personal knowledge of the matters set forth in this Statement because:
☐ I am the president or other officer or an authorized agent of the Debtor corporation
☐ I am a party to an adversary proceeding
☐ I am a party to a contested matter
■ I am the attorney for the Debtor corporation

2.a.   ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
See Addendum

b.    ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

__November  6, 2024__
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **John Patrick M. Fritz 245240 State of California**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Blum Holdings, Inc.**
**11516 Downey Ave.**
**Downey, CA 90241**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**