| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN-PATRICK M. FRITZ (SBN 245240)<br>ROBERT M. CARRASCO (SBN 334642)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email:   JPF@LNBYG.COM; RMC@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor and Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>UNRIVALED BRANDS, INC.<br>_____<br>HALLADAY HOLDING, LLC<br>_____<br>   Affects both Debtors<br><br>Debtor(s). | CASE NO.: 2:24-bk-19127-BB    [Lease Case]<br>CHAPTER: 11<br><br>Jointly Administered with Halladay Holding, LLC<br>(Case No: 2:24-bk-19128-BB)<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 12/04/2024 | **Time:** 10:00 am |
|---|---|
| **Location:**  Courtroom 1539, 255 E. Temple Street, Los Angeles, CA  90012 | |

**Type of Sale**:   ☒ Public    ☐ Private        **Last date to file objections**: 11/20/2024    at  p.m. (Pacific Time)

**Description of property to be sold**:
Commercial Real Property. 0.94 acres of land and approximately 24,468 square feet of improvements located at 3242 S. Halladay Street, Santa Ana, California, 92705 (APN 411-151-04).  The Property has a two-story flex building built in 1971 and renovated in 2020. See attached notice for more information.

**Terms and conditions of sale**:
See attached notice.

**Proposed sale price**:  $5,303,320. See Sale Terms set forth in Notice attached hereto.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* | Page 1 | **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*):**

None.  Debtor extensively marketed the Property for sale prepetition, and the offer is the best in the marketplace.  However, Debtor will submit reasonable overbids to the Court for consideration.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

Date:  December 4, 2024
Time:  10:00 a.m.
Place:  Courtroom 1539
255 E. Temple Street
Los Angeles, CA  90012

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Brokers: Stream Realty Partners, 3161 Michelson Drive, Suite 100, Irvine, CA 92612
Chad Dixon, Telephone:  949.371.5137;  Email: chad.dixon@streamrealty.com; Peter Joyce, Tel: (949) 402-8422, peter.joyce@streamrealty.com; Geoff Foley, Tel: (949) 656-7052, geoff.foley@streamrealty.com

Brokers: Marcus & Millichap Real Estate Investment Services, Inc.; Joshua Yaris, Tel: (818) 212-2665, jyaris@marcusmillichap.com; Martin D. Agnew, Tel: (818) 212-2774, magnew@marcusmillichap.com; Ryan Rothstein-Serling, Tel: (818) 212-2725, rserling@marcusmillichap.com

Debtor's Attorneys: LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P., Attention: John-Patrick M. Fritz, 310-229-1234, JPF@LNBYG.COM, 2818 La Cienega Avenue, Los Angeles, CA 90034

Date:  11/08/2024

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                                    **F 6004-2.NOTICE.SALE**

JOHN-PATRICK M. FRITZ (SBN 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email:   jpf@lnbyg.com; rmc@lnbyg.com

Proposed Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC.,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>HALLADAY HOLDING, LLC,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects UNRIVALED BRANDS, INC. only<br><br>☐ Affects HALLADAY HOLDING, LLC only | Lead Case No.: 2:24-bk-19127-BB<br><br>Jointly administered with Halladay Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 Cases<br><br>**NOTICE OF DEBTORS' MOTION FOR AN ORDER:**<br>**(1)      APPROVING THE SALE OF THE DEBTORS' REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS;**<br>**(2)      FINDING THAT THE BUYER IS A GOOD FAITH PURCHASER;**<br>**(3)      AUTHORIZING AND APPROVING THE PAYMENT OF CERTAIN CLAIMS FROM SALE PROCEEDS;**<br>**(4)      WAIVING THE FOURTEEN-DAY STAY PERIOD SET FORTH IN BANKRUPTCY RULE 6004(h); AND**<br>**(5)      PROVIDING RELATED RELIEF; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF SABAS CARRILLO IN SUPPORT THEREOF**<br><br>Hearing:<br>  Date:    December 4, 2024<br>  Time:   10:00 a.m.<br>  Place:  Courtroom 1539<br>           255 E. Temple St.<br>           Los Angeles, CA 90012 |

      **PLEASE TAKE NOTICE** that a hearing will be held at the above-referenced date, time, and location to consider the "*Debtors' Motion for an Order: (1) Approving the Sale of the Debtors' Real Property Free and Clear of All Liens, Claims, Encumbrances, and Interests; (2) Finding that the Buer is a Good Faith Purchaser; (3) Authorizing and Approving the Payment of Certain Claims Form Sale Proceeds; (4) Waiving the Fourteen-Day Stay Period Set Forth in Bankruptcy Rule 6004(h); and (5) Providing Related Relief*" (the "Sale Motion") filed by Unrivaled Brands, Inc., a Nevada corporation ("Unrivaled") and Halladay Holding, LLC, a California limited liability company (the "Halladay" and with Unrivaled, collectively, the "Debtors"), the debtors and debtors in possession in the above-captioned, jointly administered chapter 11 bankruptcy cases, for the entry of an order (the "Sale Order") for the following requested relief:

      (1)    pursuant to 11 U.S.C. §§ 363(b) and (f), approving the sale of Halladay's real property located at 3242 S. Halladay Street, Santa Ana, California, 92705 (APN 411-151-04) (the "Property") to (a) Gordineer LLC or its successor/assignee (the "Buyer"), free and clear of any and all liens, claims, encumbrances, and interests, with the exception of Items 1-8, and 12-16 (the "Excepted Items") set forth in the preliminary title report for the Property (the "Title Report"), a true and correct copy of which is attached as **Exhibit 1** to the Sale Motion, provided that the claims of any taxing authorities or governmental units (as defined in 11 U.S.C. § 101(27)) apportioned to Halladay prior to the close of the sale that are secured by liens included in the non-Excepted Items shall be paid in full upon the close of escrow, for a purchase price of **$5,303,320.00** (the "Purchase Price"), pursuant to the Standard Offer, Agreement and Escrow Instructions for Purchase of Real Estate, first through fifth amendments thereto, and related sale documents (the "Purchase Agreement"), a true and correct copy of which is attached as **Exhibit 2** to the Sale Motion;

      (2)    pursuant to 11 U.S.C. § 363(m) finding that the Buyer or any Overbidder is a "good faith" purchaser entitled to the protections afforded under 11 U.S.C. § 363(m);

      (3)    authorizing the Debtors to pay from the proceeds of the sale of the Property out of escrow on closing (a) property taxes owed to the County of Orange to the extent that such claim is an allowed secured claim; (b) amounts owing to the senior secured lien holder LJ Capital Partners, et al. on the first deed of trust to the extent that such claim is an allowed secured

claim; (c) the claims of any taxing authorities or governmental units (as defined in 11 U.S.C. § 101(27)) apportioned to Halladay prior to the close of the sale that are secured by liens included in the non-Excepted Items; and (d) any other customary escrow closing fees and charges allocated to Halladay, including, but not limited to six percent (6.0%) commission to the Debtors' real estate broker;

(4) waiving the 14-day stay period set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure ("FRBP" and "Bankruptcy Rules") to enable the sale of the Property to close as quickly as possible; and

(5) providing such other relief as is appropriate under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that, on November 6, 2024 (the "Petition Date"), the Debtors commenced their bankruptcy cases by each filing a voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtors are operating their estates and managing their financial affairs as debtors in possession pursuant to Sections 1107 and 1108.

Halladay's primary asset is the Property. The Property is 0.94 acres of land and approximately 24,468 square feet of improvements located at 3242 S. Halladay Street, Santa Ana, California, 92705 (APN 411-151-04). The Property has a two-story flex building built in 1971 and renovated in 2020, located on a hard corner M1 zoned parcel, ideal for office space use, and positioned for an owner-user or investor. The Property's building has multiple large conference rooms, an extensive full kitchen/break area, and multiple glass executive suites, and it comes with 76 stalls for parking. Prepetition, on December 1, 2022, the Debtors entered into an agreement with Marcus & Millichap Real Estate Investment Services, Inc. ("MM") and Stream Realty-Orange County GP, Inc. ("Stream" and with MM, collectively, the "Agents") to list and sell the Property. A true and correct copy of the "Exclusive Right to Represent Owner for Sale or Lease of Real Property" between the Debtors and Agent is attached as **Exhibit 4** to the Sale Motion.

The Debtors went through an extensive marketing and sale process prepetition. The Debtors identified the Buyer in 2023, and the Debtors submit that the Purchase Price is the best available in the market by a wide margin. The Debtors do not have any other bids or offers to present to the Court. As a result, the Debtors are proceeding with seeking approval of the sale to Buyer. In

an overabundance of caution, to the extent that the Debtors receive any credible bids prior to the hearing on the Sale Motion, the Debtors will not accept such bids but will submit the bids to the Court in order to disclose the existence thereof and allow the Court to consider such interest.

**PLEASE TAKE FURTHER NOTICE** that the Court has not scheduled an overbid or auction process for the hearing on the Sale Motion. As of the date of filing this Notice and the accompanying Sale Motion, the Debtors do not have any other bids or offers to present to the Court. As a result, the Debtors are proceeding with seeking approval of the sale to Buyer. In an overabundance of caution, to the extent that the Debtors receive any credible bids prior to the hearing on the Sale Motion, the Debtors will not accept such bids but will submit the bids to the Court in order to disclose the existence thereof and allow the Court to consider such interest. As a result, although the Notice and Sale Motion may refer to "overbidders," there is no scheduled auction or overbid process in place or ordered by the Court in connection with the hearing on the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 6004-1(c)(3) of the Local Bankruptcy Rules (the "LBR"), the Debtors provide the following information regarding the proposed sale of the Real Property:

1. <u>Name of Buyer</u>: Gordineer LLC or its successor/assignee.
2. <u>Asset to Be Sold</u>: The Property.
3. <u>Terms and Conditions of the Proposed Sale</u>:
   - <u>Purchase Price</u>: $5,303,320.00
   - <u>Deposit</u>: $150,000
   - <u>Contingencies</u>: None, other than (1) approval of the sale pursuant to an order of the Court that is not subject to a stay pending appeal and (2) delivery of good and marketable title to the Property to the Buyer.
4. <u>Condition of Asset/Property</u>: "As-is" without warranty of any kind.
5. <u>Free and Clear:</u> The Property will be sold free and clear of any and all liens, claims, encumbrances, and interests, with the exception of the Excepted Items (i.e., easements, etc.). In particular, the Property is subject to real property tax claims and three deeds of trust, as summarized in this table below, and the Sale Motion seeks to sell the Property free and clear of all of these liens,

with the proceeds to attach to the proceeds to the same extent, validity, and priority as existed as of the Petition Date:

| Creditor | Claim | Notes |
|---|---|---|
| County of Orange | $239,795.98 | Real property taxes |
| LJ Capital Partners, et al. | $2,752,828.44 | 1st Deed of Trust |
| People's California LLC[1] | $3,000,000.00 | *Disputed* 2nd Deed of Trust |
| Dominion Capital LLC et al. | $1,000,000.00 | 3rd Deed of Trust |
| **Total** | **$6,992,624.42** | |

6. <u>Closing:</u> No later than December 15, 2024, otherwise the purchase price will be reduced by $50,000.

7. <u>Estimated Costs of Sale:</u> The Debtors estimate that the total costs of sale incurred by the estates will total approximately 6% of the sale price, comprised of (1) a 3% commission to be paid to the Debtors' Brokers, (2) a 3% commission to be paid to the Buyer's Brokers, and (3) the balance for any closing costs.

8. <u>Potential Tax Consequences:</u> Debtors purchased the Property for $7,700,000. Accordingly, the Debtors believe that there will be no capital gains tax for the proposed sale.

**PLEASE TAKE FURTHER NOTICE** that the Sale Motion is based upon (1) 11 U.S.C. §§ 105(a), 363(b), (f), and (m), Rules 2002 and 6004 of the Federal Rules of Bankruptcy Procedure, (2) Local Bankruptcy Rules 6004-1 and 9013-1, (3) the Memorandum of Points and Authorities and Declaration in support of the Sale Motion, as well as the exhibits thereto (together, the "<u>Memorandum, Declarations, and Exhibits</u>"), which Memorandum, Declarations, and Exhibits

---

[1] Prepetition, in March 2023, Unrivaled and Peoples entered into a settlement agreement (the "<u>Peoples Settlement</u>"). A true and correct copy of the Peoples Settlement is attached as **Exhibit 3** to the Sale Motion. The Debtors submit that there is no real dispute that People's has received full payment of the principal, interest, and other claimed fees to satisfy the Second Deed of Trust secured by Halladay's Property and reconvey the Second Deed of Trust. Moreover, People's is contractually required to release the Second Deed of Trust upon receipt of payment in full. But, People's has refused to do so. Accordingly, the $3,000,000 lien claim held by Peoples and secured by the 2nd DOT on the Property should rightfully be a claim for $0, and the lien for the 2nd DOT should be removed. However, Peoples has refused to remove the lien, and it remains listed as a disputed claim for $3,000,000 against Halladay's bankruptcy estate. When People's claim is rightly reduced to $0, there is approximately $1.31 million of equity after all of the allowed secured claims are paid in full, and that equity can upstream to the benefit of the creditors in the estate of Unrivaled because Unrivaled owns 100% of Halladay.

5

are attached to the Sale Motion, (4) this notice of the Sale Motion (the "Notice"), (5) all other evidence duly admitted by the Court in connection with consideration of the Sale Motion, (6) the record in these cases, and (7) the arguments and statements of counsel to be made at the hearing on the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that any party that wishes to obtain a full copy of the Sale Motion, and its annexed Memorandum, Declarations, and Exhibits, can do so by making a request, in writing, to the Debtors' counsel, whose contact information is set forth on the first page of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(f) any opposition to the Sale Motion must (1) be in writing and include all reasons and evidence in support of the opposition and (2) be filed and served on the United States Trustee and counsel for the Debtors by no later than November 20, 2024.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to LBR 9013-1(h), the Court may deem the failure of any party to file a timely opposition to the Sale Motion to constitute consent to the granting of the Sale Motion and the relief requested therein.

**WHEREFORE**, the Debtors respectfully request that this Court enter a Sale Order granting the Sale Motion and providing the relief requested in paragraphs (1) through (5) of the above Notice and grant such further and additional relief as the Court deems just and proper. A proposed form of order is attached as **Exhibit A** to the Sale Motion.

Dated: November 8, 2024

UNRIVALED BRANDS, INC.
HALLADAY HOLDING, LLC

*/s/ John-Patrick M. Fritz*
JOHN-PATRICK M. FRITZ
ROBERT M. CARRASCO
LEVENE, NEALE, BENDER, YOO
   & GOLUBCHIK L.L.P.
Proposed Attorneys for Debtors and Debtors in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Notice Of Sale Of Estate Property (Form 6004-2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **November 8, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert Carrasco**    rmc@lnbyg.com, rmc@lnbyg.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

**2. SERVED BY UNITED STATES MAIL**: On **November 8, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☒ *Additional service on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **November 8, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 8, 2024 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:24-bk-19127-BB<br>Central District of California<br>Los Angeles<br>Fri Nov  8 08:29:36 PST 2024 | Unrivaled Brands, Inc.<br>11516 Downey Ave.<br>Downey, CA 90241-4937 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 |
| 1149 South LA Street Fashion District<br>3435 WILSHIRE BL STE 2820<br>Los Angeles, Ca 90010-2014 | 1848 Newport WAM TIC, LLC<br>17752 Fitch<br>Irvine, CA 92614-6033 | 414 Lesser Street, LLC<br>c/o Avison Young<br>San Diego, CA 92121 |
| ACCO Engineered Systems, Inc<br>PO Box 847360<br>Los Angeles, CA 90084-7360 | ADP Screening & Selection Services, Inc.<br>PO Box 645177<br>Cincinnati, OH 45264-5177 | ADT<br>P.O. Box 371878<br>Pittsurgh, PA 15250-7878 |
| AEI Consultants<br>2500 Camino Diablo<br>Walnut Creek, CA 94597-3998 | AP Triton Consulting<br>1851 Heritage Ln.<br>Suite 138<br>Sacramento, CA 95815-4996 | Adnant, LLC<br>11516 Downey Ave<br>Downey, Ca 90241-4937 |
| Affordable Security Shutters<br>2213 Silver Fox Circle<br>Fairfield, CA 94534-1014 | Alameda County<br>1221 Oak St<br>Room 131<br>Oakland, CA 94612-4223 | Alameda County Environmental Health<br>PO BOX N<br>Alameda, CA 94501-0108 |
| Amaren Group<br>260 Newport Center Drive,<br>Newport Beach, CA 92660-7520 | Archer Public Affairs<br>P.O. Box 280<br>Trenton, NJ 08602-0280 | Architectural Dimensions<br>801 Ygnacio Valley Road<br>Road Suite 230<br>Walnut Creek, CA 94596-3833 |
| Arthur Chan<br>1055 Clay Street<br>San Fransisco, Ca 94108-1509 | Arturo Manuel Sanchez<br>224 Riverbrook Way<br>Sacramento, CA 95831-1959 | Assets Empire LLC<br>6763 W Charleston Blvd<br>Las Vegas, NV 89146-1049 |
| Auroral Group LLC<br>2618 San Miguel Drive<br>#480<br>Newport Beach, CA 92660-5437 | B&B Mechanical Services Inc<br>1040 Serpentine Lane<br>#202<br>Pleasanton, CA 94566-4754 | Baker and Hostetler<br>P.O Box 70189<br>Cleveland, OH 44190-0189 |
| Bay Air Systems Inc<br>1300 Galaxy Ave<br>Suite 9<br>Concord, CA 94520-4922 | Bay Alarm Company<br>PO Box 51041<br>Los Angeles, CA 90051-5341 | Biotherm Hydronic, Inc<br>476 Primero Ct.<br>Cotati, CA 94931-3014 |
| Birddog HR<br>4453 NW Urbandale Dr<br>Des Moines, IA 50322-7920 | Brent N Robbins CPA<br>5015 Birch St.<br>Newport Beach, CA 92660-2162 | Broadridge ICS<br>PO Box 416423<br>Boston, MA 02241-6423 |

```
Buchalter                              Burns & Levinson LLP                    C&H Capital Inc.
1000 Wilshire Blvd                     125 High Street                         2020 Stone Meadow Way
#1500                                  Attn: Finance Department                Cumming, GA 30041-7897
Los Angeles, CA 90017-1730             Boston, MA 02110-4702


CT Corporation                         CT Lien Solutions                       CV Resources
PO Box 4349                            P.O. Box 301133                         8583 Irvine Center Drive
Carol Stream, IL 60197-4349            Dallas, TX 75303-1133                   #405
                                                                               Irvine, CA 92618-4298


California Department of Financial     Capitol Services                        City of Irvine
Protection and Innovation              206 E 9th St                            Business License Division
2101 Arena Boulevard                   Suite 1300                              Irvine, CA 92623
Sacramento, CA 95834-2308              Austin, TX 78701-4411


Clark Hill PLC                         Clean Mist Disinfecting                 Colorado Nine LLC
500 Woodward Ave,                      245 N Pageant St                        515 East 72nd St, 25F
Suite 3500                             Anaheim, CA 92807-2802                  New York, NY 10021-4072
Detroit, MI 48226-3485


Connell Foley LLP                      Cornman & Swartz                        County of Alameda, Wts. & Measures
56 Livingston Avenue                   P.O. Box 10604                          224 W. Winton Avenue
Roseland, NJ 07068-1733                Newport Beach, CA 92658-5002            Hayward, CA 94544-1213


County of Orange                       Crawford Integrated Technologies        CrossPlans
PO Box 4005                            3307 Pinole Valley Road                 23041 Avenida de la Carlota
Santa Ana, CA 92702-4005               Pinole, CA 94564-1526                   #300
                                                                               Laguna Hills, CA 92653-1572


Crowe LLP                              Culhane, Meadows, Haughian, & Walsh, PLL   Cybba Inc
PO Box 51660                           PO Box 49716                            580 Harrison Ave
Los Angeles, CA 90051-5960             Atlanta, GA 30359-2716                  Suite 401
                                                                               Boston, MA 02118-2639


DLA Piper LLP                          DLC                                     Dallas Imbimbo
666 Burrard Street,                    20750 Ventura Blvd., Suite 300          17595 Harvard Avenue
Suite 2800                             Woodland Hills, CA 91364-6236           #C552
Vancouver, BC V6C 2Z7                                                          Irvine, CA 92614-8516


Delaware Secretary of State            Dominion Capital, LLC                   Douglas Wilson Companies
Division of Corporations               256 West 38th St                        1620 Fifth Ave, Suite 400
Binghamton, NY 13902-5509              15th FL                                 San Diego, CA 92101-2738
                                       New York, NY 10018-9844


Duane Morris LLP                       E&E Electronic Engineering Research Inc  ENTRC Inc. dba Canix
30 South 17th Street                   12346 Valley Blvd                       2261 Market Street
Philadelphia, PA 19103-4196            Unit #E                                 Ste 5049
                                       El Monte, CA 91732-3683                 San Francisco, CA 94114-1612
```

```
Elevated Equipment Supply          Elite Security Group, Inc.        Empyreal Enterprises LLC
2651 E. 45th St                    640 Bailey RD                     2000 Oxford Drive,
Vernon, CA 90058-2201              #124                              Suite 440
                                   Pittsburg, CA 94565-4306          Bethel Park, PA 15102-1841


Engin8 LLC                         Envirocheck                       Equisolve
4701 Victoria Beach Way            2211 West Orangewood Ave          3500 SW Corporate Parkway
Las Vegas, NV 89130-5368           Orange, CA 92868-1905             Suite 206
                                                                     Palm City, FL 34990-8185


Eric Baum                          FFG Valuations                    Face and Body Inc
210 N Church Street                535 Anton Blvd                    1900 Midway Lane
Unit 2914                          Suite 1050                        Smyrna, TN 37167-5872
Charlotte, NC 28202-2387           Costa Mesa, CA 92626-7699


Fairway Medical Plaza, LLC         FinancialForce, Inc               Fire & Security Co
1911 Fairway Dr                    595 Market Street,                1152 Beach Street
San Leandro, CA 94577-5632         Suite 2700                        Oakland, CA 94608
                                   San Francisco, CA 94105-2840


Ford Credit                        Fox Rothschild LLP                Franchise Tax Board
P.O. Box 552679                    33 Arch Street, Suite 3110        PO Box 942857
Detroit, MI 48255-2679             Boston, MA 02110-1438             Sacramento, CA 94257-0531


Fusion LLF, LLC                    Gateway Acceptance Co             Glaser Weil Fink Howard Johnson, et al.
80 Broad ST                        P.O. Box 4053                     10250 Constellation Boulevard
New York, NY 10004-2209            Concord, CA 94524-4053            19th Floor
                                                                     Los Angeles, Ca 90067-6219


Go To Premium Finance              Goodwin Procter LLP               Green Engineers
6200 Canoga Ave                    100 Northern Ave                  1031 Marengo Dr
Suite 400                          Boston, MA 02210-1980             Glendale, CA 91206-4815
Woodland Hills, CA 91367-2459


Greenlane Holdings, LLC            H2S Engineers Inc                 Halladay Holding, LLC
C/O Wallin & Russell LLP           1124 N Boatswain Circle           11516 Downey Ave.
26000 Towne Centre Drive Suite 130 Anaheim, CA 92801-1752            Downey, CA 90241-4937
Foothill Ranch, Ca 92610-3444


Hay & Associates                   Henry C. Levy                     Henry G. Wykowski & Associates
15455 an Fernando Mission Blvd     1221 Oak Street                   Attn: Henry Wykowski
Suite 202                          Room 131                          San Francisco, CA 94104
Mission Hills, CA 91345-1386       Oakland, CA 94612-4285


InCorp Services Inc                Inova Employee Assistance         Intelligent Discovery Solutions, Inc
3773 Howard Hughes Parkway,        3949 Pender Dr.                   3000 K Street NW
Suite 500S                         Suite 310                         Suite 330
Las Vegas, NV 89169-6014           Fairfax, VA 22030-6088            Washington, DC 20007-5154
```

```
Janus Capital Law Group              Joe Gerisch                         Jolie Kahn
Attn: Deron Colby                    895 Airport Drive                   12E. 49th Street
22 Executive Park, Suite 250         Cave Junction, OR 97523-9359        11th Floor
Irvine, CA 92614-2707                                                    New York, NY 10017-1012


KCSA Strategic Communications, Inc.  Kling Consulting Group              Knobbe, Martens, Olsen & Bear
420 Fifth Ave.                       18008 Sky Park Circle               2040 Main St.
3rd Floor                            Circle Suite 250                    14th Floor
New York, NY 10018-2713              Irvine, CA 92614-6475               Irvine, CA 92614-8214


Ladd Partners                        Leafly Holdings, Inc.               Locam LLC
PO Box 8593                          PO Box 92116                        8108 CALIFORNIA CITY BLVD
San Jose, CA 95155-8593              Las Vegas, NV 89193-2116            California City, CA 93505-2662


MARCA Strategic                      MX2 Global Protection, Inc.         Manatt, Phelps & Phillips, LLP
3891 Vrain St.                       27472 Portola Pkwy,                 2049 Century Park East
Denver, CO 80212-2202                Suite 205-314                       Los Angeles, CA 90067-3101
                                     Foothill Ranch, CA 92610-2853


Marcum, LLP                          Master Bango                        Mayer Brown LLP
600 Anton Blvd                       5355 Skylane Blvd                   311 W. Monroe Street, STE. 600
Suite 1600                           Santa Rosa, CA 95403-9077           Chicago, IL 60606-4660
Costa Mesa, CA 92626-7652


Miller Nash                          Mobile Notary Public                Monzo HVAC Consulting
111 SW 5th Avenue, Suite 3400        211 N Sycamore St                   1495 Driftwood Circle
Portland, OR 97204-3614              Santa Ana, CA 92701-4805            Fairfield, CA 94534-3909


More Consulting                      New Age Compassion Care Center, Inc. New York State Insurance Fund
96 West 2nd Street                   350 W Martin Luther King Jr Blvd    199 Church St
Morgan Hill, CA 95037-4504           Los Angeles, CA 90037-4529          New York, NY 10007-1183


Nison Consulting                     No Smoking Allowed Except Turn, LLC Nossaman
444 Baist Sr.                        125 W. LA CADENA DR.                777 South Figueroa Street
Sayreville, NJ 08872-2232            Riverside, Ca 92501-1137            34th Floor
                                                                         Los Angeles, CA 90017-5834


OTC Markets Group, Inc.              Okamoto Structural Engineering      Omni Real Estate IX LLC
304 Hudson St.                       3186 Airway Ave                     1212 S Flower Street
2nd Floor                            Suite F                             Los Angeles, CA 90015-2178
New York, NY 10013-1026              Costa Mesa, CA 92626-4650


Orange County Heritage Council       Oxford & Bond LLC                   PAS, Inc
1754 W. Willits Street               9249 S Broadway                     10804 Bigge Street
Santa Ana, CA 92703-4441             Highlands Ranch, CO 80129-5690      San Leandro, CA 94577-1100
```

PCAOB  
1666 K Street NW  
Suite 300  
Washington, DC 20006-1248

Pacific Plumbing Systems, Inc  
2120 Adams Aveenue  
San Leandro, CA 94577-1010

Paradise Village Associates NF LLC  
2000 McKinney Ave  
Dallas, TX 75201-1954

(p)PAYCOM PAYROLL LLC  
ATTN LEGAL DEPARTMENT  
7501 W MEMORIAL RD  
OKLAHOMA CITY OK 73142-1404

Payne & Fears  
4 Park Plaza  
Suite 1100  
Irvine, CA 92614-8550

People's California, LLC  
3843 S BRISTOL STREET  
#614  
Santa Ana, Ca 92704-7426

People's Properties Riverside, LLC  
125 E. La Cadena Drive  
Riverside, CA 92501

Pliris Design Studio  
9270 Onesto Ave  
Las Vegas, NV 89148-2686

Precision Advocacy Group LLC  
915 L St.  
Suite C-445  
Sacramento, CA 95814-3700

Precision Air & Refrigeration LLC  
1901 Golden Delicious Ct  
Bakersfield, CA 93312-2677

Price Caspino LLP  
Attn: Michael W. Caspino  
30442 Esperanza  
Rancho Santa Margarita, CA 92688-2144

Print Zone Plus  
432 W Broadway  
Glendale, CA 91204-1209

Pro-Tech Electric  
PO Box 986  
Corona, CA 92878-0986

Proactive Investors LLC  
767 3rd Avenue  
New York, NY 10017-9022

Progressive  
300 North Commons Blvd  
Mayfield Village, OH 44143-1589

Reach Headwear  
2848 Leonis Blvd  
Vernon, CA 90058-2910

Reno Print Store  
280 Greg St.  
#5  
Reno, NV 89502-2272

Revenue River LLC  
2081 Youngfield St  
Golden, CO 80401-2236

SK Builders  
300 Frank H Ogawa Plaza.  
#386  
Oakland, CA 94612-2037

SSBC Owners Association  
8600 Technology Way,  
#170  
Reno, NV 89521-5941

Sectran Security Inc  
PO Box 227267  
Los Angeles, CA 90022-0967

Shawn Lambert HVAC Inc  
PPO Box 1866  
Huntington Beach, CA 92647-1866

Shout Public Relations, Inc.  
1032 W. 18th St.  
Suite A-4  
Costa Mesa, CA 92627-4553

Shred-It  
28883 Network Place  
Chicago, IL 60673-1288

Silver State Elevator Co  
PO Box 5309  
Reno, NV 89513-5309

Silver Streak Matthew Guild  
4264 Powerline Rd  
Olivehurst, Ca 95961-4734

Silver Streak Sterling Harlan  
7273 Kara Drive  
Sacramento, Ca 95828-3533

Sklar Williams PLLC  
410 South Rampart Boulevard  
Suite 350  
Las Vegas, NV 89145-5730

Slater Builders Inc.  
3100-B Pullman St  
Costa Mesa, CA 92626-4500

Sonitrol Orange County  
1334 Blue Oaks Blvd.  
Roseville, CA 95678-7014

| | | |
|---|---|---|
| Sparkletts<br>PO Box 660579<br>Dallas, TX 75266-0579 | Spectrum Business<br>PO BOX 60074<br>Saint Louis, MO 63160-0074 | Spektor Security Solutions<br>430 South Empire St<br>Anaheim, CA 92804-2431 |
| Springbig Inc<br>621 NW 53rd St<br>Suite 260<br>Boca Raton, FL 33487-8281 | Stanley Convergent Security<br>Solutions Inc.<br>Dept. CH 10651<br>Palatine, IL 60055-0001 | State Water Resources Control Board<br>PO Box 1888<br>Sacramento, CA 95812-1888 |
| State of New Jersey<br>P.O. Box 929<br>Trenton, NJ 08646-0929 | Steptoe & Johnson LLP<br>1330 Connecticut Ave, NW<br>Washington, DC 20036-1795 | Sterling Consulting Solution LLC<br>6853 Copper Glen Circle<br>Roseville, CA 95678-3449 |
| Strategies 360<br>1505 Westlake Ave<br>N Suite 1000<br>Seattle, WA 98109-6211 | (p)SUBURBAN PROPANE LP<br>ATTN CREDIT & COLLECTIONS<br>240 ROUTE 10 WEST<br>WHIPPANY NJ 07981-2105 | Sullivan & Worcester LLP<br>PO BOX 842482<br>New York, NY 10019 |
| Surfside Solutions Inc.<br>64 Wooster St. FL 2<br>New York, NY 10012-4387 | Target Corporation<br>1000 Nicollet Mall<br>Minneapolis, MN 55403-2542 | Taz Plumbing<br>407 Whitney St<br>San Leandro, CA 94577-1111 |
| Teamviewer<br>5741 Rio Vista Drive<br>Largo, FL 33760-3137 | Terminix Pest Control<br>P.O. Box 742592<br>Cincinnati, OH 45274-2592 | The Cult Creatives, LLC<br>2801 East Spring St<br>#275<br>Long Beach, CA 90806-2403 |
| The Production Truck Inc.<br>1120 Chestnut St.<br>Burbank, CA 91506-1625 | The Toll Roads<br>P.O. Box 57011<br>Irvine, CA 92619-7011 | Thomas Love<br>385 S Lemon Ave<br>#234<br>Walnut, CA 91789-2727 |
| Thompson Hine<br>335 Madison Avenue<br>12th Floor<br>New York, NY 10017-4666 | Todi Tech<br>9265 Research Drive<br>Irvine, CA 92618-4286 | Toshiba Business Solutions, USA<br>File 57202<br>Los Angeles, CA 90074-7202 |
| Toshiba Financial Services<br>P.O. Box 790448<br>ST Louis, MO 63179-0448 | Towns & Country Event Rentals, Inc<br>7725 Airport Business Park Way<br>Van Nuys, CA 91406-1723 | UniFirst Corp<br>14266 Catalina Street<br>San Leandro, CA 94577-5512 |
| United Lock and Security, Inc<br>3401 Sirius Ave<br>Suite 9<br>Las Vegas, NV 89102-8313 | United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Valvoline Instant Oil Change<br>P.O. Box 74008513<br>Chicago, IL 60674-8513 |

| | | |
|---|---|---|
| Vegas Godspeed, LLC<br>6763 W. Charleston Blvd.<br>Las Vegas, NV 89146-1049 | Verizon Wireless<br>PO BOX 660108<br>Dallas, TX 75266-0108 | Vicente Sederberg LLP<br>455 Sherman St<br>Suite 390<br>Denver, CA 80203-4404 |
| Vyanet Security<br>Lock Pox 912730<br>Pasadena, CA 91110-0001 | WCC MGMT LLC<br>2505 Front St<br>W Sacramento, CA 95691-3520 | WGS Group, Inc<br>9454 Wilshire Blvd<br>Beverly Hills, Ca 90212-2931 |
| Washoe County Treasurer<br>P.O. Box 30039<br>Reno, NV 89520-3039 | We Architects Group<br>7545 Irvine Center Dr.<br>Suite 200<br>Irvine, CA 92618-2933 | Westland Mechanical, LLC<br>12223 Highland Avenue<br>#106-569<br>Rancho Cucamonga, CA 91739-2574 |
| (p)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | Wolf Rifkin Sharpiro Schulman & Rabkin<br>11400 W. Olympic Blvd.<br>9th Floor<br>Los Angeles, CA 90064-1582 | Woodruff-Sawyer & Co.<br>P.O. Box 45057<br>SAN FRANCISCO, CA 94145-9950 |
| Workiva Inc.<br>2900 University Blvd<br>Ames, IA 50010-8665 | YHLA Architects<br>1617 Clay Street<br>Oakland, CA 94612-1531 | Zuber Lawler Del Duca LLP<br>350 S Grand Ave<br>Ave Suite 3200<br>Los Angeles, CA 90071-3406 |
| John-Patrick M Fritz<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Paycom Payroll LLC<br>7501 W. Memorial Rd<br>Oklahoma City, OK 73142 | Suburban Propane<br>240 Route 10 West<br>Whippany, NJ 07981 | Wex Bank<br>P.O. Box 4337<br>Carol Stream, IL 60197-4337 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ice Systems, Inc.<br>100 Patco Court<br>Unit 9<br>0, 0 | (u)Sam's Signs Neon & Electrical, Inc<br>16719 E. 14th St. | End of Label Matrix<br>Mailable recipients   195<br>Bypassed recipients     2<br>Total                  197 |

```
Label Matrix for local noticing          Halladay Holding, LLC                  Los Angeles Division
0973-2                                   11516 Downey Ave                       255 East Temple Street,
Case 2:24-bk-19128-BB                    Downey, CA 90241-4937                  Los Angeles, CA 90012-3332
Central District of California
Los Angeles
Fri Nov  8 08:30:30 PST 2024

COUNTY OF ORANGE                         Dominion Capital, LLC                  FIDELITY MORTGAGE LENDERS, INC.
ATTN TREASURER TAX COLLECTOR             256 West 38th St                       11952 WILSHIRE BLVD
PO BOX 1438                              15th FL                                LOS ANGELES, CA 90025-6623
Santa Ana, CA 92702-1438                 New York, NY 10018-9844


Gordineer LLC                            Janus Capital Law Group                Marcus & Millichap Real
3242 S. Halladay Street                  Attn: Deron Colby                      c/o Stream Realty Partners
Santa Ana, CA 92705-5648                 22 Executive Park, Suite 250           3161 Michelson Dr, Ste 100
                                         Irvine, CA 92614-2707                  Irvine, CA 92612-4402


People s California, LLC                 Price Caspino LLP                      United States Trustee (LA)
3843 S BRISTOL STREET                    Attn: Michael W. Caspino               915 Wilshire Blvd, Suite 1850
#614                                     30442 Esparanza                        Los Angeles, CA 90017-3560
Santa Ana, Ca 92704-7426                 Rancho Santa Margarita, CA 92688-2144


John-Patrick M Fritz                     End of Label Matrix
Levene, Neale, Bender, Yoo & Golubchik L  Mailable recipients    12
2818 La Cienega Avenue                   Bypassed recipients     0
Los Angeles, CA 90034-2618               Total                  12
```