Robert P. Goe - State Bar No. 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone: (949) 798-2460
Facsimile:  (949) 955-9437

Attorneys for Secured Creditor People's California, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC.,<br><br>    Debtor and Debtor in Possession. | Case No. 2:24-bk-19127-BB<br><br>Jointly administer with Hallady Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 |
| In re:<br><br>HALLADAY HOLDINGS, LLC,<br><br>    Debtor and Debtor in Possession. | **NOTICE OF ASSOCIATION OF COUNSEL OF DERON M. COLBY TO ASSIST PEOPLE'S CALIFORNIA, LLC**<br><br>[NO HEARING REQUIRED] |
| ■ Affects both Debtors<br><br>☐ Affects UNRIVALED BRANDS, INC., only<br><br>☐ Affects HALLADAY HOLDINGS, LLC, only | |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR AND ITS COUNSEL, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that creditor People's California, LLC, hereby associates in the following co-counsel with Goe Forsythe & Hodges LLP as to all aspects of the pending consolidated bankruptcies before the Court:

Deron M. Colby, Esq.
Janus Capital Law
22 Executive Park, Suite 250
Irvine, CA 92614
Telephone:    (949) 633-8965
Facsimile:     (877) 275-5954
Email:           dcolby@januscapitallaw.com

Dated: December 2, 2024                         Respectfully submitted by

**GOE FORSYTHE & HODGES LLP**

By: /s/*Robert P. Goe*
    Robert P. Goe
    Reem J. Bello
    Attorneys for People's California, LLC