| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JOHN-PATRICK M. FRITZ (SBN 245240)<br>ROBERT M. CARRASCO (SBN 334642)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email:   JPF@LNBYG.COM; RMC@LNBYG.COM<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>UNRIVALED BRANDS, INC.,<br><br>_____<br><br>HALLADAY HOLDING, LLC,<br>(Jointly Administered - 2:24-bk-19128-BB)<br><br>_____<br><br>Affects both Debtors<br><br><br><br>Debtor(s). | CASE NO.:   2:24-bk-19127-BB<br>CHAPTER: 11<br><br>**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]**<br><br>☒ No hearing: LBR 9013-1(q)<br>☐ Hearing information<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

1. Bar Date. The court has set a deadline of (*date*) February 18, 20 25 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☒ 255 East Temple Street, Los Angeles, CA 90012     ☐ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367  ☐ 1415 State Street, Santa Barbara, CA 93101
   ☐ 3420 Twelfth Street, Riverside, CA 92501

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                  Page 1                                                      **F 3003-1.NOTICE.BARDATE**

    (b) <u>Governmental units</u>. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on (*date*) _11/06/2024_, and therefore calculates that this deadline is (*date*) _05/05/2025_). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

    (c) <u>Avoidance</u>. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

    (d) <u>Agreed claims</u>. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) <u>and</u> it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, <u>or</u> is listed as disputed, contingent, unliquidated or unknown, <u>or</u> if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you <u>must</u> timely filed a Proof of Claim as set forth in this Notice.

4. <u>11 U.S.C. § 503(b)(9) Claims</u>. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: *Section 12 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); and (v) the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) <u>and</u> 503(b)(9)**.

5. <u>Interest Holders</u>. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: _12/20/2024_    By: _/s/ John-Patrick M. Fritz_
                                               Signature of Debtor, chapter 11 trustee, or their attorney

                                       Name: _John-Patrick M. Fritz_
                                               Printed name of Debtor, chapter 11 trustee, or their attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 3003-1.NOTICE.BARDATE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Notice of Bar Date for Filing :Proofs of Claim in a Chapter 11 Case** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 20, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**     rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert Carrasco**     rmc@lnbyg.com, rmc@lnbyg.com
- **John-Patrick M Fritz**     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Robert P Goe**     kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **David Samuel Shevitz**     David.S.Shevitz@usdoj.gov
- **United States Trustee (LA)**     ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall**     dwall@wallinrussell.com
- **Pamela Kohlman Webster**     pwebster@buchalter.com, smartin@buchalter.com

**2. SERVED BY UNITED STATES MAIL**: On **December 20, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☒ *Additional service on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **December 20, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 20, 2024 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                **F 9013-3.1.PROOF.SERVICE**

```
Label Matrix for local noticing          Greenlane Holdings, LLC                  People's California, LLC
0973-2                                   c/o Wallin & Russell LLP                 c/o Goe Forsythe & Hodges LLP
Case 2:24-bk-19127-BB                    26000 Towne Centre Drive, Suite 130      17701 Cowan
Central District of California           Foothill Ranch, CA 92610-3444            Lobby D
Los Angeles                                                                       Lobby D
Fri Dec 20 16:08:15 PST 2024                                                      Irvine, CA 92614-6840

Unrivaled Brands, Inc.                   Los Angeles Division                     1149 South LA Street Fashion District
11516 Downey Ave.                        255 East Temple Street,                  3435 WILSHIRE BL STE 2820
Downey, CA 90241-4937                    Los Angeles, CA 90012-3332               Los Angeles, Ca 90010-2014



1848 Newport WAM TIC, LLC                414 Lesser Street, LLC                   ACCO Engineered Systems, Inc
17752 Fitch                              c/o Avison Young                         PO Box 847360
Irvine, CA 92614-6033                    San Diego, CA 92121                      Los Angeles, CA 90084-7360



ADP Screening & Selection Services, Inc. ADT                                      AEI Consultants
PO Box 645177                            P.O. Box 371878                          2500 Camino Diablo
Cincinnati, OH 45264-5177                Pittsurgh, PA 15250-7878                 Walnut Creek, CA 94597-3998



AMEX TRS Co., Inc.                       AP Triton Consulting                     Adnant, LLC
c/o Becket and Lee LLP                   1851 Heritage Ln.                        11516 Downey Ave
PO Box 3001                              Suite 138                                Downey, Ca 90241-4937
Malvern  PA 19355-0701                   Sacramento, CA 95815-4996



Affordable Security Shutters             Alameda County                           Alameda County Environmental Health
2213 Silver Fox Circle                   1221 Oak St                              PO BOX N
Fairfield, CA 94534-1014                 Room 131                                 Alameda, CA 94501-0108
                                         Oakland, CA 94612-4223



Amaren Group                             Archer Public Affairs                    Architectural Dimensions
260 Newport Center Drive,                P.O. Box 280                             801 Ygnacio Valley Road
Newport Beach, CA 92660-7520             Trenton, NJ 08602-0280                   Road Suite 230
                                                                                  Walnut Creek, CA 94596-3833



Arthur Chan                              Arturo Manuel Sanchez                    Assets Empire LLC
1055 Clay Street                         224 Riverbrook Way                       6763 W Charleston Blvd
San Fransisco, Ca 94108-1509             Sacramento, CA 95831-1959                Las Vegas, NV 89146-1049



Auroral Group LLC                        B&B Mechanical Services Inc              Baker and Hostetler
2618 San Miguel Drive                    1040 Serpentine Lane                     P.O Box 70189
#480                                     #202                                     Cleveland, OH 44190-0189
Newport Beach, CA 92660-5437             Pleasanton, CA 94566-4754



Bay Air Systems Inc                      Bay Alarm Company                        Biotherm Hydronic, Inc
1300 Galaxy Ave                          PO Box 51041                             476 Primero Ct.
Suite 9                                  Los Angeles, CA 90051-5341               Cotati, CA 94931-3014
Concord, CA 94520-4922
```

| | | |
|---|---|---|
| Birddog HR<br>4453 NW Urbandale Dr<br>Des Moines, IA 50322-7920 | Brent N Robbins CPA<br>5015 Birch St.<br>Newport Beach, CA 92660-2162 | (p)BROADRIDGE FINANCIAL SOLUTIONS<br>1155 LONG ISLAND AVENUE<br>EDGEWOOD NY 11717-8309 |
| Broadridge ICS<br>PO Box 416423<br>Boston, MA 02241-6423 | Buchalter<br>1000 Wilshire Blvd<br>#1500<br>Los Angeles, CA 90017-1730 | Buchalter APC<br>Attn Pamela Webster<br>1000 Wilshire Blvd Suite 1500<br>Los Angeles, CA 90017-1730 |
| Burns & Levinson LLP<br>125 High Street<br>Attn: Finance Department<br>Boston, MA 02110-2704 | C&H Capital Inc.<br>2020 Stone Meadow Way<br>Cumming, GA 30041-7897 | COUNTY OF ORANGE<br>ATTN TREASURER TAX COLLECTOR<br>PO BOX 1438<br>Santa Ana, CA 92702-1438 |
| CT Corporation<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | CT Lien Solutions<br>P.O. Box 301133<br>Dallas, TX 75303-1133 | CV Resources<br>8583 Irvine Center Drive<br>#405<br>Irvine, CA 92618-4298 |
| California Department of Financial<br>Protection and Innovation<br>2101 Arena Boulevard<br>Sacramento, CA 95834-2308 | Capitol Services<br>206 E 9th St<br>Suite 1300<br>Austin, TX 78701-4411 | City of Irvine<br>Business License Division<br>Irvine, CA 92623 |
| Clark Hill PLC<br>500 Woodward Ave,<br>Suite 3500<br>Detroit, MI 48226-3485 | Claudia Linn Stone<br>Nemecek & Cole, a Professional Corporati<br>16255 Ventura Boulevard, Suite 300<br>Encino, CA 91436-2300 | Clean Mist Disinfecting<br>245 N Pageant St<br>Anaheim, CA 92807-2802 |
| Colorado Nine LLC<br>515 East 72nd St, 25F<br>New York, NY 10021-4072 | Connell Foley LLP<br>56 Livingston Avenue<br>Roseland, NJ 07068-1733 | Cornman & Swartz<br>P.O. Box 10604<br>Newport Beach, CA 92658-5002 |
| County of Alameda, Wts. & Measures<br>224 W. Winton Avenue<br>Hayward, CA 94544-1213 | County of Orange Treasurer-Tax Collector<br>P.O. Box 4515<br>Santa Ana CA 92702-4515 | Crawford Integrated Technologies<br>3307 Pinole Valley Road<br>Pinole, CA 94564-1526 |
| CrossPlans<br>23041 Avenida de la Carlota<br>#300<br>Laguna Hills, CA 92653-1572 | Crowe LLP<br>PO Box 51660<br>Los Angeles, CA 90051-5960 | Culhane, Meadows, Haughian, & Walsh, PLL<br>PO Box 49716<br>Atlanta, GA 30359-2716 |
| Cybba Inc<br>580 Harrison Ave<br>Suite 401<br>Boston, MA 02118-2639 | DLA Piper LLP<br>666 Burrard Street,<br>Suite 2800<br>Vancouver, BC V6C 2Z7 | DLC<br>20750 Ventura Blvd., Suite 300<br>Woodland Hills, CA 91364-6236 |

| | | |
|---|---|---|
| Dallas Imbimbo<br>17595 Harvard Avenue<br>#C552<br>Irvine, CA 92614-8516 | Delaware Secretary of State<br>Division of Corporations<br>Binghamton, NY 13902-5509 | Dominion Capital, LLC<br>256 West 38th St<br>15th FL<br>New York, NY 10018-9844 |
| Douglas Wilson Companies<br>1620 Fifth Ave, Suite 400<br>San Diego, CA 92101-2738 | Duane Morris LLP<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | E&E Electronic Engineering Research Inc<br>12346 Valley Blvd<br>Unit #E<br>El Monte, CA 91732-3683 |
| ENTRC Inc. dba Canix<br>2261 Market Street<br>Ste 5049<br>San Francisco, CA 94114-1612 | Elevated Equipment Supply<br>2651 E. 45th St<br>Vernon, CA 90058-2201 | Elite Security Group Inc.<br>640 Bailey RD<br>#124<br>Pittsburg, CA 94565-4306 |
| Empyreal Enterprises LLC<br>2000 Oxford Drive,<br>Suite 440<br>Bethel Park, PA 15102-1841 | Engin8 LLC<br>4701 Victoria Beach Way<br>Las Vegas, NV 89130-5368 | Envirocheck<br>2211 West Orangewood Ave<br>Orange, CA 92868-1905 |
| Equisolve<br>3500 SW Corporate Parkway<br>Suite 206<br>Palm City, FL 34990-8185 | Eric Baum<br>210 N Church Street<br>Unit 2914<br>Charlotte, NC 28202-2387 | FFG Valuations<br>535 Anton Blvd<br>Suite 1050<br>Costa Mesa, CA 92626-7699 |
| FIDELITY MORTGAGE LENDERS, INC.<br>11952 WILSHIRE BLVD<br>LOS ANGELES, CA 90025-6623 | Face and Body Inc<br>1900 Midway Lane<br>Smyrna, TN 37167-5872 | Fairway Medical Plaza, LLC<br>1911 Fairway Dr<br>San Leandro, CA 94577-5632 |
| FinancialForce, Inc<br>595 Market Street,<br>Suite 2700<br>San Francisco, CA 94105-2840 | Fire & Security Co<br>1152 Beach Street<br>Oakland, CA 94608 | Ford Credit<br>P.O. Box 552679<br>Detroit, MI 48255-2679 |
| Fox Rothschild LLP<br>33 Arch Street, Suite 3110<br>Boston, MA 02110-1438 | Franchise Tax Board<br>PO Box 942857<br>Sacramento, CA 94257-0531 | Fusion LLF, LLC<br>80 Broad ST<br>New York, NY 10004-2209 |
| Gateway Acceptance Co<br>P.O. Box 4053<br>Concord, CA 94524-4053 | Glaser Weil Fink Howard Johnson, et al.<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, Ca 90067-6219 | Go To Premium Finance<br>6200 Canoga Ave<br>Suite 400<br>Woodland Hills, CA 91367-2459 |
| Goodwin Procter LLP<br>100 Northern Ave<br>Boston, MA 02210-1980 | Gordineer LLC<br>3242 S. Halladay Street<br>Santa Ana, CA 92705-5648 | Green Engineers<br>1031 Marengo Dr<br>Glendale, CA 91206-4815 |

```
H2S Engineers Inc                    Halladay Holding, LLC              Hay & Associates
1124 N Boatswain Circle              11516 Downey Ave.                  15455 an Fernando Mission Blvd
Anaheim, CA 92801-1752               Downey, CA 90241-4937              Suite 202
                                                                        Mission Hills, CA 91345-1386


Henry C. Levy                        Henry G. Wykowski & Associates     InCorp Services Inc
1221 Oak Street                      Attn: Henry Wykowski               3773 Howard Hughes Parkway,
Room 131                             San Francisco, CA 94104            Suite 500S
Oakland, CA 94612-4285                                                  Las Vegas, NV 89169-6014


Inova Employee Assistance            Intelligent Discovery Solutions, Inc   Janus Capital Law Group
3949 Pender Dr.                      3000 K Street NW                       Attn: Deron Colby
Suite 310                            Suite 330                              22 Executive Park, Suite 250
Fairfax, VA 22030-6088               Washington, DC 20007-5154              Irvine, CA 92614-2707


Joe Gerlach                          Jolie Kahn                         KCSA Strategic Communications, Inc.
895 Airport Drive                    12E. 49th Street                   420 Fifth Ave.
Cave Junction, OR 97523-9359         11th Floor                         3rd Floor
                                     New York, NY 10017-1012            New York, NY 10018-2713


Kling Consulting Group               Knobbe, Martens, Olsen & Bear      Ladd Partners
18008 Sky Park Circle                2040 Main St.                      PO Box 8593
Circle Suite 250                     14th Floor                         San Jose, CA 95155-8593
Irvine, CA 92614-6475                Irvine, CA 92614-8214


Leafly Holdings, Inc.                Locam LLC                          MARCA Strategic
PO Box 92116                         8108 CALIFORNIA CITY BLVD          3891 Vrain St.
Las Vegas, NV 89193-2116             California City, CA 93505-2662     Denver, CO 80212-2202


MX2 Global Protection, Inc.          Manatt, Phelps & Phillips, LLP     Marcum, LLP
27472 Portola Pkwy,                  2049 Century Park East             600 Anton Blvd
Suite 205-314                        Los Angeles, CA 90067-3101         Suite 1600
Foothill Ranch, CA 92610-2853                                           Costa Mesa, CA 92626-7652


Marcus & Millichap Real              Master Bango                       Mayer Brown LLP
c/o Stream Realty Partners           5355 Skylane Blvd                  311 W. Monroe Street, STE. 600
3161 Michelson Dr, Ste 100           Santa Rosa, CA 95403-9077          Chicago, IL 60606-4660
Irvine, CA 92612-4402


Miller Nash                          Mobile Notary Public               Monzo HVAC Consulting
111 SW 5th Avenue, Suite 3400        211 N Sycamore St                  1495 Driftwood Circle
Portland, OR 97204-3614              Santa Ana, CA 92701-4805           Fairfield, CA 94534-3909


More Consulting                      New Age Compassion Care Center, Inc.   New York State Insurance Fund
96 West 2nd Street                   350 W Martin Luther King Jr Blvd       199 Church St
Morgan Hill, CA 95037-4504           Los Angeles, CA 90037-4529             New York, NY 10007-1183
```

| | | |
|---|---|---|
| Nison Consulting<br>444 Baist Sr.<br>Sayreville, NJ 08872-2232 | No Smoking Allowed Except Turn LLC<br>125 W. LA CADENA DR.<br>Riverside, Ca 92501-1137 | Nossaman<br>777 South Figueroa Street<br>34th Floor<br>Los Angeles, CA 90017-5834 |
| OTC Markets Group, Inc.<br>304 Hudson St.<br>2nd Floor<br>New York, NY 10013-1026 | Okamoto Structural Engineering<br>3186 Airway Ave<br>Suite F<br>Costa Mesa, CA 92626-4650 | Omni Real Estate IX LLC<br>1212 S Flower Street<br>Los Angeles, CA 90015-2178 |
| Orange County Heritage Council<br>1754 W. Willits Street<br>Santa Ana, CA 92703-4441 | Oxford & Bond LLC<br>9249 S Broadway<br>Highlands Ranch, CO 80129-5690 | PAS, Inc<br>10804 Bigge Street<br>San Leandro, CA 94577-1100 |
| PCAOB<br>1666 K Street NW<br>Suite 300<br>Washington, DC 20006-1248 | Pacific Plumbing Systems, Inc<br>2120 Adams Aveenue<br>San Leandro, CA 94577-1010 | Paradise Village Associates NF LLC<br>2000 McKinney Ave<br>Dallas, TX 75201-1954 |
| (p)PAYCOM PAYROLL LLC<br>ATTN LEGAL DEPARTMENT<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY OK 73142-1404 | Payne & Fears<br>4 Park Plaza<br>Suite 1100<br>Irvine, CA 92614-8550 | People S California, LLC<br>3843 S BRISTOL STREET<br>#614<br>Santa Ana, Ca 92704-7426 |
| People's Guru<br>101 S Hoover Blvd,<br>Tampa, FL 33609-5400 | People's Properties Riverside, LLC<br>125 E. La Cadena Drive<br>Riverside, CA 92501 | Pliris Design Studio<br>9270 Onesto Ave<br>Las Vegas, NV 89148-2686 |
| Precision Advocacy Group LLC<br>915 L St.<br>Suite C-445<br>Sacramento, CA 95814-3700 | Precision Air & Refrigeration LLC<br>1901 Golden Delicious Ct<br>Bakersfield, CA 93312-2677 | Price Caspino LLP<br>Attn: Michael W. Caspino<br>30442 Esperanza<br>Rancho Santa Margarita, CA 92688-2144 |
| Print Zone Plus<br>432 W Broadway<br>Glendale, CA 91204-1209 | Pro-Tech Electric<br>PO Box 986<br>Corona, CA 92878-0986 | Proactive Investors LLC<br>767 3rd Avenue<br>New York, NY 10017-9022 |
| Progressive<br>300 North Commons Blvd<br>Mayfield Village, OH 44143-1589 | Reach Headwear<br>2848 Leonis Blvd<br>Vernon, CA 90058-2910 | Reno Print Store<br>280 Greg St.<br>#5<br>Reno, NV 89502-2272 |
| Revenue River LLC<br>2081 Youngfield St<br>Golden, CO 80401-2236 | SK Builders<br>300 Frank H Ogawa Plaza.<br>#386<br>Oakland, CA 94612-2037 | SSBC Owners Association<br>8600 Technology Way,<br>#170<br>Reno, NV 89521-5941 |

Sectran Security Inc
PO Box 227267
Los Angeles, CA 90022-0967

Shawn Lambert HVAC Inc
PPO Box 1866
Huntington Beach, CA 92647-1866

Shout Public Relations, Inc.
1032 W. 18th St.
Suite A-4
Costa Mesa, CA 92627-4553

Shred-It
28883 Network Place
Chicago, IL 60673-1288

Silver State Elevator Co
PO Box 5309
Reno, NV 89513-5309

Silver Streak Matthew Guild
4264 Powerline Rd
Olivehurst, Ca 95961-4734

Silver Streak Sterling Harlan
7273 Kara Drive
Sacramento, Ca 95828-3533

Sklar Williams PLLC
410 South Rampart Boulevard
Suite 350
Las Vegas, NV 89145-5730

Slater Builders Inc.
3100-B Pullman St
Costa Mesa, CA 92626-4500

Sonitrol Orange County
1334 Blue Oaks Blvd.
Roseville, CA 95678-7014

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Spectrum Business
PO BOX 60074
Saint Louis, MO 63160-0074

Spektor Security Solutions
430 South Empire St
Anaheim, CA 92804-2431

Springbig Inc
621 NW 53rd St
Suite 260
Boca Raton, FL 33487-8281

Stanley Convergent Security
Solutions Inc.
Dept. CH 10651
Palatine, IL 60055-0001

State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812-1888

State of New Jersey
P.O. Box 929
Trenton, NJ 08646-0929

Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036-1795

Sterling Consulting Solution LLC
6853 Copper Glen Circle
Roseville, CA 95678-3449

Strategies 360
1505 Westlake Ave
N Suite 1000
Seattle, WA 98109-6211

(p)SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY NJ 07981-2105

Sullivan & Worcester LLP
PO BOX 842482
New York, NY 10019

Surfside Solutions Inc.
64 Wooster St. FL 2
New York, NY 10012-4387

Target Corporation
1000 Nicollet Mall
Minneapolis, MN 55403-2542

Taz Plumbing
407 Whitney St
San Leandro, CA 94577-1111

Teamviewer
5741 Rio Vista Drive
Largo, FL 33760-3137

Terminix Pest Control
P.O. Box 742592
Cincinnati, OH 45274-2592

The Cult Creatives, LLC
2801 East Spring St
#275
Long Beach, CA 90806-2403

The Production Truck Inc.
1120 Chestnut St.
Burbank, CA 91506-1625

The Toll Roads
P.O. Box 57011
Irvine, CA 92619-7011

| | | |
|---|---|---|
| Thomas Love<br>385 S Lemon Ave<br>#234<br>Walnut, CA 91789-2727 | Thompson Hine<br>335 Madison Avenue<br>12th Floor<br>New York, NY 10017-4666 | Todi Tech<br>9265 Research Drive<br>Irvine, CA 92618-4286 |
| Toshiba Business Solutions, USA<br>File 57202<br>Los Angeles, CA 90074-7202 | Toshiba Financial Services<br>P.O. Box 790448<br>ST Louis, MO 63179-0448 | Towns & Country Event Rentals, Inc<br>7725 Airport Business Park Way<br>Van Nuys, CA 91406-1723 |
| Uline<br>12575 Uline Dr<br>Pleasant Prairie, WI 53158-3686 | UniFirst Corp<br>14266 Catalina Street<br>San Leandro, CA 94577-5512 | United Lock and Security, Inc<br>3401 Sirius Ave<br>Suite 9<br>Las Vegas, NV 89102-8313 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Valvoline Instant Oil Change<br>P.O. Box 74008513<br>Chicago, IL 60674-8513 | Vegas Godspeed, LLC<br>6763 W. Charleston Blvd.<br>Las Vegas, NV 89146-1049 |
| Verizon Wireless<br>PO BOX 660108<br>Dallas, TX 75266-0108 | Vicente Sederberg LLP<br>455 Sherman St<br>Suite 390<br>Denver, CA 80203-4404 | Vyanet Security<br>Lock Pox 912730<br>Pasadena, CA 91110-0001 |
| WAMCO<br>17752 Fitch<br>Irvine, CA 92614-6033 | WCC MGMT LLC<br>2505 Front St<br>W Sacramento, CA 95691-3520 | WGS Group, Inc<br>9454 Wilshire Blvd<br>Beverly Hills, Ca 90212-2931 |
| Washoe County Treasurer<br>P.O. Box 30039<br>Reno, NV 89520-3039 | We Architects Group<br>7545 Irvine Center Dr.<br>Suite 200<br>Irvine, CA 92618-2933 | Westland Mechanical, LLC<br>12223 Highland Avenue<br>#106-569<br>Rancho Cucamonga, CA 91739-2574 |
| (p)WEX BANK<br>1 HANCOCK STREET<br>PORTLAND ME 04101-4217 | Wolf Rifkin Sharpiro Schulman & Rabkin<br>11400 W. Olympic Blvd.<br>9th Floor<br>Los Angeles, CA 90064-1582 | Woodruff-Sawyer & Co.<br>P.O. Box 45057<br>SAN FRANCISCO, CA 94145-9950 |
| Workiva Inc.<br>2900 University Blvd<br>Ames, IA 50010-8665 | YHLA Architects<br>1617 Clay Street<br>Oakland, CA 94612-1531 | Zuber Lawler Del Duca LLP<br>350 S Grand Ave<br>Ave Suite 3200<br>Los Angeles, CA 90071-3406 |
| John-Patrick M Fritz<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | Robert Carrasco<br>Levene, Neale, Bender, Yoo & Golubchik L<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034-2618 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Broadridge Financial Solutions<br>1155 long Island Avenue<br>Edgewood, NY 11717 | Paycom Payroll LLC<br>7501 W. Memorial Rd<br>Oklahoma City, OK 73142 | Suburban Propane<br>240 Route 10 West<br>Whippany, NJ 07981 |
| Wex Bank<br>P.O. Box 4337<br>Carol Stream, IL 60197-4337 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (u)FUSION LLF, LLC | (u)Levene, Neale, Bender, Yoo & Golubchik L.L |
| (u)Marcus & Millichap Real Estate Investment | (d)Greenlane Holdings, LLC<br>C/O Wallin & Russell LLP<br>26000 Towne Centre Drive Suite 130<br>Foothill Ranch, Ca 92610-3444 | (u)Ice Systems, Inc.<br>100 Patco Court<br>Unit 9<br>0, 0 |
| (d)People's California, LLC<br>3843 S BRISTOL STREET<br>#614<br>Santa Ana, Ca 92704-7426 | (u)Sam's Signs Neon & Electrical, Inc<br>16719 E. 14th St. | (d)United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 |

End of Label Matrix
Mailable recipients    208
Bypassed recipients      9
Total                  217

```
Label Matrix for local noticing        Halladay Holding, LLC               Los Angeles Division
0973-2                                 11516 Downey Ave                    255 East Temple Street,
Case 2:24-bk-19128-BB                  Downey, CA 90241-4937               Los Angeles, CA 90012-3332
Central District of California
Los Angeles
Fri Dec 20 16:09:03 PST 2024

County of Orange Treasurer-Tax Collector   Dominion Capital, LLC           FIDELITY MORTGAGE LENDERS, INC.
P.O. Box 4515                              256 West 38th St                11952 WILSHIRE BLVD
Santa Ana CA 92702-4515                    15th FL                         LOS ANGELES, CA 90025-6623
                                           New York, NY 10018-9844


Gordineer LLC                          Janus Capital Law Group             Marcus & Millichap Real
3242 S. Halladay Street                Attn: Deron Colby                   c/o Stream Realty Partners
Santa Ana, CA 92705-5648               22 Executive Park, Suite 250        3161 Michelson Dr, Ste 100
                                       Irvine, CA 92614-2707               Irvine, CA 92612-4402


People s California, LLC               Price Caspino LLP                   United States Trustee (LA)
3843 S BRISTOL STREET                  Attn: Michael W. Caspino            915 Wilshire Blvd, Suite 1850
#614                                   30442 Esparanza                     Los Angeles, CA 90017-3560
Santa Ana, Ca 92704-7426               Rancho Santa Margarita, CA 92688-2144


John-Patrick M Fritz                   Robert Carrasco
Levene, Neale, Bender, Yoo & Golubchik L   Levene, Neale, Bender, Yoo & Golubchik L
2818 La Cienega Avenue                 2818 La Cienega Avenue
Los Angeles, CA 90034-2618             Los Angeles, CA 90034-2618
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                        End of Label Matrix
                                       Mailable recipients    13
                                       Bypassed recipients     1
                                       Total                  14