Robert P. Goe - State Bar No. 137019
Reem J. Bello – State Bar No. 198840
**GOE FORSYTHE & HODGES LLP**
17701 Cowan, Suite 210, Building D
Irvine, CA 92614
rgoe@goeforlaw.com
rbello@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

Attorneys for Secured Creditor People's California, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC.,<br><br>     Debtor and Debtor in<br>     Possession. | Case No. 2:24-bk-19127-BB<br><br>Jointly administer with Hallady Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 |
| In re:<br><br>HALLADAY HOLDINGS, LLC,<br><br>     Debtor and Debtor in<br>     Possession. | **PEOPLE'S CALIFORNIA, LLC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE; DECLARATIONS OF BERNARD STEINMANN AND ROBERT P. GOE IN SUPPORT THEREOF; REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF** |
| □ Affects both Debtors<br><br>■ Affects UNRIVALED BRANDS, INC., only<br><br>□ Affects HALLADAY HOLDINGS, LLC, only | Hearing:<br>Date:       January 29, 2025<br>Time:      10:00 a.m.<br>Courtroom: 1539<br>          255 East Temple Street<br>          Los Angeles, CA 90012 |

**TO THE HONORABLE SHERI BLUEBOND, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

People's California, LLC ("People's California"), hereby files its Motion ("Motion") for entry of an order dismissing the chapter 11 bankruptcy case ("Case") of Unrivaled Brands, Inc. ("Debtor"). This Motion is supported by this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Bernard Steinmann ("Steinmann Declaration") and Robert P. Goe ("Goe Declaration"), and the attached Request for Judicial Notice ("RJN") in support thereof.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected by this Motion. You should read these papers carefully and discuss them with your attorney if you have one. (If you do not have an attorney, you may wish to consult one.)

**PLEASE TAKE FURTHER NOTICE** that any response to this Motion must be filed and served no later than 14 days prior to the hearing on this Motion. See Local Bankruptcy Rule ("LBR") 9013-1(f). Failure to timely file a response to the Motion may be deemed as your consent to the granting of the relief requested in the Motion. See LBR 9013-1(h).

Dated: January 7, 2025

Respectfully submitted by

**GOE FORSYTHE & HODGES LLP**

By: /s/Robert P. Goe
    Robert P. Goe
    Attorneys for Secured Creditor People's
    California, LLC

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I.    INTRODUCTION

Debtor is an admitted cannabis business holding company that generates all of its income from cannabis subsidiary businesses.  As set forth on the Form 10-K ("Blum Form 10-K") filed by Blüm Holdings, Inc. ("Blum"), with the Securities and Exchange Commission ("SEC"), approximately 10 months prior to the Debtor's chapter 11 filing, Debtor completed a reverse merger in which Blum became the parent company and Debtor became a wholly owned subsidiary of Blum as follows:

> The Company [which was the Debtor] was originally incorporated as "Private Secretary, Inc." on July 22, 2008 in the State of Nevada. On January 27, 2012, the Company filed an amendment to its Articles of Incorporation changing its name to "Terra Tech Corp." Effective July 7, 2021, the Company changed its corporate name from "Terra Tech Corp." to "Unrivaled Brands, Inc." in connection with the Company's acquisition of UMBRLA, Inc. Effective January 12, 2024, Unrivaled completed a corporate reorganization (the "Reorganization") pursuant to which Blum Holdings, Inc. became the publicly-traded holding company and Unrivaled survived the merger as a wholly-owned subsidiary of Blum Holdings, Inc. After the Reorganization, the Company continues to engage in the business conducted by it prior to the Reorganization, and all of its contractual, employment and other business relationships have generally continued unaffected by the Reorganization.

*See* highlighted section of p. 7 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN.

Blum was incorporated in the State of Delaware on September 28, 2023, approximately 3 months before the reverse merger occurred and only after Unrivaled's management had destroyed Unrivaled's value with crushing debt. The Delaware Secretary of State information on Blum is attached to the RJN as **Exhibit 2.** Upon the consummation of the reverse merger, all of Unrivaled's management, shareholders and operations simply moved up into Blüm.  As a result, there is no legal or actual difference between what was once Unrivaled and what is now Blum. Blum's filings are devoid of any actual articulated business reason for the reverse merger.

It is clear from Blüm's SEC filings post-reverse merger that this set off a series of transactions whereby the Debtor attempted to divest itself of its cannabis-related assets so that it could eventually file for bankruptcy in a transparent attempt to avoid Debtor's creditors, including People's California. The clear intent of this transaction was to separate out the Debtor and all if its

creditors, including People's California, while continuing to conduct the exact same cannabis business as Debtor did but through the legally fictional Blüm. Unrivaled's management will not be able to articulate a valid business purpose for the reverse merger and has not even tried. *See* a true and correct copy of Blum's Form 10-Q filed with the SEC ("Blum Form 10-Q") attached as **Exhibit 3** to RJN, highlighted portion of Note 3 to the financial statements.

Moreover, Blum admits its operations are solely in the cannabis business on the Blum Form 10-K as follows:

**Our Operations**
We are organized into two reportable segments:
• Cannabis Retail – Includes cannabis-focused retail, both physical stores and non-store front delivery
• Cannabis Distribution – Includes cannabis distribution operations
Either independently or in conjunction with third parties, we operate medical marijuana retail and adult use dispensaries and distribution facilities in California.

*See* highlighted section of pp. 7-8 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN.  The Blum Form 10-K also includes a more detailed description of the business as follows:

**Our Business**
The Company is a cannabis company with retail, manufacturing, distribution, and cultivation operations throughout California, with an emphasis on providing the highest quality of medical and adult use cannabis products. The Company is home to Korova, a brand of high potency products across multiple product categories. The Company operates Blüm OC, a premier cannabis dispensary in Orange County, California, regularly servicing upwards of 800 customers each day. The Company also owns dispensaries in California which operate as The Spot in Santa Ana, Blüm in Oakland, and Blüm in San Leandro.
Either independently or in conjunction with third parties, we operate medical marijuana retail and adult use dispensaries, cultivation and manufacturing facilities in California.

*See* highlighted section of pp. 37 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN.

No other types of operations, aside from cannabis, are referenced.  Further, it was the Debtor (prior to its reverse merger with Blum), that acquired UMBRLA, Inc. which operated a cannabis dispensary in Santa Ana called "The Spot".  *See* highlighted section of p. 10 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN.  Although The Spot

recently closed its physical store location, it remains a cannabis delivery service.  *See* highlighted section of p. 10 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN; *see also* https://thespotforyou.com/.  As a result of its acquisition of UMBRLA, Inc. Debtor also acquired the Korova intellectual property and its various brands of cannabis edibles.  *See* https://www.korova-unrivaled.com/; *see also* highlighted section of pp. 37 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN.

On the Blum Form 10-K, all of the properties listed are exclusively used for either cannabis dispensaries or cannabis distribution facilities.  *See* highlighted section of p. 33 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN.

Moreover, on the date of the filing of this Case ("Petition Date"), Debtor owned and still owns shares in Mystic Holdings, Inc. ("Mystic").  Debtor admits that Mystic has certain connections to cannabis.  *See* Docket No. 56 at p. 2, lines 22-26.  Debtor also admits that the ownership of more than 1% of such a company may violate §854(a) of the CSA.  *See* Docket No. 56 at p. 2, lines 22-26.  Pursuant to the Form 1-SA of Mystic filed with the SEC ("Mystic Form 1-SA"), Mystic "is a holding company which, through its wholly owned subsidiaries, is a fully integrated cannabis company in the State of Nevada."  *See* pertinent pages of Mystic Form 1-SA a true and correct copy of which is attached as **Exhibit 6** to RJN.  The Mystic Form 1-SA further states:

> Since obtaining Nevada wholesale licenses for the cultivation and production of medical cannabis in 2014 and for recreational cannabis in 2016, Qualcan, LLC, Mystic's wholly-owned operating subsidiary ("Qualcan"), has operated a highly efficient, state-of-the-art 24,000 square foot cannabis cultivation and production facility with the capacity to produce as much as 600 pounds of sellable cannabis per month utilizing the latest concepts in agronomic farming practices and sustainable technologies. Qualcan's facility adheres to best practices in quality control standards and regulatory compliance that are believed to be as good as or better than those used throughout the cannabis industry. Qualcan currently wholesales its products, which include cannabis flowers, edibles and concentrates, under the trademark "Qualcan" to state-licensed dispensaries utilizing METRC, a state-mandated tracking system.

*See* highlighted section of p. 1 of Mystic Form 1-SA a true and correct copy of which is attached as **Exhibit 6** to RJN.  Debtor's Schedule B valued its interest in Mystic at $833,209.97.  *See* RJN, **Exhibit 8**.

1      Furthermore, on December 16, 2024, Debtor filed an adversary proceeding against

2  People's California to recover transfers made by Debtor to People's California pursuant to the sale

3  and settlement of cannabis assets ("People's Adversary").  A true and correct copy of the People's

4  Adversary (without exhibits) is attached to the RJN as **Exhibit 7**.

5      Finally, Debtor remains a named licensee on a cannabis business.  Debtor lists various

6  cannabis businesses on its Schedules which Debtor admits remain active.  *See* p. 51 of Schedules

7  filed on November 20, 2024 at Docket No. 31.  Debtor is in the business of cannabis, through

8  retail sales, distribution, intellectual property and as a licensee.  Debtor's connection to cannabis is

9  strong and continues post-petition.  Debtor has no operations or revenues other than from the

10  cannabis operations of its subsidiaries and related entities.

11      At the Section 341a meeting conducted on December 9, 2024, Debtor's representative,

12  Sabas Carrillo, testified.  In particular, questions were asked about Statement of Financial Affairs

13  1 and 2 ("SOFAs"), and Debtor's income from the period of January 1, 2022 through November 6,

14  2024 filing date.  Mr. Sabas Carrillo testified that Debtor had no income but rather all income was

15  through subsidiaries.  A true and correct copy of Debtor's Schedules and SOFA filed November

16  20, 2024 are attached to the RJN as **Exhibit 8**.  In particular, Mr. Carillo testified that all the

17  Debtor's income came from four (4) operating subsidiaries, specifically (1) The Spot, (2) Black

18  Oak (3), People's First Choice, and (4) Blum San Leandro, all of which are cannabis operations.

19  Debtor had no revenue unrelated to cannabis.

20      On the Cannabis licenses, the exact same Unrivaled management (now Blum management)

21  are listed as owners.  The very same people named at the Adnant (CRO) hearing as administering

22  the bankruptcy are listed as owners:  Mr. Sabas is individually named as owner and not the

23  company because the California State Department of Cannabis Control ("DCC") and local

24  licensing authorities have to trace the ownership to real human beings and do not list companies as

25  owners of licenses.

26      Therefore, Debtor's Case should be dismissed.

27      \\\

28

## II.     DEBTOR'S CASE SHOULD BE DISMISSED FOR CAUSE

### A.     Debtor's Assets and Funds to Be Collected are Derived From Conduct that Violates Federal Law and so the Case Should be Dismissed

The Controlled Substances Act of 1970 (the "CSA") outlaws the possession, use, and distribution of marijuana.  The Controlled Substances Act, 21 U.S.C. §§ 101 *et seq.* , declares marijuana to be a Schedule I controlled substance. *See* 21 U.S.C. § 812, Schedule I(c)(10).  It is a federal crime "to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance." *Id.* § 841(a)(1).  It is also a federal crime "to manufacture, distribute, export, or import ... any equipment, chemical, product, or material which may be used to manufacture a controlled substance or listed chemical, knowing, intending, or having reasonable cause to believe, that it will be used to manufacture a controlled substance." *Id.* § 843(a)(7).

A party can be liable for aiding and abetting any federal crime. *See* 18 U.S.C. § 2(a) ("Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal.").  Aiding and abetting requires proof that (i) someone else committed the underlying crime and (ii) the alleged aider/abettor "willfully associate[d] himself with the criminal venture and [sought] to make the venture succeed through some action of his own." *United States v. Leos-Quijada* , 107 F.3d 786, 794 (10th Cir. 1997).

Congress provided a list of circumstances that count as "cause" to dismiss a Chapter 11 proceeding. *See* § 1112(b)(4).  Congress's list is not exclusive, as further confirmed by legislative history: "The list [in § 1112(b)(4) ] is not exhaustive. The court will be able to consider other factors as they arise, and to use its equitable powers to reach an appropriate result in individual cases." *See Way to Grow, Inc. v. Inniss (In re Way to Grow, Inc.)*, 610 B.R. 338, 345 (D. Colo. 2019)(*citing* H.R. Rep. 95-595, 406, 1978 U.S.C.C.A.N. 5963, 6362).  "[A]s long as marijuana remains a Schedule I controlled substance, a Chapter 11 debtor cannot propose a good-faith reorganization plan that relies on knowingly profiting from the marijuana industry. And, in turn, inability to propose a good-faith reorganization plan is cause for dismissal under 11 U.S.C. §

1   1112(b)(1)." *In re Way to Grow, Inc.*, 610 B.R. at 346.  The *Way to Grow* court also pointed out

2   that a debtor involved in a business that does not "touch the plant [cannabis]" but sells or leases

3   property to a business that does touch cannabis and continues to do so following a bankruptcy

4   filing is violating federal law by enabling another to violate the CSA.  *Id.*

5          The degree of connection that exists between the Debtor and cannabis in this Case

6   demands dismissal under Ninth Circuit law.  Post-petition, Debtor continues to participate in

7   cannabis activity and Debtor and its management remain named licensees on several cannabis

8   business.  Debtor continues to hold interests in cannabis businesses as set forth on Attachment 25

9   of the Statement of Financial Affairs.  *See* p. 51 of Schedules filed on November 20, 2024 at

10  Attachment 25 of Statement of Financial Affairs [Docket No. 31].  On the Petition Date, Debtor

11  held ownership of more than 1% of Mystic in violation of §854(a) of the CSA.  *See* Docket No. 56

12  at p. 2, lines 22-26.  Pursuant to the Mystic Form 1-SA, Mystic "is a holding company which,

13  through its wholly owned subsidiaries, is a fully integrated cannabis company in the State of

14  Nevada." *See* highlighted section of p. 1 of Mystic Form 1-SA a true and correct copy of which is

15  attached as **Exhibit 6** to RJN.  As set forth in *In re Hacienda Co., LLC*, the relevant date of review

16  for Debtor's cannabis holdings, cannabis interests and cannabis business is the Petition Date.  *See*

17  *In re Hacienda Co., LLC*, 647 B.R. 748 (Bankr. C.D. Cal. 2023).  On the Petition Date, Debtor

18  held a significant interest in a cannabis business through its ownership interest in Mystic.  In this

19  Case it is not simply Debtor's pre-petition cannabis activity, but also its post-petition ownership

20  and pursuit of cannabis assets in violation of the CSA.

21         The Ninth Circuit BAP held in the case of *In re Burton*, 610 B.R. 633 (9th Cir. BAP 2020),

22  that the debtors' cannabis ownership interests constituted "cause" for dismissal under section

23  1307(c) of the Bankruptcy Code.  In *Burton*, the bankruptcy court concluded that any recovery

24  from the lawsuits sought to be pursued by the debtors would be derived from conduct in violation

25  of federal law and that allowing the bankruptcy case to continue would likely require the court and

26  the trustee to administer funds obtained in violation of said law and as such, the bankruptcy court

27  granted the trustee's motion to dismiss. The Ninth Circuit Bankruptcy Appellate Panel affirmed.

28

GOE FORSYTHE &
HODGES LLP
17701 Cowan, Suite 210
Irvine, CA 92614

In the instant Case, Debtor has filed the People's Adversary seeking to recover transfers made by Debtor to People's California pursuant to the sale and settlement of cannabis assets and cannabis businesses.  The federal bankruptcy system does not permit the liquidating or restructuring of assets associated with cannabis.  *Id.*  Although Debtor attempted to "divest" itself from ongoing cannabis activity, it has not.  Debtor cannot hold interests in cannabis businesses and cannabis assets in violation of federal drug law – namely, the Controlled Substances Act ("CSA").  Any plan to be proposed by Debtor would be unconfirmable under Section 1129(a)(3) because it would be proposed by means forbidden by law.

Debtor and Blum are one and the same.  All of Debtor's cannabis assets (including properties) and businesses became Blum's. All of Debtor's management, board of directors and shareholders became the same management, board and shareholders of Blum. As set forth on the Blum Form 10-K, its cannabis business is the exact same cannabis business of the Debtor, who is now conveniently a wholly owned subsidiary of Blum.  The Blum Form 10-K makes clear that the cannabis business will continue to be conducted as usual post reverse merger as follows:

> After the Reorganization, the Company continues to engage in the business conducted by it prior to the Reorganization, and all of its contractual, employment and other business relationships have generally continued unaffected by the Reorganization.

*See* highlighted section of p. 7 of Blum Form 10-K a true and correct copy of which is attached as **Exhibit 1** to RJN.

The Court must ensure and eliminate risk of future violations of the CSA by dismissing the Case.  Debtor's continued violations of the CSA post-petition evidence a lack of good faith and gross mismanagement of the bankruptcy estate, and, as such, dismissal is warranted.

**B.      Debtor Remains a Named Licensee on Several Cannabis Businesses**

In fact, Debtor remains a named licensee on a cannabis business. *See also* **Exhibit 4** and **Exhibit 5** attached to the RJN which are true and correct copies of screenshots of the licenses and spreadsheet for current licenses listed with the DCC's database with Mr. Carrillo, Ms. Chan, Mr. Baca and Unrivaled Brands, Inc. and the screenshot of Regulatory Safety Permit No. 2023-59 for the cannabis dispensary owned by People's First Choice, LLC, dba- Blüm OC that continues to

1  list Mr. Carrillo as the "Business Owner." People's First Choice, LLC, is one of the entities sold

2  by People's California to Debtor. [1]

3      Mr. Carrillo, Ms. Chan and Mr. Baca were, and still are, Unrivaled's and Blum's

4  management team providing services through Adnant, LLC, the company that Mr. Carrillo owns

5  100% of. These are the same individuals that are billing Unrivaled for services related to

6  administering Debtor's bankruptcy.

7  **III.**    **CONCLUSION**

8      Based upon the foregoing, Debtor's case must be dismissed.

9

10  Dated: January 7, 2025                    Respectfully submitted by

11                                  **GOE FORSYTHE & HODGES LLP**

12

13                                  By: /s/Robert P. Goe
                                     Robert P. Goe
14                                   Attorneys for Secured Creditor People's
                                     California, LLC

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[1] At the creditor's meeting when asked about these licenses Mr. Sabas made the misrepresentation that Debtor is not the owner of the licenses but that he, Ms. Chan and Mr. Baca are the owners. Mr. Sabas knows that the DCC and local licensing authorities do not list entities as owners of licenses, that ownership is always tracked to the individuals that own the licensed entity.

## DECLARATION OF BERNARD STEINMANN

I, Bernard Steinmann, hereby declare as follows:

1.    I am the authorized representative of Secured Creditor People's California, LLC ("People's California"). If called upon, I could and would testify to the facts contained herein from my personal knowledge. I am intimately familiar with all aspects of the associated litigation and settlement between People's California and Unrivaled Brands, Inc. ("Debtor").

2.    I am very familiar with the Debtor's filings with the Securities and Exchange Commission ("SEC"), including, but not limited to, Form 8K's, quarterly filings on Form 10Q and annual filings on Form 10K.

3.    I am also very familiar with all aspects of cannabis operations having been involved in the cannabis industry for many years.

4.    People's California filed the lawsuit against, among others, *Unrivaled Brands, Inc., entitled People's California, LLC, v. Unrivaled Brands, Inc., et al.*, currently pending before Judge David Hoffer in the Superior Court of California, County of Orange, Central Justice Center, Case No. 30-2022-01270747-CU-BC-CJC (the "Breach of Contract Action"), I have personal knowledge of the Breach of Contract Action where People's California is seeking damages in excess of $16,000,000.00.

5.    I also have personal knowledge of the lawsuit entitled *People's California, LLC, v. Carrillo, et al.*, currently pending before Judge Gassia Apkarian in the Superior Court of California, County of Orange, Central Justice Center, Case No. 30-2024-01416247-CU-PP-CJC (the "Shareholders Derivative Action"). The defendants in the Shareholders Derivative Action include Mr. Carrillo, Patty Chan ("Ms. Chan"), Robert Baca (Mr. Baca") and Adnant, LLC ("Adnant") (collectively, "SDA Defendants"). People's filed the Shareholders Derivative Action as a shareholder of Blüm Holdings, Inc. ("Blüm") (formerly, Unrivaled Brands, Inc., the Debtor in this Case), due to, among other things, what People's California alleged are the SDA Defendants' breaches of fiduciary duties, unjust enrichment, self-dealing and corporate waste.

6.    In order to prepare the complaint in the Shareholders Derivative Action, I reviewed Debtor's and Blüm's SEC filings which evidence that the post-reverse merger set off a series of transactions whereby Debtor attempted to divest itself of its cannabis-related assets (even as late

GOE FORSYTHE & HODGES LLP
17701 Cowan, Suite 210
Irvine, CA 92614

as November 5, 2024). Debtor's parent, Blüm, has continued to conduct the exact same cannabis business as Debtor did. *See* Blum Form 10-Q attached as **Exhibit 3** to the RJN, highlighted portion of Note 3 to the financial statements.

7.    In my capacity as representative of People's California, I have experience in working with the California State Department of Cannabis Control (the "DCC"). I also have experience in searching the DCC's database for licenses associated with certain individuals and companies. Attached are screenshots of the licenses and the spreadsheet which are collectively attached as **Exhibit 4** to the RJN. All of the licenses list Mr. Carrillo, Ms. Chan and Mr. Baca and the 2 licenses held by Black Oak Gallery list the email contact as Businesscontact@unrivaledbrands.com.

8.    Attached to the RJN as **Exhibit 5** is a true and correct copy of the screenshot of the Regulatory Safety Permit No. 2023-59 for the cannabis dispensary owned by People's First Choice, LLC, dba- Blüm OC that continues to list Mr. Carrillo as the "Business Owner." People's First Choice, LLC, is one of the entities sold by People's California to Debtor.

9.    I understand that when asked about the aforementioned licenses Mr. Carrillo was evasive and said that Unrivaled isn't listed as the owner, it's him, Ms. Chan and Mr. Baca. I've been listed as the "owner" of hundreds of cannabis licenses over the years despite the fact that the actual "licensees" have been entities. In that regard, I have extensive experience in licensing by the DCC as well as license regulations in several cities and counties in California. This includes, but is not limited to, the regulations as to who/what must be listed as an owner on cannabis licenses. The DCC and all of the city and county regulators I've worked with require that the individual owners/control persons of licensee entities be listed as the owners on the licenses. This is because it's required that actual living persons be responsible for complying with the various rules and regulations.

10.    Several references in Blüm's public filings evidence that there is no distinction, legal or otherwise, between Blüm and Debtor. A few examples:

    a.    In the Blum Form 10-Q attached as **Exhibit 3** to the RJN, Note 5 to the financial statements, Blüm describes how it entered into a settlement agreement that confirmed its ownership in Mystic Holdings, Inc. ("Mystic"). Debtor, not Blüm, lists the Mystic stock as the

Debtor's asset in its Official Form 2022, Part 4, Section 14.1 and Schedules and Statement of Affairs, attached to the RJN as **Exhibit 8**.

      b.  In the Blum Form 10-Q attached as **Exhibit 3** to the RJN, Note 12 entitled "Notes Payable," Blüm describes how it (not Debtor) entered into a settlement with People's California on March 6, 2023.  It was not Blüm that entered into the settlement as Blüm was not yet formed. Later in that same section, Blüm says that Debtor (making the distinction between Debtor and Blüm) entered into a purchase agreement to sell People's First Choice, LLC.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of January, 2025 at Santa Ana, California.

Bernard Steimann

# DECLARATION OF ROBERT P. GOE

I, Robert P. Goe, hereby declare as follows:

I am counsel for People's California, LLC ("People's California"), Secured Creditor in debtor Unrivaled Brands, Inc. ("Debtor") bankruptcy estate. If called upon, I could and would testify to the facts contained herein from my personal knowledge. I make this declaration in support of People's California's *Motion for Entry of an Order Dismissing Debtor's Chapter 11 Bankruptcy Case* ("Motion").

1.      At the Section 341a meeting conducted on December 9, 2024, Debtor's representative, Sabas Carrillo, testified.  In particular, questions were asked about Statement of Financial Affairs 1 and 2 ("SOFAs"), and Debtor's income from the period of November 18, 2022 through November 6, 2024 filing date.  Mr. Sabas Carrillo testified that Debtor had no income but rather all income was through subsidiaries.  A true and correct copy of Debtor's Schedules and SOFA filed November 20, 2024 are attached to the RJN as **Exhibit 8**.  In particular, Mr. Carrillo testified that all the Debtor income came from four (4) operating subsidiaries, specifically (1) The Spot, (2) Black Oak (3), People's First Choice, and (4) Blan San Leandro, all of which are cannabis operations.  Debtor had no revenue unrelated to cannabis.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 6th day of January, 2025 at Irvine, California.

/s/Robert P. Goe
Robert P. Goe

GOE FORSYTHE &
HODGES LLP
17701 Cowan, Suite 210
Irvine, CA 92614

1

## REQUEST FOR JUDICIAL NOTICE

2      People's California, LLC hereby respectfully requests in support of its Motion to which

3  this Request for Judicial Notice is attached that this Court take judicial notice of Exhibits 1

4  through 5 attached to this Request for Judicial Notice ("**RJN**").  Exhibits 1 through 5 to

5  this RJN are publicly available, are not subject to dispute, and are relevant to the Motion.

6  Therefore, these exhibits may be judicially noticed pursuant to Federal Rule of Evidence 201.

7  Specifically, Exhibits 1 through 8 (the "**Exhibits**") may be judicially noticed because the

8  documents are as follows:

9      1.      **Exhibit 1** attached hereto are pertinent pages of Blüm Holdings, Inc.'s ("Blüm")

10 Form 10-K for the year ended 2023.

11     2.      **Exhibit 2** attached hereto is the screenshot from the State of Delaware for Blüm.

12     3.      **Exhibit 3** attached hereto are pertinent pages of Blüm's 9/30/24 Form 10-Q.

13     4.      **Exhibit 4** attached hereto which are screenshots of the licenses, spreadsheet and

14 screenshots for current licenses listed with the California State Department of Cannabis Control

15 (the "DCC")'s database with Mr. Carrillo, Ms. Chan, Mr. Baca and Unrivaled Brands, Inc.

16     5.      **Exhibit 5** attached hereto is a screenshot of the Regulatory Safety Permit No.

17 2023-59 for the cannabis dispensary owned by People's First Choice, LLC, dba-Blüm OC that

18 continues to list Mr. Carrillo as the "Business Owner."

19     6.      **Exhibit 6** attached hereto are pertinent pages of Mystic Holdings, Inc.'s ("Mystic")

20 Form 1-SA for the semi-annual period ended June 30, 2024.

21     7.      **Exhibit 7** attached hereto is a true and correct copy of the People's Adversary

22 (without exhibits) filed December 16, 2024 by Debtor against People's California, LLC.

23     8.      **Exhibit 8** attached hereto is a true and correct copy of Debtor's Schedules and

24 SOFA filed November 20, 2020.

25 Dated: January 7, 2025                    **GOE FORSYTHE & HODGES LLP**

26

27                                          By: /s/Robert P. Goe
                                               Robert P. Goe
28                                             Attorneys for Secured Creditor People's
                                               California, LLC

# EXHIBIT 1

EXHIBIT 1

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2023

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number: **000-56626**

# BLUM HOLDINGS, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **93-3735199** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**3242 S. Halladay Street, Suite 202**
**Santa Ana, California 92705**
(Address of principal executive offices) (Zip Code)

**888-909-5564**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act: None

Securities registered pursuant to Section 12(g) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| **Common Stock, par value $0.001** | **BLMH** | **OTCQB** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements

# PART I

## ITEM 1. BUSINESS

*References in this document to "we", "us", "our", "the Company", or "Blüm" are intended to mean Blum Holdings, Inc., individually, or as the context requires, collectively with its subsidiaries on a consolidated basis.*

*Effective January 12, 2024, Unrivaled Brands, Inc. completed a reverse stock split of its common stock at a 1-for-100 ratio (the "Reverse Stock Split"). Accordingly, all share and per share amounts for all periods presented in this Current Report on Form 10-K have been adjusted retroactively, where applicable, to reflect this Reverse Stock Split and adjustment of the preferred stock conversion ratios.*

### Company Overview

Blum Holdings, Inc. is a holding company with the following subsidiaries:

- Unrivaled Brands, Inc., a Nevada corporation ("Unrivaled")
- Black Oak Gallery, a California corporation ("Black Oak" or "Blüm Oakland")
- Blüm San Leandro, a California corporation ("Blüm San Leandro")
- 2705 PFC, LLC, a Nevada limited liability company
- 3242 Enterprises, Inc., a California corporation ("The Spot")
- 3242 Holdings, LLC, a Nevada limited liability company
- Halladay Holding, LLC, a California limited liability company ("Halladay")
- People's First Choice, LLC, a California limited liability company ("Blüm OC")
- People's Costa Mesa, LLC, a California limited liability company
- IVXX Gardens I, Inc., a California corporation

Our corporate headquarters are located at 3242 S. Halladay Street, Suite 202, Santa Ana, California 92705 and our telephone number is (888) 909-5564. Our website addresses are as follows: www.blumholdings.com, www.letsblum.com and www.thespotforyou.com. We have included our website addresses in this Annual Report solely as an inactive textual references. No information available on or through our websites shall be deemed to be incorporated into this Annual Report on Form 10-K. Our common stock, par value $0.001 (the "Common Stock"), is quoted on the OTC Markets Group, Inc.'s OTCQB tier under the symbol "BLMH." Prior to February 12, 2024, our Common Stock was quoted on the OTCQB under the symbol "UNRV." Our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, including exhibits, proxy and information statements and amendments to those reports filed or furnished pursuant to Sections 13(a), 14, and 15(d) of the Exchange Act may be accessed through the SEC's Interactive Data Electronic Applications system at https://www.sec.gov.

### Our Business

Blum Holdings, Inc. is a cannabis company with operations in retail and distribution throughout California, with an emphasis on providing the highest quality of medical and adult use cannabis products. The Company is home to Korova, a brand of high potency products across multiple product categories, currently available in California. The Company operates Blüm OC, a premier cannabis dispensary in Orange County, California. The Company also owns dispensaries in California which operate as The Spot in Santa Ana, Blüm in Oakland, and Blüm in San Leandro.

The Company was originally incorporated as "Private Secretary, Inc." on July 22, 2008 in the State of Nevada. On January 27, 2012, the Company filed an amendment to its Articles of Incorporation changing its name to "Terra Tech Corp." Effective July 7, 2021, the Company changed its corporate name from "Terra Tech Corp." to "Unrivaled Brands, Inc." in connection with the Company's acquisition of UMBRLA, Inc. Effective January 12, 2024, Unrivaled completed a corporate reorganization (the "Reorganization") pursuant to which Blum Holdings, Inc. became the publicly-traded holding company and Unrivaled survived the merger as a wholly-owned subsidiary of Blum Holdings, Inc. After the Reorganization, the Company continues to engage in the business conducted by it prior to the Reorganization, and all of its contractual, employment and other business relationships have generally continued unaffected by the Reorganization.

### Our Operations

We are organized into two reportable segments:

- ***Cannabis Retail –*** Includes cannabis-focused retail, both physical stores and non-store front delivery
- ***Cannabis Distribution –*** Includes cannabis distribution operations

Either independently or in conjunction with third parties, we operate medical marijuana retail and adult use dispensaries and distribution facilities in California.

**Human Capital**

As of December 31, 2023, we had 149 employees. Our employees are the heart of our Company. In a rapidly evolving industry, it is imperative that we attract, develop and retain top talent on an ongoing basis. To do this, we seek to make the Company an inclusive, diverse and safe workplace, with meaningful compensation and opportunities for career growth.

4

*Blüm OC*

On November 22, 2021, the Company acquired People's First Choice, which owns and operates one of the most successful dispensaries in Orange County, California, regularly servicing upwards of 800 customers each day. In December 2023, the dispensary was renamed to Blüm OC. The Company has entered into agreements to acquire and operate additional People's dispensaries in Riverside, California and Costa Mesa, California.

*The Spot*

On July 1, 2021, the Company acquired UMBRLA, Inc. which operated The Spot dispensary in Santa Ana, California and owned the Korova brand intellectual property. The Spot sells a combination of high-quality name-brand products from outside suppliers. In addition to multiple grades of medical and adult use marijuana, Blüm sells the following: (i) edibles, which include cannabis-infused baked goods, chocolates, and candies, (ii) cannabis-infused topical products, such as lotions, massage oils and balms, and (iii) numerous kinds of cannabis concentrates, such as hash, shatter, and wax. On February 18, 2024, The Spot closed its doors for in-store shopping and continued offering cannabis delivery.

*Oakland Cultivation*

In October 2022, the Company ceased operations its cultivation facility located in Oakland, California. In October 2023, the Company entered into a management services agreement with a third-party to manage and operate the cultivation facility.

We leased 13,000 square feet of industrial space on over 30,000 square feet of land in Oakland's industrial corridor where we operated a cannabis cultivation facility. In January 2024, the Company sold its equity interests in the licensed cultivation entity. As of December 31, 2023, the Company no longer has cultivation operations in California.

## ITEM 1A. RISK FACTORS

*Investing in our common stock involves a high degree of risk. Before deciding to purchase, hold, or sell our common stock, you should carefully consider the risks described below in addition to the cautionary statements and risks described elsewhere and the other information contained in this Report and in our other filings with the SEC, including subsequent reports on Forms 10-Q and 8-K. The risks and uncertainties described below are not the only ones we face. Additional risks and uncertainties not presently known to us or that we currently deem immaterial may also impair our business operations. If any of these known or unknown risks or uncertainties actually occur, our business, financial condition, results of operations and/or liquidity could be seriously harmed, which could cause our actual results to vary materially from recent results or from our anticipated future results. In addition, the trading price of our common stock could decline due to any of these known or unknown risks or uncertainties, and you could lose all or part of your investment. An investment in our securities is speculative and involves a high degree of risk. You should not invest in our securities if you cannot bear the economic risk of your investment for an indefinite period of time and cannot afford to lose your entire investment. See also "Cautionary Note Concerning Forward-Looking Statements."*

6

Table of Contents

## ITEM 2. PROPERTIES

A summary of the offices and properties that we lease or own are presented in the table below. Each of our facilities is considered to be in good condition, adequate for its purpose, and suitably utilized according to the individual nature and requirements of the relevant operations.

| Purpose | Location | Own or Lease | Base Monthly Rent | Lease Begin Date | Lease End Date |
|---|---|---|---|---|---|
| Cultivation Facility* | Oakland, CA | Lease | $ 28,384 | 1/1/2017 | 12/31/2024 |
| Dispensary (Blüm Oakland)/Distribution Facility | Oakland, CA | Lease | $ 35,436 | 4/1/2016 | 3/31/2026 |
| Dispensary (Blüm San Leandro) | San Leandro, CA | Lease | $ 28,384 | 1/1/2017 | 12/31/2024 |
| Dispensary (Blüm OC) | Santa Ana, CA | Lease | $ 56,160 | 9/1/2021 | 3/1/2025 |
| Dispensary (People's Costa Mesa) | Costa Mesa, CA | Lease | $ 62,131 | 9/1/2021 | 6/1/2036 |
| Dispensary (People's DTLA) | Los Angeles, CA | Lease | $ 62,348 | 9/1/2021 | 10/31/2036 |
| Corporate Headquarters and Dispensary (The Spot) | Santa Ana, CA | Own | | | |

* Indicates property related to discontinued operations.

## ITEM 3. LEGAL PROCEEDINGS

See "Note 22 – Commitments and Contingencies" of the Notes to Consolidated Financial Statements in Part II of this Annual Report on Form 10-K, which is incorporated herein by reference.

## ITEM 4. MINE SAFETY DISCLOSURES

Not applicable.

24

## ITEM 7. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.

*The following discussion of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and the related notes thereto included elsewhere in this Annual Report on Form 10-K beginning on page F-1. The following discussion contains forward-looking statements that involve risks and uncertainties. Investors should not place undue reliance on these forward-looking statements. These forward-looking statements are based on current expectations and actual results could differ materially from those discussed herein. Factors that could cause or contribute to the differences are discussed in Item 1A, "Risk Factors" and elsewhere in this Annual Report on Form 10-K. Our actual results could differ materially from those predicted in these forward-looking statements, and the events anticipated in the forward-looking statements may not actually occur. Although we believe that the expectations reflected in these forward-looking statements are reasonable, we cannot guarantee future results, levels of activity, performance or achievements. We are under no duty to update any of the forward-looking statements after the date of this Annual Report on Form 10-K to conform these statements to actual results or to reflect the occurrence of unanticipated events, unless required by applicable laws or regulations.*

## COMPANY OVERVIEW

**Our Business**

The Company is a cannabis company with retail, manufacturing, distribution, and cultivation operations throughout California, with an emphasis on providing the highest quality of medical and adult use cannabis products. The Company is home to Korova, a brand of high potency products across multiple product categories. The Company operates Blüm OC, a premier cannabis dispensary in Orange County, California, regularly servicing upwards of 800 customers each day. The Company also owns dispensaries in California which operate as The Spot in Santa Ana, Blüm in Oakland, and Blüm in San Leandro. As of December 31, 2023, the Company had 149 employees.

We are organized into two reportable segments:

- **Cannabis Retail –** Includes cannabis-focused retail, both physical stores and non-store front delivery
- **Cannabis Distribution –** Includes cannabis distribution operations

Either independently or in conjunction with third parties, we operate medical marijuana retail and adult use dispensaries, cultivation and manufacturing facilities in California.

Our corporate headquarters are located at 3242 S. Halladay St, Suite 202, Santa Ana, California 92705 and our telephone number is (888) 909-5564. Our website address is as follows: www.blumholdings.com. No information available on or through our websites shall be deemed to be incorporated into this Form 10-Q. Our common stock, par value $0.001 (the "Common Stock"), is quoted on the OTC Markets Group, Inc's OTCQB tier under the symbol "BLMH."

## Corporate Reorganization

On January 12, 2024, Unrivaled Brands, Inc. ("UNRV") completed its previously announced corporate reorganization pursuant to the Reorganization Agreement, by and among Unrivaled Brands, Inc., Blum Holdings, Inc., and Blum Merger Sub, Inc ("Merger Sub"). The Reorganization Agreement provided for the merger of UNRV and Merger Sub, with UNRV surviving the merger as a wholly-owned subsidiary of Blüm. The Reorganization Agreement was approved and adopted by the stockholders of UNRV at its annual meeting of stockholders held on December 5, 2023. At the effective time of the Reorganization, all of the issued and outstanding shares of UNRV's common stock, par value $0.001 per share were converted automatically on a one-for-one basis into shares of Blüm's common stock, par value $0.001 per share, and all of the issued and outstanding shares of UNRV's classes of preferred stock, par value $0.001 per share, were converted automatically on a one-for-one basis into shares of Blüm's respective classes of preferred stock, par value $0.001 per share. On February 12, 2024, the Company began trading as "BLMH" on the OTCQB.

Effective January 12, 2024, the Company completed a reverse stock split of its common stock at a 1-for-100 ratio. Accordingly, all share and per share amounts for all periods presented in this Current Report on Form 10-K have been adjusted retroactively, where applicable, to reflect this reverse stock split and adjustment of the preferred stock conversion ratios.

## Fiscal Year 2023 Highlights

*Executive-Led Private Placement*

# EXHIBIT 2

# EXHIBIT 2

n of Corporations

## Entity Details

### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 7667423 | Incorporation Date / Formation Date: | 9/28/2023 (mm/dd/yyyy) |
| Entity Name: | BLUM HOLDINGS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | TELOS LEGAL CORP. |
| Address: | 13 WEST MAIN STREET P.O. BOX 953 |
| City: | FELTON | County: | Kent |
| State: | DE | Postal Code: | 19943 |
| Phone: | 302-483-7293 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or
more detailed information including current franchise tax assessment, current filing history
and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

click on the Field Tag to take you to the help area.

EXHIBIT 2

# EXHIBIT 3

# EXHIBIT 3

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 10-Q

☒    **QUARTERLY REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Quarterly Period Ended September 30, 2024**

**or**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the Transition Period From _____ to _____

Commission File Number: <u>000-54258</u>

# BLUM HOLDINGS, INC.

(Exact Name of Registrant as Specified in its Charter)

| | |
|---|---|
| Delaware | 93-3735199 |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

| | |
|---|---|
| **11516 Downey Avenue,** **Downey, California** | **90241** |
| (Address of Principal Executive Offices) | (Zip Code) |

<u>(888) 909-5564</u>
(Registrant's Telephone Number, Including Area Code)

Securities registered pursuant to Section 12(b) of the Act:
None

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or such shorter period that the registrant was required to submit such files). Yes ☒    No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.:

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☐ |
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐      No ☒

As of November 7, 2024, there were 9,744,914 shares of common stock outstanding, 1,460,199 shares of common stock issuable upon the exercise of all our outstanding warrants, and 284,346 shares of common stock issuable upon the exercise of all vested options.

Table of Contents

**BLUM HOLDINGS, INC.**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS (UNAUDITED)**

## NOTE 1 – DESCRIPTION OF BUSINESS

Blum Holdings, Inc. ("Blüm" or the "Company") is a cannabis company with retail and distribution operations throughout California, with an emphasis on providing the highest quality of medical and adult use cannabis products. The Company is home to Korova, a brand of high potency products across multiple product categories, currently available in California. The Company formerly operated Blüm Santa Ana, a premier cannabis dispensary in Orange County, California, which was sold in June 2024. The Company currently owns dispensaries in California which operate as Blüm in Oakland and Blüm in San Leandro. In May 2024, the Company began operating the retail store, Cookies Sacramento, and providing consulting services for two additional dispensaries located in Northern California.

Blum Holdings, Inc. is a holding company with the following subsidiaries:

- Unrivaled Brands, Inc., a Nevada corporation ("Unrivaled")
- Black Oak Gallery, a California corporation ("Black Oak" or "Blüm Oakland")
- Blüm San Leandro, a California corporation ("Blüm San Leandro")
- 2705 PFC, LLC, a Nevada limited liability company
- 3242 Enterprises, Inc., a California corporation ("The Spot")
- 3242 Holdings, LLC, a Nevada limited liability company
- Halladay Holding, LLC, a California limited liability company ("Halladay")
- People's Costa Mesa, LLC, a California limited liability company
- Blum Management Holdings, Inc., a Delaware corporation
- Safe Accessible Solutions, Inc., a California corporation ("Cookies Sacramento")
- Coastal Pine Holdings, Inc., a Wyoming corporation

References in this document to the "Company", "Blüm", "we", "us", or "our" are intended to mean Blum Holdings, Inc., individually, or as the context requires, collectively with its subsidiaries on a consolidated basis.

*Corporate Reorganization*

On January 12, 2024, Unrivaled Brands, Inc. ("Unrivaled") completed a corporate reorganization (the "Reorganization") pursuant to which Blum Holdings, Inc. became the ultimate parent of Unrivaled. As part of the Reorganization, Unrivaled entered into an Agreement and Plan of Merger, dated October 9, 2023 (the "Reorganization Agreement"), with Blüm and Blum Merger Sub, Inc., a Nevada corporation and a wholly-owned subsidiary of Blüm ("Merger Sub"), in which, among other things and subject to its terms and conditions, as described below, that Merger Sub merged with and into Unrivaled, with the separate existence of Merger Sub ceasing and with Unrivaled surviving as a direct, wholly-owned subsidiary of Blüm. After the Reorganization, the Company continues to engage in the business conducted by it prior to the Reorganization and the directors and executive officers of Unrivaled continued to serve in the same capacities for Blüm.

The Reorganization Agreement provides that at the effective time of the Reorganization, on January 12, 2024, all of the issued and outstanding shares of Unrivaled's common stock, par value $0.001 per share were converted automatically on a one-for-one basis into shares of Blüm's common stock, par value $0.001 per share, and all of the issued and outstanding shares of Unrivaled's Series V preferred stock, par value $0.001 per share, were converted on a one-for-one basis into shares of Blüm's respective classes of preferred stock, par value $0.001 per share. On February 12, 2024, the Company began trading as "BLMH" on the OTCQB.

Additionally, effective January 12, 2024, (i) each outstanding option to purchase shares of Unrivaled's common stock (a "Company Option") was converted automatically into a stock option to purchase an identical number of shares of Blüm common stock, (ii) each outstanding warrant to purchase shares of Unrivaled's common stock (a "Company Warrant") was converted automatically into a warrant to purchase an identical number of shares of Blüm common stock, and (iii) each outstanding promissory note convertible into shares of Unrivaled's common stock (a "Company Note") was automatically converted into a promissory note convertible into an identical number of shares of Blüm common stock, in each case, on the same terms and conditions as applied to the Company Option, Company Warrant and Company Note, respectively, immediately prior to the effective date and as set forth in the documentation relating to such Company Option, Company Warrant and Company Note.

Effective January 12, 2024, Unrivaled Brands, Inc. completed a reverse stock split of its common stock at a ratio of 1-for-100 (the "Reverse Stock Split"). As a result of the Reorganization, the current stockholders of Unrivaled became stockholders of Blüm with the same number and percentage of shares of Blüm as they held in Unrivaled immediately prior to the Reorganization, subject to any changes from the implementation of the Reverse Stock Split. Accordingly, all share and per share amounts for all periods presented in the accompanying consolidated financial statements and notes thereto have been adjusted retroactively, where applicable, to reflect this Reverse Stock Split and adjustment of the preferred stock conversion ratios.

6

---

Table of Contents

**NOTE 3 – CONCENTRATIONS OF BUSINESS AND CREDIT RISK**

The Company maintains cash balances in several financial institutions that are insured by either the Federal Deposit Insurance Corporation or the National Credit Union Association up to certain federal limitations. At times, the Company's cash balance exceeds these federal limitations. The Company has not historically experienced any material loss from carrying cash on hand. The amount in excess of insured limitations was nil as of September 30, 2024 and December 31, 2023, respectively.

The Company provides credit in the normal course of business to customers located throughout the U.S. The Company performs ongoing credit evaluations of its customers and maintains allowances for credit losses based on factors surrounding the credit risk of specific customers, historical trends, and other information. There were no customers that comprised more than 10.0% of the Company's revenue for the three and nine months ended September 30, 2024 and 2023.

The Company sources cannabis products for retail from various vendors. However, as a result of regulations in the State of California, the Company's California retail operations must use vendors licensed by the State. As a result, the Company is dependent upon the licensed vendors in California to supply products. If the Company is unable to enter into relationships with sufficient members of properly licensed vendors, the Company's sales may be impacted. During the three and nine months ended September 30, 2024 and 2023, the Company did not have any concentration of vendors for inventory purchases. However, this may change depending on the number of vendors who receive appropriate licenses to operate in the State of California.

**NOTE 4 – INVENTORY**

Raw materials consist of materials and packaging for manufacturing of products owned by the Company. Finished goods consists of cannabis products sold in retail and distribution. Inventory consisted of the following:

|  | (in thousands) | |
| --- | --- | --- |
|  | September 30, 2024 | December 31, 2023 |
| Raw Materials | $ 312 | $ 647 |
| Finished Goods | 1,033 | 462 |
| Total Inventory | $ 1,345 | $ 1,109 |

9

EXHIBIT 3    Page 5 of 5

# EXHIBIT 4

# EXHIBIT 4

search.cannabis.ca.gov/results/5322

Official website of the State of California

**Department of**
**Cannabis Control**
CALIFORNIA

earch
to Search Results

# M SAN LEANDRO

## Location

1915 Fairway Dr
San Leandro, CA 94577
Alameda County

## ense Information

### Active

**Lic. No. C10-0000027-LIC (Annual)**
Commercial - Retailer
Adult-Use and Medicinal
Effective on **2019-04-30**
Expires on **2025-04-29**

EXHIBIT 4

## siness Information

# BLUM SAN LEANDRO

Legally named **Blum San Leandro**
Registered as Corporation
Patty Chan, Robert Baca, Sabas Carrillo
Jade@blumholdings.Com
510-338-4447



Page 1 of 6

this record refreshed on: 12/05/2024

Official website of the State of California

**Department of**
**Cannabis Control**
CALIFORNIA

search.cannabis.ca.gov/results/18642

...arch
...o Search Results

## ...nse Information

### Active

**Lic. No. C10-0000073-LIC (Annual)**
Commercial - Retailer
Adult-Use and Medicinal
Effective on **2019-05-21**
Expires on **2025-05-20**

EXHIBIT 4

## ...ness Information

### Blum

Legally named **Black Oak Gallery**
Registered as Corporation
Patty Chan, Robert Baca, Sabas Carrillo
Businesscontact@unrivaledbrands.Com
510-338-4447

## Location

578 Grand Ave W
Oakland, CA 94612
Alameda County



...his record refreshed on: 12/05/2024

arch.cannabis.ca.gov/results/11514

al website of the State of California

**partment of**
**nnabis Control**

LIFORNIA

ch Results

ak Gallery

nformation

## Location

Not Published
Alameda County, CA

EXHIBIT 4

**Active**

ic. No. **CCL18-0001708 (Annual)**
ultivation - Specialty Indoor
dult-Use
ffective on **2019-06-05**
xpires on **2024-12-31**

Information

egally named **Black Oak Gallery**
egistered as Corporation
rik Rasch, James Miller, Patty Chan, Robert Baca, Sabas Carillo, Tracy McCourt
abe@blumholdings.Com
10-38-4447

ord refreshed on: 12/05/2024

search.cannabis.ca.gov/results/4203

arch
o Search Results

Distribution

nse Information

## Active

**Lic. No. C11-0000135-LIC (Annual)**
Commercial - Distributor
Adult-Use and Medicinal
Effective on **2019-05-21**
Expires on **2025-05-20**

## Location



Not Published
Alameda County, CA

ns Information

## Blum Distribution

**Legally named Black Oak Gallery**
Registered as Corporation
Patty Chan, Robert Baca, Sabas Carrillo
Businesscontact@unrivaledbrands.Com
510-338-4447

EXHIBIT 4

this record refreshed on: 12/05/2024

Page 4 of 6

n Issue?
**omplaint for this License**

ate of license data: 12/05/2024



## Location



1325 St Andrew Pl, Unit B
Santa Ana, CA 92705
Orange County

☷ search.cannabis.ca.gov/results/3743

Official website of the State of California

**Department of
Cannabis Control**
CALIFORNIA

earch
to Search Results

en Mart

## ense Information

## Active

**Lic. No. C10-0001511-LIC (Annual)**
Commercial - Retailer
Adult-Use and Medicinal
Effective on **2024-11-15**
Expires on **2025-11-15**

 EXHIBIT 4

## siness Information

 **Green Mart**

Legally named **3242 Enterprises, Inc.**
Registered as Corporation
Damian Mclawhorn, Mikael Marczak, Patty Chan, Robert Baca, Sabas Carrillo
3242enterprises@gmail.Com
714-642-6977

Page 5 of 6

r this record refreshed on: 12/05/2024

uls-export-12-05-2024

| id | licenseNumber | licenseStatus | licenseTerm | licenseType | licenseDesignation | issueDate | expirationDate | businessDbaName | businessLegalName | businessOwnerNames | businessStructure | entityNumber | premiseStreetAddress | premiseCity | premiseCounty | premiseState | premiseZip | businessEmail | businessPhone | premiseAPN | PremiseLatitude | PremiseLongitude |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5325 | C10-0000007-LIC | Active | Annual | Commercial | Retailer | Adult-Use and Medicinal 04/29/2020 00:00:00 | 04/29/2025 00:00:00 | Burn San Leandro | BLUM SAN LEANDRO | Patty Chen, Robert Baca, Sabas Carrillo | Corporation | Data Not Available | 3070 Jersey Dr | San Leandro | Alameda | CA | 94577 | [email protected] | (510) 338-4447 | Data Not Available | 37.709690 | -122.168897 |
| 9842 | C10-0000072-LIC | Active | Annual | Commercial | Retailer | Adult-Use and Medicinal 05/21/2019 00:00:00 | 05/20/2025 00:00:00 | Black Oak Gallery | Burn | Patty Chen, Robert Baca, Sabas Carrillo | Corporation | Data Not Available | 578 Ocean Ave W | Oakland | Alameda | CA | 94512 | [email protected] | (510) 338-4447 | Data Not Available | 37.812477 | -122.270154 |
| 8742 | C11-0000018-LIC | Active | Annual | Commercial | Retailer | Adult-Use and Medicinal 11/15/2020 00:00:00 | 11/15/2025 00:00:00 | Black Oak Gallery | KC Green Mart | German Villanueva, Robert Villarino, Patty Chen, Robert Baca, Sabas Carrillo | Corporation | Data Not Available | 1025 N Andover Pl Unit | Santa Ana | Orange | CA | 92705 | [email protected] | (714) 442-6817 | Data Not Available | 37.713242 | -117.652486 |
| 4920 | C11-0000019-LIC | Active | Annual | Commercial | Distributor | Adult-Use and Medicinal 05/21/2019 00:00:00 | 05/20/2025 00:00:00 | Black Oak Gallery | Blum Distribution | Patty Chen, Robert Baca, Sabas Carrillo | Corporation | Data Not Available | Data Not Available | Data Not Available | Alameda | CA | Data Not Available | Data Not Available | (510) 338-4447 | Data Not Available | Data Not Available | Data Not Available |
| 11524 | C12-0000133-LIC | Active | Annual | Cultivation | Specialty Indoor Adult-Use | 06/05/2019 00:00:00 | 12/31/2024 00:00:00 | Black Oak Gallery | Data Not Available | Gina Rauch, Leanne Miller, Patty Chen, Robert Baca, Sabas Carrillo, Tracy M Corporation | Corporation | Data Not Available | Data Not Available | Data Not Available | Alameda | CA | Data Not Available | [email protected] | (510) 338-4447 | 8-680-14-4, 8-680-12-3, 8-680-8-2 | | |

EXHIBIT 4                                    Page 6 of 6

# EXHIBIT 5

# EXHIBIT 5

MAYOR
Valerie Amezcua
MAYOR PRO TEM
Jessie Lopez
COUNCILMEMBERS
Phil Bacerra
Johnathan Ryan Hernandez
David Penaloza
Thai Viet Phan
Benjamin Vazquez

ACTING CITY MANAGER
Steven Mendoza
CITY ATTORNEY
Sonia R. Carvalho
CITY CLERK
Jennifer L. Hall

# CITY OF SANTA ANA

## PLANNING AND BUILDING AGENCY
20 Civic Center Plaza • P.O. Box 1988
Santa Ana, California 92702
www.santa-ana.org

November 20, 2023

Sabas Carrillo
People's First Choice, LLC dba- Blum OC
2721 S. Grand Ave.
Santa Ana, CA  92705

Re: Regulatory Safety Permit No. 2023-59 for Commercial Cannabis Adult-Use, and
Medicinal

Dear Mr. Carrillo,

The City of Santa Ana is pleased to inform you that your application for Regulatory Safety
Permit for the commercial cannabis business located at 2721 S. Grand Ave., Santa Ana has
been approved. The RSP renewal is in effect from November 20, 2023 through November
20, 2024.

Enclosed with this letter is the RSP itself. Please be advised that the RSP is required to be
renewed annually, and it is your responsibility to apply for a renewal and submit the
appropriate fee no later than 60 calendar days prior to the expiration date of November 20,
2024.

The City's commercial cannabis ordinances are available online at http://santa-
ana/cannabis/.  Specifically, pursuant to Santa Ana Municipal Code (SAMC) Section 40-3,
"any commercial cannabis business as defined by the State of California and the City of
Santa Ana shall operate in conformance with all regulations and standards set forth in this
article to assure that the operations of any commercial cannabis business as defined by the
State of California and allowed by the City of Santa Ana are in compliance with local and
State law and are established to mitigate any adverse secondary effects from its
operations." Section 40-12 describes the violation and enforcement process if the business
operates in a manner that is non-compliant with the requirements of the SAMC.

SANTA ANA CITY COUNCIL

| Valerie Amezcua | Jessie Lopez | Thai Viet Phan | Benjamin Vazquez | Phil Bacerra | Johnathan Ryan Hernandez | David Penaloza |
| Mayor | Mayor Pro Tem, Ward 3 | Ward 1 | Ward 2 | Ward 4 | Ward 5 | Ward 6 |
| vamezcua@santa-ana.org | jessielopez@santa-ana.org | tphan@santa-ana.org | bvazquez@santa-ana.org | pbacerra@santa-ana.org | jryanhernandez@santa-ana.org | dpenaloza@santa-ana.org |

EXHIBIT 5                    Page 1 of 9

# City of Santa Ana



Effective: **11/20/2023**
Expires: **11/20/2024**

RSP-2023-59

# REGULATORY SAFETY PERMIT

THIS IS TO CERTIFY THAT THE LOCATION DESCRIBED BELOW HAS BEEN INSPECTED AND THAT IT COMPLIES WITH CHAPTERS 18 AND 40 OF THE SANTA ANA MUNICIPAL CODE (SAMC) AS OF THE DATE INSPECTED. SAMC CHAPTERS 18 AND 40 – EVERY COMMERCIAL CANNABIS BUSINESS SHALL OBTAIN A REGULATORY SAFETY PERMIT FROM THE PLANNING AND BUILDING AGENCY. IT SHALL BE UNLAWFUL FOR ANY PERSON, ASSOCIATION, PARTNERSHIP OR CORPORATION TO ENGAGE IN, CONDUCT OR CARRY ON, IN OR UPON ANY PREMISES WITHIN THE CITY, A COMMERCIAL CANNABIS BUSINESS WITHOUT THE REQUIRED PERMIT. **REQUESTS FOR RENEWAL MUST BE RECEIVED A MINIMUM OF 60-DAYS PRIOR TO THE EXPIRATION DATE LISTED ABOVE.**

BUSINESS OWNER: **Sabas Carrillo**
NAME OF COLLECTIVE: **People's First Choice, LLC**
**Dba-Blum OC**
COLLECTIVE ADDRESS: **2721 S. Grand Ave.**
CITY AND STATE: **Santa Ana, CA 92705**

**Minh Thai**
Executive Director
Planning & Building Department

Approved for: <u>Commercial Cannabis</u> <u>Adult-Use, and Medicinal</u>

SHALL BE POSTED IN A CONSPICUOUS PLACE ON THE PREMISES AND SHALL NOT BE REMOVED EXCEPT BY AN AUTHORIZED CITY OF SANTA ANA OFFICIAL

EXHIBIT 5                    Page 2 of 9

November 20, 2023

Page 2

Congratulations again for your RSP. The City of Santa Ana is pleased to answer any
questions you have. For additional information, please contact Code Enforcement Principal
Yvette Portugal at (714) 667-2701.


Sincerely,

for Minh Thai
Executive Director


Encls.

Valerie Amezcua
Mayor
vamezcua@santa-ana.org

Jessie Lopez
Mayor Pro Tem, Ward 3
jessielopez@santa-ana.org

Thai Viet Phan
Ward 1
tphan@santa-ana.org

Benjamin Vazquez
Ward 2
bvazquez@santa-ana.org

Phil Bacerra
Ward 4
pbacerra@santa-ana.org

Johnathan Ryan Hernandez
Ward 5
jryanhernandez@santa-ana.org

David Pe
War
dpenaloza@s

EXHIBIT 5                    Page 3 of 9

LIMITATIONS OF APPROVED OCCUPANCY:

Commercial Cannabis Adult-use Retail & Medicinal Retail

CONDITIONS: **See Above**                                              -Approved subject to S.A.F.D. requirements-

SHALL BE POSTED IN A CONSPICUOUS PLACE ON THE PREMISES AND SHALL NOT BE REMOVED EXCEPT BY THE BUILDING OFFICIAL

## Certificate Of Occupancy          NO. COO-2023-644-CO

This is to certify that the premises in the City of Santa Ana described below have been inspected and that they comply with the ordinances and regulations of the City and State of California now in force for use and occupancy as to the parts enumerated as follows:

| | |
|---|---|
| TYPE OF BUSINESS: | Commercial Cannabis - Adult-Use Retail |
| | Commercial Cannabis - Medicinal Retail |

BUSINESS OWNER:   Sabas Carrillo
TYPE OF CONSTRUCTION:   V B, SPK
OCCUPANCY GROUP:   B
OCCUPANCY LOAD:   N/A

**Jason Kwak, PE, C.B.O.**
Building Official

NAME OF BUSINESS:      People's First Choice, LLC dba Blum OC
BUSINESS ADDRESS:      2721 S. Grand Ave.
                                    Santa Ana, CA 92705

11/20/2023

Alterations, changes, additions, or changes of occupancy make this certificate void. In such cases, a new certificate must be obtained from the City of Santa Ana

EXHIBIT 5                                                Page 4 of 9
PLANNING AND BUILDING AGENCY, BUILDING SAFETY DIVISION, P.O . BOX 1988, SANTA ANA, CALIFORNIA 92702

LIMITATIONS OF APPROVED OCCUPANCY:

Commercial Cannabis Adult-use Retail & Medicinal Retail

CONDITIONS:  See Above                                    -Approved subject to S.A.F.D. requirements-

SHALL BE POSTED IN A CONSPICUOUS PLACE ON THE PREMISES AND SHALL NOT BE REMOVED EXCEPT BY THE BUILDING OFFICIAL

# Certificate Of Occupancy

NO. COO-2023-644-CO

This is to certify that the premises in the City of Santa Ana described below have been inspected and that they comply with the ordinances and regulations of the City and State of California now in force for use and occupancy as to the parts enumerated as follows:

| | |
|---|---|
| TYPE OF BUSINESS: | Commercial Cannabis - Adult-Use Retail |
| | Commercial Cannabis - Medicinal Retail |

| | |
|---|---|
| BUSINESS OWNER: | Sabas Carrillo |
| TYPE OF CONSTRUCTION: | V B, SPK |
| OCCUPANCY GROUP: | B |
| OCCUPANCY LOAD: | N/A |

**Jason Kwak, PE, C.B.O.**

Building Official

11/20/2023

| | |
|---|---|
| NAME OF BUSINESS: | People's First Choice, LLC dba Blum OC |
| BUSINESS ADDRESS: | 2721 S. Grand Ave. |
| | Santa Ana, CA 92705 |

Alterations, changes, additions, or changes of occupancy make this certificate void. In such cases, a new certificate must be obtained from the City of Santa Ana

EXHIBIT 5                                    Page 5 of 9

PLANNING AND BUILDING AGENCY, BUILDING SAFETY DIVISION, P.O. BOX 1988, SANTA ANA, CALIFORNIA 92702



# Certificate of Occupancy Application

Planning & Building Agency
Building Safety Division
20 Civic Center Plaza
P.O. 1988 (M-19)
Santa Ana, CA 92702
(714) 647-5815

COO- 2023-644

Business Tax Number (BTN)
371353 & 353074

**Please note that _all_ fields must be fully completed in order to submit this application.**

## Business

| | | |
|---|---|---|
| **Business Address** 2721 S GRAND AVE | **Unit or Suite** | **Business Floor Location:** ◉ 1st ○ 2nd ○ Other |
| **City** SANTA ANA | **State** CA | **Zip Code** 92705 |

| | | |
|---|---|---|
| **Business Name** People's First Choice, LLC dba Blum OC | **Business Phone #** (714) 582-3446 | **Emergency Phone #** (949) 833-7194 |

| | | |
|---|---|---|
| **Business Owner Name** Sabas Carrillo | **Business Owner Title** CEO | **Email Address** businesscontact@unrivaledbrands.com |

**Business Owner Mailing Address**
11516 Downey Ave

| | | |
|---|---|---|
| **City** Downey | **State** CA | **Zip Code** 90241 |

**How many square feet is the building?**
12,731

**Do you Sublease?**
○ Yes ◉ No

## Leasing Agent or Property Management Company

| | | |
|---|---|---|
| **Leasing Agent or Property Management Co. Name** Bharat Lodhia | **Business Phone #** (909) 841-5700 | **Emergency Phone #** (909) 841-5700 |

**Leasing Agent or Property Management Co. Address**
P.O. Box 5557

| | | |
|---|---|---|
| **City** Diamond Bar | **State** CA | **Zip Code** 91765 |

## Property Owner

| | | |
|---|---|---|
| **Property Owner Name** Bharat Lodhia | **Business Phone #** (909) 841-5700 | **Emergency Phone #** (909) 841-5700 |

**Property Owner Address**
P.O. Box 5557

| | | |
|---|---|---|
| **City** Diamond Bar | **State** CA | **Zip Code** 91765 |

EXHIBIT 5                                           Page 6 of 9

Will there be outdoor storage of equipment materials or products?

Yes ● No

Will there be storage racks, pallets and/or shelving exceeding 5 feet 9 inches in height?
(Permit required for racks/shelving over 6' inquire with Permit Counter)

● Yes ○ No

Will a product be manufactured at the site?

○ Yes ● No

Will the proposed business involve a patient care profession, such as doctor, dentist, chiropractor, acupuncturist, or physical therapist?

○ Yes ● No

Will counseling be a part of the business operation?

○ Yes ● No

Will this business be offering the following services:

○ Alcohol sales

○ Tattoos/ Permanent make-up                    ○ Smoking Lounge

● None of the above                              ○ Body piercing/ Ear piercing

Will this business be offering massages as part of the business operation?
This includes massage as ancillary to pedicures, manicures, and other services.

○ Yes ● No

Will cannabis or cannabis related product stored, cultivated, distributed, tested, manufactured or dispensed at this business?

● Yes ○ No

Will food for consumption be prepared or sold on or off the property?

○ Yes ● No

Will this business sell automobiles or motorcycles?

○ Yes ● No

Will this business service or repair vehicles or install equipment and accessories into vehicles?

○ Yes ● No

Does your business, or machinery, instruments, or equipment used in the operation of your business, require a permit from a regional, state, or federal agency to handle, store, emit or discharge regulated compounds, materials, chemicals, or substances?
Examples include, but not limited to, a permit to discharge air contaminants from the Air Quality Management District (AQMD) or an industrial wastewater permit from the Orange County Sanitation District (OCSAN)

○ Yes ● No

I acknowledge that I have requested and received all Zoning and Santa Ana Municipal Code requirements pertaining to my business and occupancy application.

✔ Yes

I DECLARE UNDER PENALTY OF PERJURY, THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

✔ Yes

By electronically signing this document, I agree my electronic signature is the legal equivalent of my handwritten signature on this Application for the purposes of validity, enforceability, and admissibility. I further acknowledge that I have read and agree with the Privacy Policy of the City of Santa Ana.

✔ I have read and agree with the statements above.

Signature

*Jade Moroyoqui*

Date
08/30/2023

Print Name

Jade Moroyoqui

Title

Project Manager

EXHIBIT 5                                                    Page 7 of 9

**Business Description**

| | |
|---|---|
| Office | Manufacturing |
| Medical/Dental | Group Assembly |
| Retail Sales | Woodworking (See Attention below.) |
| Wholesale | Auto Body (See Attention below.) |
| Eating Establishment | Auto Repair (No Welding, No Open Flames, |
| (FOG Clearance Required. Upload below.) | No Spray Painting) |
| Warehouse | Other |

**Will hazardous materials be stored and/or utilized at this facility?**

Yes  •  No

**Does the production process produce hazardous waste?**

Yes  •  No

If Yes to either question above, Orange County Fire Authority's Hazardous Material Disclosure Section at (714) 573-6000 **must be contacted.**

ATTENTION: ALL GROUP "H" OCCUPANCIES (INCLUDING, BUT NOT LIMITED TO, AUTO BODY, AUTOMOTIVE WORK OR STORAGE INCIDENTAL TO WELDING WITH OPEN FLAME, WOODWORKING, CUTTING, SHAPING OR SANDING WOOD) SHALL NOT BE CONDUCTED IN ANY BUILDING OR STRUCTURE UNLESS THERE IS AN APPROVED FIRE SPRINKLER SYSTEM INSTALLED.

## Supplemental

**Occupancy Change Type**

Change of Property Owner  ⦿ Change of Occupant    Change of Use    Additional Occupant

**Provide a brief description of how the business operates at this site, including what activities occur on-site, the hours of operation, open to the public.**

(For example: clothing sales – open M-F 8-5pm.)
Retail Recreational and Medical sales of cannabis product. The retail store is open daily from 8:00 am - 10:00 pm.

**What was the former type of business or use of this facility?**

(Contact the leasing agent or building owner to determine prior business use.)
Retail Recreational and Medical sales of cannabis product.

**Is this a new building?**

Yes  •  No

**Has the building or unit been vacant?**

Yes  •  No

**Is the floor or business entrance shared with another business?**

Yes  •  No

**Will this business include a lobby or waiting area?**

Yes  •  No

**How much of the leased space is office?**

100%    50%    30%  •  Less than 30%

    **If other than 100%, how is the remaining space used?**
    Retail sales floor, customer check in, inventory and storage

**Is the building sprinklered?**

⦿ Yes    No

**Will any improvements be made to the building, such as: exterior painting, signage, interior tenant improvements?**

⦿ Yes    No

    **If Yes, please describe:**
    Painting and signage improvements to reflect the new dba.

**Will equipment, materials, or products be stored within the building?**

⦿ Yes    No

EXHIBIT 5                                            Page 8 of 9

| DEPARTMENT USE ONLY | | | | EXPIRED/OPEN PERMITS?  [ ] YES   [ ] NO    Date of report: | | |
|---|---|---|---|---|---|---|
| PRIOR APPROVED USE  Cannabis Retail + Medicinal | | PRIOR APPROVED DATE  12/28/2023 | | PRIOR OCCUPANCY GROUP  B | | PRIOR CONSTRUCTION TYPE  V B, SPK |
| PLANNING  GC-1.5 | ZONE  M-1 | VA  — | CUP  — | APPROVED  Cristian S. | DENIED | DATE  10/23/23 |
| OCCUPANCY LOAD | OCCUPANCY GROUP  B | CONSTRUCTION TYPE  V, B – SPK | | APPROVED  SdeSoto4E | DENIED | DATE  11/20/23 |

Note: One of the following must be checked by the C of O Inspector.

[ ] YES [ ] NO   Has the inspector identified any hazardous materials at this facility?        [ ] YES [ ] NO   Is hazardous waste being generated at this site?

NOTES: (LIMITATIONS OF APPROVED OCCUPANCY)   Commercial Cannabis Adult-use Retail & Medicinal Retail

EXHIBIT 5                                    Page 9 of 9

# EXHIBIT 6

# EXHIBIT 6

Full-Text Search    Filing Company

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 1-SA

☒ **SEMIANNUAL REPORT PURSUANT TO REGULATION A**

**For the semiannual period ended June 30, 2024**

# Mystic Holdings, Inc.
(Exact name of issuer as specified in its charter)

| | |
|---|---|
| **Nevada** | **81-3431472** |
| (State or other jurisdiction | (I.R.S. Employer |
| of organization) | Identification Number) |

**4145 Wagon Trail Avenue**
**Las Vegas, Nevada 89118**
(Address of principal executive office)

**(702)-960-7778**
(Registrant's telephone number, including area code)

**Common Stock**
(Title of each class of securities issued pursuant to Regulation A)

EXHIBIT 6                                                                Page 1 of 2

PART II

**Item 1. Management's Discussion and Analysis of Financial Condition and Results of Operations**

The following discussion of our financial condition and results of operations should be read in conjunction with our consolidated financial statements and the related notes thereto contained in this Semiannual Report on Form 1-SA ("Semiannual Report"). The following discussion contains forward-looking statements that reflect our plans, estimates, and beliefs. Our actual results could differ materially from those discussed in the Statements Regarding Forward Looking Information contained in our latest offering circular (the "Offering Circular") qualified by the Securities and Exchange Commission ("SEC") which may be accessed here. Unless otherwise indicated, the latest results discussed below are as of June 30th, 2024. The consolidated financial statements included in this filing as of December 31st, 2023 (audited) and June 30th, 2024 (unaudited).

**Overview**

Mystic Holdings, Inc. (the "Company" or "Mystic") is a holding company which, through its wholly owned subsidiaries, is a fully integrated cannabis company in the State of Nevada. Since obtaining Nevada wholesale licenses for the cultivation and production of medical cannabis in 2014 and for recreational cannabis in 2016, Qualcan, LLC, Mystic's wholly-owned operating subsidiary ("Qualcan"), has operated a highly efficient, state-of-the-art 24,000 square foot cannabis cultivation and production facility with the capacity to produce as much as 600 pounds of sellable cannabis per month utilizing the latest concepts in agronomic farming practices and sustainable technologies. Qualcan's facility adheres to best practices in quality control standards and regulatory compliance that are believed to be as good as or better than those used throughout the cannabis industry. Qualcan currently wholesales its products, which include cannabis flowers, edibles and concentrates, under the trademark "Qualcan" to state-licensed dispensaries utilizing METRC, a state-mandated tracking system.

In addition to its wholesale operations, Mystic, through its wholly owned subsidiaries Qualcan LLC, Picksy, LLC and Picksy Reno, LLC (All of which also do business under the brand name Jade Cannabis Co.), operates three recreational/medical retail dispensaries (one in Clark County, one in City of Las Vegas and one in Reno). In March 2024, as part of Mystic's expansion and growth plan, Qualcan LLC was awarded, by the State of Nevada Cannabis Control Board, the Full management rights of a cannabis cultivation and production operation situated on approximately 1200 acres in Tonopah Nevada. Qualcan LLC through its designee received court approval of the sale pursuant to an Asset Purchase agreement to acquire the licenses for production and cultivation as well as the accompanying land. The company is awaiting final approval by the CCB to finalize the transaction. That approval is expected to be approved before the end of 2024. Furthermore, Mystic plans to open another recreational dispensary in Carson City in 2025. As of June 30th, 2024 Mystic is also operating a non-cannabis food and beverage establishment.

The Company has solidified its Nevada footprint by becoming a vertically integrated company providing medical and recreational cannabis cultivation and production, and retail dispensary operations for high quality cannabis and cannabis consumer products. We intend to expand our wholesale operations to capture expected retail demand for our cultivation and production activities, including from our own retail locations that we plan to build (and license) or acquire. A key element of our strategic plan is to make acquisitions of or investments in complementary businesses, products, and technologies in the cannabis industry.

**Risk Factors**

We face risks and uncertainties that could affect us and our business as well as the cannabis industry generally. These risks are outlined under the heading "Risk Factors" contained in our Offering Circular, which may be accessed here, as the same may be updated from time to time by our future filings under Regulation A ("Regulation A") of the Securities Act of 1933, as amended (the "Securities Act"). In addition, new risks may emerge at any time, and we cannot predict such risks or estimate the extent to which they may affect our financial performance. These risks could result in a decrease in the value of our common shares.

**Recent Developments**

**Regulation A+ Offering**

On September 21, 2021, the Company received qualification from the SEC to proceed with the Company's new public offering of its common stock pursuant to Regulation A (Regulation A+) of Section 3(6) of the Securities Act of 1933, as amended, for Tier 2 offerings (the "Current Reg A+ Offering"). Discussions and marketing efforts with investors are ongoing.

# EXHIBIT 7

# EXHIBIT 7

JOHN-PATRICK M. FRITZ (SBN 245240)
DANIEL H. REISS (SBN 150573)
JEFFREY S. KWONG (SBN 288239)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone:  (310) 229-1234;
Facsimile:  (310) 229-1244
Email: JPF@LNBYG.COM;DHR@LNBYG.COM; JSK@LNBYG.COM

Counsel for Chapter 11 Debtors
and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC., et al.<br><br>     Debtors and Debtors in<br>     Possession.<br>_____<br><br>UNRIVALED BRANDS, INC.;<br>HALLADAY HOLDING, LLC<br><br>           Plaintiffs,<br>v.<br><br>PEOPLE'S CALIFORNIA, LLC, a<br>California Limited Liability Company,<br><br>         Defendant. | Lead Case No.: 2:24-bk-19127-BB<br>Jointly administered with:<br>Halladay Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 Cases<br><br>Adversary Case No. _____<br><br>**COMPLAINT FOR:**<br><br>**(1)   AVOIDANCE OF VOIDABLE<br>       TRANSFERS;**<br>**(2)   RECOVERY OF AVOIDED<br>       TRANSFERS;**<br>**(3)   DISALLOWANCE OF CLAIM;**<br>**(4)   RELATED RELIEF**<br><br>**[11 U.S.C. §§ 502, 544, 547, 548 and 550;<br>Fed. R. Bankr. P. 7070]**<br><br>Date:  [TO BE SET BY SUMMONS]<br>Time:<br>Place: Courtroom 1539<br>       U.S. Bankruptcy Court<br>       255 E. Temple Street<br>       Los Angeles, CA 90012 |

EXHIBIT 7                                    Page 1 of 21

Plaintiffs Unrivaled Brands, Inc. ("Plaintiff Unrivaled") and Halladay Holding, LLC ("Plaintiff Halladay," and together with Plaintiff Unrivaled, "Plaintiffs" or "Debtors"), debtors in possession in the above-captioned jointly administered chapter 11 cases, hereby respectfully allege as follows:

## REQUIRED PLEADING DISCLOSURE

1. In accordance with the requirements of Local Bankruptcy Rule 7008-1, Plaintiffs hereby allege that the claims for relief in this complaint constitute core proceedings under 28 U.S.C. § 157(b)(2)(A), (B), (F), (H), (K), and (O), and are related to the Plaintiffs' above-captioned jointly administered bankruptcy cases because, among other reasons, the outcome of such claims for relief could have a significant effect on their bankruptcy estates as each such claims for relief will impact property of the estates and the amount of money available for distribution to the Plaintiffs' creditors. Regardless of the core or non-core nature of the claims for relief asserted herein, Plaintiffs consent to the entry of final orders and judgment by the bankruptcy court (the "Court") to the maximum extent permitted by applicable law. Defendant People's California, LLC is hereby notified that Federal Rules of Bankruptcy Procedure ("FRBP") 7008 and 7012(b) require each defendant to plead whether each claim for relief asserted against such defendant is core or non-core and, if non-core, whether consent is given to the entry of final orders and judgment by the Court.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151, 157, and 1334. This adversary proceeding is brought pursuant to Rules 7001, *et seq*., and 7070 of the FRBP; and Sections 502, 544, 547, 548, 550, and 551 of title 11 of the United States Code, sections 101, *et seq.* (the "Bankruptcy Code"). Venue in this Court is proper pursuant to 28 U.S.C. § 1409 as this adversary proceeding arises under, arises in, and/or relates to a case under title 11 of the United States Code that is pending in this District.

/ / /

/ / /

EXHIBIT 7                    Page 2 of 21

## PARTIES

3.      On November 6, 2024 (the "Petition Date"), the Plaintiffs commenced their bankruptcy cases by filing voluntary petitions under Chapter 11 of the Bankruptcy Code.[1]

4.      Plaintiff Unrivaled is a Nevada corporation, and is a holding company for multiple businesses based on certain acquisitions that occurred during 2018 to 2021.

5.      Plaintiff Halladay is a California limited liability company that is wholly-owned by Plaintiff Unrivaled.  Plaintiff Halladay's sole asset is certain real property located at 3242 Halladay Street, Santa Ana, CA 92705 (the "Halladay Property").

6.      Defendant People's California, LLC ("Defendant") is a California limited liability company located in Irvine, California.  Defendant is a creditor and insider of the Debtors and, as described more fully below, obtained certain transfers from the Plaintiffs during the relevant ninety-day ("90 Day Preference Period") and one-year period (the "1 Year Preference Period," and together with the 90 Day Preference Period, the "Preference Periods") and obtained certain transfers from the Plaintiffs during the two-year period for constructively fraudulent transfer, which are the subject of this adversary proceeding.

## GENERAL ALLEGATIONS

7.      On July 19, 2022, Defendant filed a lawsuit styled *People's California LLC v. Plaintiff Unrivaled Brands, Inc.*, Case No. 30-2022-01270747-CU-BC-CJC, in the Orange County Superior Court (the "State Court"), which related to Plaintiff Unrivaled's purchase of certain assets from Defendant (the "State Court Action").

8.      The State Court Action alleged that Plaintiff Unrivaled was unable to pay its debts.  Plaintiff Unrivaled's inability to pay its debts was attributable to a number of factors, both macroeconomic and due to Plaintiff Unrivaled's particular circumstances.  For example, due to increasing inflationary pressures, rising interest rates and significantly decreased consumer spending in 2022, Plaintiff Unrivaled's cash flows and assets plummeted.

---

[1] Unless otherwise stated, all Section references herein are to title 11 of the United States Code, §§ 101, et seq.

EXHIBIT 7                                Page 3 of 21

9.      Due to Plaintiff Unrivaled's financial troubles, in August 2022, new management was brought in by hiring Adnant LLC and installing Sabas Carillo as the company's new chief executive officer.

10.     New management's attempts to restructure and rehabilitate Plaintiff Unrivaled's failing business were hampered by aggressive litigation by Defendant, including the State Court Action commenced in July 2022 (*i.e.*, shortly before new management was employed). Defendant's relentless litigation strategy, which included, but was not limited to the State Court Action, drained Plaintiff Unrivaled's financial resources, distracted new management, and ultimately made it impossible to stabilize the business.[2]

**The Settlement Agreement.**

11.     On March 6, 2023, Plaintiff Unrivaled and Defendant (collectively, the "Settlement Parties") entered into that certain "*Binding Settlement Term Sheet*" (as amended, the "Settlement Agreement") to, among other things, resolve the State Court Action.  A true and correct copy of the Settlement Agreement is attached as **Exhibit 1** hereto.

12.     Among other things, the Settlement Agreement required Plaintiff Unrivaled to pay to Defendant a total of twenty-three million dollars ($23,000,000) (the "Aggregate Settlement Amount").  The Aggregate Settlement Amount would be paid pursuant to the terms of two promissory notes – one in the amount of $20 million (the "$20M Note"), and the other in the amount of $3 million (the "$3M Note," and together with the $20M Note, the "Notes").

13.     The Settlement Agreement also required an "Up-Front Settlement Amount" of eight million dollars ($8,000,000), of which five million dollars ($5,000,000) was to be paid within 90 days of the effective date of the Settlement, and the other remaining three million dollars ($3,000,000) was due within 180 days in accordance the terms of the $3M Note.

/ / /

/ / /

---

[2] In fact, this litigation, the onerous terms of the Settlement Agreement, drained financial and human resources, and resulting financial instability were major causes of Plaintiffs' insolvency and their bankruptcy filings in November 2024.

EXHIBIT 7                                                     Page 4 of 21

14.     On May 17, 2023, the parties executed "*Amendment No. 1*" to the Settlement Agreement (the "Settlement Amendment"), and Plaintiff Unrivaled paid Defendant $800,000 toward the Up-Front Settlement Amount (the "$800,000 Up-Front Payment").

15.     In accordance with the terms of the Settlement Amendment: (1) the deadline for Plaintiff Unrivaled to pay off the $3M Note was extended to December 6, 2023; (2) interest that is due on the $3M Note shall be paid monthly and in cash; and (3) once the $3M Note was paid off, the DOT (defined below) and any security interest in the Retail assets "shall be released."[3] The Settlement Amendment also extended the deadline for Plaintiff Unrivaled to pay off the remaining $5 million of the Up-Front Settlement Amount to September 6, 2023.[4]  A copy of the Settlement Amendment is attached hereto as **Exhibit 2** hereto.

**The DOT Transfer Related To The Halladay Property, And Plaintiff Halladay's Insolvency.**

16.     As security for Plaintiff Unrivaled's obligations under the $3M Note, Plaintiff Halladay transferred a deed of trust (the "DOT Transfer") to Defendant on or about March 6, 2023 (the "DOT") in the Halladay Property.

17.     At the time of the DOT Transfer and all times relevant herein, the Halladay Property was owned solely by Plaintiff Halladay.

18.     At the time of the DOT Transfer, Plaintiff Halladay had no monetary or other obligations owing to Defendant.

19.     At the time of the DOT Transfer, Plaintiff Halladay received no payment or other value or consideration from Defendant in exchange for the DOT Transfer.

20.     At or about the time of the DOT Transfer, the following liens and encumbrances already existed on the Halladay Property:  (1) an Orange County Property Tax lien in the amount of $239,795.98; and (2) a mortgage owing to Fidelity Mortgage Lenders, Inc. in the amount of $2,869,519.17 (the "Pre-Existing Liens").

---

[3] (Exhibit 2, Settlement Amendment § 1.a.).
[4] (Exhibit 2, Settlement Amendment § 1.b.).

EXHIBIT 7                                        Page 5 of 21

21.     The Pre-Existing Liens, totaling $3,109,315.15, were senior in priority to the DOT at the time of the DOT transfer.

22.     The DOT Transfer caused Plaintiff Halladay to be insolvent.  As stated in Plaintiff Halladay's motion for authority to sell the Halladay Property (the "Sale Motion")[5], the Halladay Property was thoroughly marketed, and the terms of the purchase were extensively negotiated.  In the Sale Motion, Plaintiffs sought Court authority to sell the Halladay Property for a purchase price of $5,303,320.00 ("Halladay Property Value").

23.     As further stated in the Sale Motion, the broker expects to receive a 6% commission on the sale.  Therefore, based on the proposed purchase price, the sales commission regarding the proposed sale of the Halladay Property will be $318,199.20.  Additional sales costs will likely be at least an additional 1% of the purchase price.  Therefore, total sales costs are anticipated to be $371,232.40 ("Halladay Property Sales Costs").

24.     Based on the above, the DOT Transfer caused Plaintiff Halladay to be insolvent, as shown on the below table:

| Halladay Property Value | $5,303,320.00 |
|---|---|
| Less: | |
| Pre-Existing Liens | $3,109,315.15 |
| Halladay Property Sales Costs | $371,232.40 |
| DOT Transfer | $3,000,000.00 |
| **Net Insolvency/Negative Equity** | **$1,177,227.55** |

**Settlement Agreement Amendment, And $800,000 Payment.**

25.     At the time that the Settlement Agreement was entered into, Unrivaled held certain ownership interests in certain entities, including: (1) People's First Choice, LLC ("Retail

///

---

[5]  (Case No. 2:24-bk-19127-BB, Dkt. No. 10).  The Court's order approving the Sale Motion (Case No. 2:24-bk-19127-BB, Dkt. No. 53, the "Sale Order") was entered on December 6, 2024.

EXHIBIT 7                                    Page 6 of 21

26.    PFC"); (2) People's Riverside, LLC; and (3) People's Costa Mesa, LLC (collectively, the "Retail Assets").

27.    The principal amount under the $20M Note was due on the five-year anniversary date of the $20M Note, in or about March 2028.

28.    Plaintiff Unrivaled and Defendant were aware that Plaintiff Unrivaled may not be able to make the scheduled payments under the Settlement Agreement out of its operating cash flows.    Consequently, the Settlement Agreement provided for a mechanism to help ensure payment of the Up-Front Settlement Amount.

29.    Specifically, the Settlement Agreement provided that in the event Plaintiff Unrivaled was unable to make payment of the Up-Front Settlement Amount (an "Up-Front Payment Default"), the Retail Assets would be sold pursuant to the terms therein.

30.    On May 17, 2023, the parties executed the Settlement Agreement Amendment, and Plaintiff Unrivaled paid Defendant the $800,000 Up-Front Payment toward the Up-Front Settlement Amount pursuant to Section 1.b.i. of the Settlement Agreement Amendment.

**Decision to Sell Retail Assets.**

31.    Ultimately, as contemplated between the parties, Plaintiff Unrivaled was not able to pay the Up-Front Settlement Amount and the parties moved to sell the Retail Assets as contemplated by the Settlement Agreement.    In addition to its inability to pay amounts due under the Settlement Agreement, as described below, Plaintiff Unrivaled was unable to pay its debts as they were coming due to creditors other than Defendant.

32.    In or about September 2023, Plaintiff Unrivaled and Defendant concluded that the sale of certain of the Retail Assets was necessary.

33.    Pursuant to the Settlement Agreement, the sale of the Retail Assets was to be conducted with the approval of a "Sales Committee."    Specifically, the Settlement Agreement provides:

> The sales price of the Retail Assets shall be subject to the approval majority of a
> 3-person committee (the "Sales Committee") that shall oversee the sales process
> and make a final decision on the sales price. The Sales Committee members shall

EXHIBIT 7                                    Page 7 of 21

consist of an individual appointed by [Defendant] People's, [Plaintiff Unrivaled representative] Sabas Carrillo, and the Trustee.[6]

34.    On March 12, 2024, the Sales Committee – including Defendant – voted unanimously to accept a $9 million offer to purchase Retail PFC, and executed a Letter of Intent to facilitate that purchase.

**Additional Payments Made By Plaintiff Unrivaled to Defendant.**

35.    Subsequent to when Plaintiff Unrivaled and Defendant concluded that the sale of certain of the Retail Assets was necessary, Plaintiff Unrivaled made several other payments to Defendant in connection with the Settlement Agreement, including three payments (the "Escrow Transfer") totaling $569,571 (the "Escrow Payments").

36.    Specifically, Plaintiff Unrivaled wired funds to two escrow accounts maintained by Shelton Edward Wicker ("Escrow") for Defendant's benefit on March 21, 2024 ($250,000); May 30, 2024 ($253,151); and June 25, 2024 ($66,420.85) (the "Escrow Funds"), and the Escrow Funds were received by Defendant's bank on or around October 22, 2024.

37.    With respect to the $250,000 payment (the "Extension Fee Transfer") sent to Escrow on March 21, 2024, that was a payment made by Plaintiff Unrivaled to Defendant for the $250,000 extension fee set forth in Section § A.1.c. of the Settlement Agreement (the "Extension Fee").[7]

38.    Despite receiving a payment from Plaintiff Unrivaled in the exact amount of the Extension Fee (*i.e.*, $250,000), Defendant has contended in the State Court Action – and most recently in its "*Motion To Enforce The Parties' Settlement Agreement Pursuant To CCP § 664.6*" (the "Enforcement Motion") – that the Extension Fee was not timely and not "deposited for the benefit of People's" and refused to apply the payment to the Extension Fee.[8]  A true and correct copy of the Enforcement Motion is annexed hereto as **Exhibit 6**.

---

[6] (Exhibit 1, Settlement Agreement § A.1.c.i.).
[7] (Exhibit 1, Settlement Agreement § A.1.c.).

[8] (Exhibit 6, Enforcement Motion, pages 1-2).

EXHIBIT 7                                    Page 8 of 21

39.     Similarly, despite receiving payments for interest and fees due on the $3M Note on May 30, 2024 and June 25, 2024, Defendant has contended in the State Court Action that those amounts remained due and owing as of October 13, 2024.[9]

40.     On or about October 21, 2024, Defendant requested that the Escrow Funds be released to Defendant.  On or about October 23, 2024, the Escrow Funds were transferred to Defendant.

**The Monetary Transfer.**

41.     On or around June 10, 2024, the Settlement Parties and an unrelated third party, Haven Nectar LLC (the "PFC Purchaser") entered into a "*Membership Interest Purchase Agreement*" (the "PFC MIPA"), which provided for a sale of the membership interests of the Settlement Parties in Retail PFC to the PFC Purchaser for $9 million (the "PFC Retail Sale"). The PFC MIPA is annexed hereto as **Exhibit 3.**

42.     After deductions for certain costs of the sale, Defendant received a wire transfer of the proceeds of the PFC Retail Sale from the sales escrow in the amount of $7,653,483 on or about June 11, 2024 (the "Monetary Transfer"), and the PFC Retail Sale was consummated.

43.     The Settlement Agreement provides that the net proceeds of the sale of the Retail Assets will be applied first to the Up-Front Settlement amount before being applied to the $20M Note.[10]

44.     As a result, even excluding interest and other payments, the Monetary Transfer (in the amount of $7,653,483) and the $800,000 Up-Front Payment collectively exceed, and paid in full the $8,000,000 Up-Front Settlement Amount.

45.     Despite receiving the Monetary Transfer in the amount of $7,653,483 – which included the principal amount owing on the $3M Note, and Plaintiff's May 30, 2024 and June 25, 2024 deposits of all interest and fees owing on the $3M Note – Defendant refused to comply

---

[9] (Exhibit 6, Settlement Agreement, pg. 5) ("[a]s of October 14, 2024 [Plaintiff] Unrivaled will owe $361,507.00 total interest on the $3M Note[.]").
[10] *See*  (Exhibit 1, Settlement Agreement § A.1.c.i. & iii.).  As discussed above, Defendants also received $800,000 previously to pay down the Up-Front Settlement Amount.

EXHIBIT 7                                    Page 9 of 21

with California Civil Code Section 2941 and Section A.1.a.i. of the Settlement Agreement by refusing to reconvey the DOT on the Halladay Property.[11]

**Defendant Had No Perfected Security Interest in the Retail Assets.**

46.    As of the Petition Date, at the time of the Monetary Transfer, and at all other times relevant herein, based on the records of the Nevada Secretary of State's Office, Defendant did not file a UCC-1 financing statement with respect to any alleged amounts owed by Plaintiff Unrivaled to Defendant, including but not limited to, any amounts owed under the Settlement Agreement.

47.    At the time of the Monetary Transfer, Defendant did not hold a properly perfected lien in Plaintiff Unrivaled's membership interest in Retail PFC.

**Defendant was an Insider of Plaintiff Unrivaled.**

48.    At the time of the Monetary Transfer, Plaintiff Unrivaled and Defendant were co-owners of multiple entities, including certain of the Retail Assets.

49.    People's Costa Mesa, LLC ("Retail Costa Mesa") is one of the aforementioned Retail Assets.

50.    Pursuant to that certain "*Membership Interest Purchase Agreement*" dated November 4, 2021, Plaintiff Unrivaled purchased a 50% ownership interest in Retail Costa Mesa from Defendant.

51.    Pursuant to that certain "*Amended and Restated Operating Agreement of People's Costa Mesa, LLC*" dated November 4, 2021, Plaintiff Unrivaled and Defendant each hold a 50% membership interest in Retail Costa Mesa (the "Costa Mesa Amended Operating Agreement"). The Costa Mesa Amended Operating Agreement was in effect at the time of the Monetary Transfer.  A true copy of the Costa Mesa Amended Operating Agreement is annexed hereto as **Exhibit 4**.

/ / /

---

[11] *See* (Exhibit 1, Settlement Agreement § A.1.a.i.) ("Upon payment in full of the $3M Note, the Halladay Property DOT and the security interests in the Retail Assets shall be released.").

EXHIBIT 7                                    Page 10 of 21

52.     Although Defendant was a non-voting member, Defendant has various rights and benefits under the Costa Mesa Amended Operating Agreement, including but not limited to:

   a. Right to financial information (Section 2.1.b.ii.);

   b. Right to distributions under certain circumstances (Section 2.1.b.iii.);

   c. Consent rights regarding certain modifications to the Costa Mesa Amended Operating Agreement (Section 5.2.b.);

   d. Right to indemnity (Article 10).

53.     Prior to, and at the time of the sale of Retail PFC and the Monetary Transfer, pursuant to that certain "*Amended and Restated Operating Agreement of People's First Choice, LLC*" dated November 21, 2021, Plaintiff Unrivaled owned an 80% membership interest, and Defendant owned a 20% membership interest in Retail PFC, a true copy of which is annexed hereto as **Exhibit 5**.

54.     Although Defendant was a 20% non-voting member of Retail PFC, Defendant had various rights and benefits under the Amended and Restated Operating Agreement of People's First Choice, LLC (similar to those under the Costa Mesa Amended Operating Agreement), including but not limited to:

   a. Right to financial information (Section 2.1.b.ii.);

   b. Right to distributions under certain circumstances (Section 2.1.b.iii.);

   c. Consent rights regarding certain modifications to the Costa Mesa Amended Operating Agreement (Section 5.2.b.);

   d. Right to indemnity (Article 10).

55.     Defendant's influence and control over Plaintiff Unrivaled's business operations and assets can be seen in the sale of Retail PFC, demonstrating its status as an insider of Plaintiff Unrivaled, as follows:

   a. In its role as a co-owner of Retail PFC, Defendant was an indispensable party to the PFC Retail Sale.

   b. The sale of Retail PFC could not be consummated without Defendant's participation and consent as co-owner.

EXHIBIT 7                                                      Page 11 of 21

    c.   As a co-owner of Retail PFC, Defendant was a signatory to the PFC MIPA.

    d.   Under Section 2.01 of the PFC MIPA, Defendant sold its 20% interest in Retail PFC to the purchaser;

    e.   Under Section 2.01 of the PFC MIPA, the entire net cash proceeds from the Retail PFC Sale was to be paid to Defendant.

    f.   Defendant executed a Guaranty and Security Agreement in favor of the purchaser to secure a portion of the purchase price (Section 2.04(v));

    g.   As a member of the Sale Committee, the negotiation and approval of the sale of Plaintiff Unrivaled's membership interest in PFC Retail was under the control and influence of Defendant.

56.    Not only did Defendant have insider information about the Plaintiffs, it: (1) jointly owned the Retail Assets together with Plaintiff Unrivaled; and (2) asserted control over certain of Plaintiff Unrivaled's assets and business dealings (*e.g.*, the Retail Assets and sale of certain of the interests related thereto).

## FIRST CLAIM FOR RELIEF

(Avoidance of DOT Transfer Pursuant to 11 U.S.C. §§ 544, 548)

(Plaintiff Halladay Against Defendant)

57.    Plaintiff Halladay realleges each and every allegation contained in paragraphs 1 through 55, inclusive, of this Complaint as if set forth fully herein.

58.    Section 548 of the Bankruptcy Code provides that a trustee or debtor may avoid a transfer of an interest of the debtor in property, or any obligation incurred by the debtor, that was made or incurred on or within two years before the petition date as constructively fraudulent if it can be shown that: (i) the transfer made or obligation incurred was for less than reasonably equivalent value; and (ii) the debtor (a) was insolvent on the date of the transaction or was rendered insolvent thereby, (b) had unreasonably small capital, or (c) intended to incur, or reasonably should have known it would incur, debts that it could not pay as they matured. 11 U.S.C. § 548(a)(1)(B).

/ / /

59.     Section 544(b) of the Bankruptcy Code operates similarly and permits a trustee or debtor to avoid a transfer or obligation of the debtor pursuant to state fraudulent conveyance law, which imposes similar or identical requirements as section 548 of the Bankruptcy Code. 11 U.S.C.§ 544(b). The fraudulent conveyance laws of the relevant state — California – are substantially similar to section 548 of the Bankruptcy Code. *See* California Civil Code §§ 3439 et seq.

60.     At the time of the DOT Transfer and at all relevant times, Plaintiff Halliday was indebted to, and had one or more unsecured creditor(s).

61.     Defendant received the DOT Transfer for less than reasonably equivalent value before the Petition Date because, among other reasons, Plaintiff Halladay received nothing in return for the DOT on the Halladay Property.

62.     Plaintiff Halladay became insolvent as a result of the DOT Transfer in that the sum of the Plaintiff Halladay's debts exceeded the value of Plaintiff Halladay's assets, as particularly shown in paragraphs 17-21, above.

63.     The DOT Transfer constitutes a fraudulent transfer under 11 U.S.C. §§ 544 and 548, and California Civil Code §§ 3439 et seq. and, therefore, is avoidable by Plaintiff Halladay.

## SECOND CLAIM FOR RELIEF

(Divestiture of Lien or Other Interests Re: Halladay Property or Sale Proceeds Thereof Pursuant to FRBP 7070)

(Plaintiff Halladay Against Defendant)

64.     Plaintiff Halladay realleges each and every allegation contained in paragraphs 1 through 62, inclusive, of this Complaint as if set forth fully herein.

65.     FRBP 7070 provides that "[w]hen real or personal property is within the court's jurisdiction, the court may enter a judgment divesting a party's title and vesting it in another person."

/ / /

/ / /

/ / /

EXHIBIT 7                                    Page 13 of 21

66.     Section A.1.a.i. of the Settlement Agreement provides that "[u]pon payment in full of the $3M Note, the Halladay Property DOT and the security interests in the Retail Assets shall be released."[12]

67.     Upon receiving the Monetary Transfer in the amount of $7,653,483, the amounts owing under the $3M Note were paid in full, and Defendant was obligated to reconvey its DOT on the Halladay Property but failed and refused to do so.

68.     The Court's Sale Order approved the sale of the Halladay Property "free and clear" pursuant to Section 363(f) of the Bankruptcy Code, with Defendant's lien or other interests "transferred to the proceeds of the Sale with the same force, effect, validity, and priority that such liens and interests had against the Property."

69.     Because the $3M Note has been paid off, the Court should divest Defendant of any lien or other interests that it has or asserts against the Halladay Property and/or its sale proceeds.

### THIRD CLAIM FOR RELIEF

(To Avoid Unperfected Security Interest Transfer - 11 U.S.C. § 544(a)(1))

(Plaintiff Unrivaled Against Defendant)

70.     Plaintiff Unrivaled realleges and incorporates by reference paragraphs 1 through 68 of this Complaint as though set forth in full herein.

71.     As of the Petition Date, Plaintiff Unrivaled obtained the rights and powers of a hypothetical judicial lien creditor, pursuant to 11 U.S.C. § 544(a)(1).

/ / /

---

[12] In addition to this contractual requirement, California Civil Code Section 2903 provides that a debtor may redeem a deed of trust "at any time after the claim is due, and before [the trustor's] right of redemption is foreclosed." Cal. Civ. Code § 2903. California Civil Code Section 2905 provides that "Redemption from a lien is made by performing, or offering to perform, the act for the performance of which it is a security, and paying, or offering to pay, the damages, if any, to which the holder of the lien is entitled for delay." Cal. Civ. Code § 2905. And, California Civil Code Section 2941 provides that, upon satisfaction of the obligation secured by a deed of trust, "the beneficiary … shall execute and deliver to the trustee the original note, deed of trust, request for a full reconveyance, and other documents as may be necessary to reconvey, or cause to be reconveyed, the deed of trust." Civ. Code § 2941(b)(1).

EXHIBIT 7                                          Page 14 of 21

72.     Plaintiff Unrivaled is informed and believes that Defendant may assert that it had a security interest in the Retail Assets owned by Plaintiff Unrivaled on and after March 6, 2023.

73.     Defendant failed to perfect such security interest, if any, against the Retail Assets owned by Plaintiff Unrivaled.

74.     Defendant's security interest, if any, against the Retail Assets is avoidable under the powers of a perfected judicial lien creditor granted to Plaintiff Unrivaled under 11 U.S.C. §544(a)(1).

### FOURTH CLAIM FOR RELIEF

(To Avoid Preferential Monetary Transfer - 11 U.S.C. § 547)

(Plaintiff Unrivaled Against Defendant)

75.     Plaintiff Unrivaled re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 73, inclusive, as though fully set forth herein.

76.     The Monetary Transfer was of property interests of Plaintiff Unrivaled.

77.     The Monetary Transfer was made to or for the benefit of Defendant at a time in which Defendant was creditor of Plaintiff Unrivaled.

78.     The Monetary Transfer was for or on account of antecedent debts owed by Plaintiff Unrivaled under the Settlement Agreement before such Monetary Transfer was made.

79.     The Monetary Transfer was made while Plaintiff Unrivaled was insolvent.

80.     The Monetary Transfer enabled Defendant to receive more than Defendant would otherwise receive if (a) Plaintiff Unrivaled's bankruptcy case was a case under chapter 7 of the Bankruptcy Code; (b) had the Monetary Transfer not been made; and (c) Defendant received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

81.     Defendant was an "insider" for purposes of 11 U.S.C. § 547(b)(4)(B) based on the allegations set forth in paragraphs 47-55, above, which are incorporated hereat.

82.     The Monetary Transfer was made within the 1-Year Preference Period 11 U.S.C. § 547(b)(4)(B).

83.     The Monetary Transfer is subject to avoidance pursuant to 11 U.S.C. § 547(b).

/ / /

EXHIBIT 7                              Page 15 of 21

84.     Plaintiff Unrivaled is entitled to an order and judgment under 11 U.S.C. § 547 that the Monetary Transfer are avoided and recovered for the benefit of Plaintiff Unrivaled's creditors.

## FIFTH CLAIM FOR RELIEF

### (To Avoid Preferential Escrow Transfer - 11 U.S.C. § 547)

### (Plaintiff Unrivaled Against Defendant)

85.     Plaintiff Unrivaled re-alleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 83, inclusive, as though fully set forth herein.

86.     The Escrow Transfer was of property interests of Plaintiff Unrivaled.

87.     The Escrow Transfer was made to or for the benefit of Defendant at a time in which Defendant was creditor of Plaintiff Unrivaled.

88.     The Escrow Transfer was for or on account of antecedent debts owed by Plaintiff Unrivaled arising from the Settlement Agreement before such transfer was made.

89.     The Escrow Transfer was made while Plaintiff Unrivaled was insolvent.

90.     The Escrow Transfer enabled Defendant to receive more than Defendant would otherwise receive if (a) Plaintiff Unrivaled's bankruptcy case was a case under chapter 7 of the Bankruptcy Code; (b) had the Escrow Transfer not been made; and (c) Defendant received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

91.     Defendant was an "insider" for purposes of 11 U.S.C. § 547(b)(4)(B) based on the allegations set forth in paragraphs 47-55, above, which are incorporated hereat.

92.     The Escrow Transfer was made within the Preference Periods (*i.e.*, the 90-Day Preference Period[13] and/or the 1-Year Preference Period[14]) established by 11 U.S.C. § 547(b)(4).

---

[13] Plaintiff Unrivaled wired a total of $361,507 to escrow on May 30, 2024 ($253,151) and June 25, 2024 ($66,420.85).  In the Enforcement Motion, Defendant contends that "[a]s of October 14, 2024 [Plaintiff] Unrivaled will owe $361,507.00 total interest on the $3M Note[.]" Defendant, therefore, contends that the $361,507 payment was made by Plaintiff Unrivaled to Defendant after October 14, 2024 – allegedly within the 90-Day Preference Period.

EXHIBIT 7                                           Page 16 of 21

93.     The Escrow Transfer is subject to avoidance pursuant to 11 U.S.C. § 547(b).

94.     Plaintiff Unrivaled is entitled to an order and judgment under 11 U.S.C. § 547 that the Escrow Transfer is avoided and recovered for the benefit of Plaintiff Unrivaled's creditors.

## SIXTH CLAIM FOR RELIEF

(Avoidance of Extension Fee Transfer Pursuant to 11 U.S.C. §§ 544, 548)

(Plaintiff Unrivaled Against Defendant)

95.     Plaintiff Unrivaled realleges each and every allegation contained in paragraphs 1 through 93, inclusive, of this Complaint as if set forth fully herein.

96.     Section 548 of the Bankruptcy Code provides that a trustee or debtor may avoid a transfer of an interest of the debtor in property, or any obligation incurred by the debtor, that was made or incurred on or within two years before the petition date as constructively fraudulent if it can be shown that: (i) the transfer made or obligation incurred was for less than reasonably equivalent value; and (ii) the debtor (a) was insolvent on the date of the transaction or was rendered insolvent thereby, (b) had unreasonably small capital, or (c) intended to incur, or reasonably should have known it would incur, debts that it could not pay as they matured. 11 U.S.C. § 548(a)(1)(B).

97.     Section 544(b) of the Bankruptcy Code operates similarly and permits a trustee or debtor to avoid a transfer or obligation of the debtor pursuant to state fraudulent conveyance law, which imposes similar or identical requirements as section 548 of the Bankruptcy Code. 11 U.S.C.§ 544(b). The fraudulent conveyance laws of the relevant state — California – are substantially similar to section 548 of the Bankruptcy Code. *See* California Civil Code §§ 3439 et seq.

98.     At the time of the Extension Fee Transfer and at all relevant times, Plaintiff Unrivaled was indebted to, and had one or more unsecured creditor(s).

---

[14] The Escrow Funds were wired to Escrow for the benefit of Defendant on March 21, 2024 ($250,000); May 30, 2024 ($253,151); and June 25, 2024 ($66,420.85).

EXHIBIT 7                                    Page 17 of 21

99.     Despite receiving the Extension Fee Transfer in the amount of $250,000 Defendant has contended in the State Court Action – and most recently in its Enforcement Motion – that the Extension Fee was not "deposited for the benefit of People's" and refused to apply the payment to the Extension Fee.  As a result and according to Defendant's own contentions, Plaintiff Unrivaled received nothing or less than reasonably equivalent value for the Extension Fee Transfer.

100.    The Extension Fee Transfer constitutes a fraudulent transfer under 11 U.S.C. §§ 544 and 548, and California Civil Code §§ 3439 et seq. and, therefore, is avoidable by Plaintiff Unrivaled.

## SEVENTH CLAIM FOR RELIEF

(To Recover Avoided Transfers - 11 U.S.C. §§ 550 and 551)

(Plaintiffs Against Defendant)

101.    Plaintiffs reallege each and every allegation contained in paragraphs 1 through 99, inclusive, of this Complaint as if set forth fully herein.

102.    Defendant was the initial transferee of the DOT Transfer, Monetary Transfer and Escrow Transfer (collectively, the "Transfers"), or that Defendant was the entity for whose benefit the Transfers were made, or that Defendant was the immediate or mediate transferee of the initial transferee receiving the Transfers

103.    Upon avoidance of the Transfers, Plaintiffs are entitled to recover from Defendant each of such Transfers or the value of the property transferred, for the benefit of Plaintiffs' bankruptcy estates pursuant to 11 U.S.C. § 550.

## EIGHTH CLAIM FOR RELIEF

(For Disallowance Of Claim - 11 U.S.C. § 502(d))

(Plaintiffs Against Defendant)

104.    Plaintiffs reallege each and every allegation contained in paragraphs 1 through 102, inclusive, of this Complaint as if set forth fully herein.

EXHIBIT 7                                          Page 18 of 21

105.    Defendant is an entity from which property is recoverable under 11 U.S.C. §§ 542, 543, 550 or 553, or the Defendant received an avoidable transfer under 11 U.S.C. §§ 522(f), 522(h), 544, 545, 547, 548, 549, or 724(a).

/ / /

/ / /

106.    Defendant has not paid the amount, or turned over any such property for which the Defendant is liable under 11 U.S.C. §§ 522(i), 542, 543, 550, or 553 of the Bankruptcy Code.

107.    Pursuant to 11 U.S.C. § 502(d), the Defendant's claims, to the extent that the Defendant asserts a claim or claims, should be disallowed.

## NINTH CLAIM FOR RELIEF

### (For Attorneys' Fees And Costs)

### (Plaintiffs Against Defendant)

108.    Plaintiffs reallege each and every allegation contained in paragraphs 1 through 106, inclusive, of this Complaint as if set forth fully herein.

109.    Plaintiffs seek attorneys' fees and costs on the First through Seventh Claims for Relief in amounts to be proven at trial.

## RESERVATION OF RIGHTS

110.    Plaintiffs reserve their right to supplement and amend the allegations contained in this Complaint, including, but not limited to, the right to (i) allege further information regarding the all Claims for Relief, (ii) make modifications and/or revisions to Defendant's name(s), (iii) allege claims against additional defendants, and/or (iv) allege additional causes of action arising in connection with the law and facts set forth herein (collectively, the "Adv. Amendments"), that may become known to the Plaintiffs at any time during this adversary proceeding through formal discovery or otherwise, and for the Adv. Amendments to relate back to this original Complaint.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs pray for judgment as follows:

EXHIBIT 7                                      Page 19 of 21

A.      For a judgment by the Court in favor of Plaintiff Halladay and against Defendant on the First and Seventh Causes of Action, avoiding the DOT Transfer and recovering the DOT Transfer or its value for the benefit of Plaintiff Halladay's bankruptcy estate.

/ / /

/ / /

B.      For a judgment by the Court in favor of Plaintiff Halladay and against Defendant on the Second Cause of Action, divesting any lien or other interests Defendant has, or asserts against the Halladay Property or its sale proceeds.

C.      For a judgment by the Court in favor of Plaintiff Unrivaled and against Defendant on the Third and Seventh Causes of Action, avoiding any security interest held or asserted by Defendant in the Retail Assets.

D.      For a judgment by the Court in favor of Plaintiff Unrivaled and against Defendant on the Fourth and Seventh Causes of Action, avoiding the Monetary Transfer and recovering the Monetary Transfer or its value for the benefit of Plaintiff Unrivaled's bankruptcy estate.

E.      For a judgment by the Court in favor of Plaintiff Unrivaled and against Defendant on the Fifth and Seventh Causes of Action, avoiding the Escrow Transfer and recovering the Escrow Transfer or its value for the benefit of Plaintiff Unrivaled's bankruptcy estate.

F.      For a judgment by the Court in favor of Plaintiff Unrivaled and against Defendant on the Sixth and Seventh Causes of Action, avoiding the Extension Fee Transfer and recovering the Extension Fee Transfer or its value for the benefit of Plaintiff Unrivaled's bankruptcy estate.

G.      On the Eighth Cause of Action, for disallowance of any and all claims held by Defendant against the Plaintiffs from which property is recoverable under 11 U.S.C. § 550 or transfer that is avoidable under 11 U.S.C. §§ 544, 547, or 548, unless Defendant has paid the amount, or turned over any such property.

H.      On the Ninth Cause of Action, recovery of interest, costs, attorneys' fees and

EXHIBIT 7                    Page 20 of 21

expenses, to the extent recoverable under applicable law and the evidence submitted to the Court.

/ / /

/ / /

/ / /

   I.  For such other and further relief as the Court deems just and proper.

Dated: December 16, 2024    PLAINTIFF UNRIVALED BRANDS, INC.
              HALLADAY HOLDING, LLC


         By: ___*/s/ John-Patrick Fritz*_____
           JOHN-PATRICK M. FRITZ
           DANIEL H. REISS
           JEFFREY S. KWONG
           LEVENE, NEALE, BENDER,
           YOO & GOLUBCHIK L.L.P.
           Counsel for Plaintiffs and Chapter 11
           Debtors and Debtors in Possession

# EXHIBIT 8

# EXHIBIT 8

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Unrivaled Brands, Inc.** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:24-bk-19127** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Corporate Resolution**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 20, 2024**    X _____
Signature of individual signing on behalf of debtor

**Sabas Carrillo**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

EXHIBIT 8    Page 1 of 59

**Fill in this information to identify the case:**

Debtor name **Unrivaled Brands, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:24-bk-19127**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................    $            **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................    $     **6,185,292.12**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................    $     **6,185,292.12**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $        **50,000.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $            **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    **38,584,190.12**

4.    **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b                                                    $    **38,634,190.12**

Fill in this information to identify the case:

Debtor name **Unrivaled Brands, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:24-bk-19127**

☐ Check if this is an amended filing

---

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Technicolor Federal Credit Union** | **Checking** | **7114** | $20.00 |
| 3.2. | **Bridge Bank** | **Checking** | **7631** | $490.29 |
| 3.3. | **Bridge Bank** | **Checking** | **1684** | $44,510.59 |
| 3.4. | **Fresno First Bank** | **Checking** | **1022** | $200.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $45,220.88 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

EXHIBIT 8                    Page 3 of 59

| Debtor | **Unrivaled Brands, Inc.** | | Case number *(if known)* **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 14.1. | **Mystic Holdings, Inc.  - MSTH OTC - 9% common/preferred share ownership** | **OTC share price** | **$833,209.97** |
| 14.2. | **Sament Capital Investments - 100% ownership.** | | **$3,541.27** |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | |
| 15.1. | **Halladay Holding, LLC** | **100%** %  **sale before debt** | **$5,303,320.00** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |
| 17. | **Total of Part 4.** Add lines 14 through 16.  Copy the total to line 83. | | **$6,140,071.24** |

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

EXHIBIT 8

Debtor    **Unrivaled Brands, Inc.**                          Case number *(If known)*  **2:24-bk-19127**
              Name

■ No.  Go to Part 8.
□ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
□ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
□ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
□ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

□ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Civil suit against Bernard Steinmann annd Daniel Troup, Case No. 30-2024-01384207-CU-NP-CJC ; pending in Orange County Superior Court** | **$0.00** |
|  | Nature of claim |  |
|  | Amount requested **$3,000.00** |  |
|  | **Cross complaint filed by Unrivaled Brands v. People's California, LLC in case no. 30-2022-01270747-CU-BC-CJC, pending in the Superior Court of California, Orange County.** | **Unknown** |
|  | Nature of claim **Fraud, breach of contract.** |  |
|  | Amount requested **$5,402,590.00** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to** |  |

Debtor    **Unrivaled Brands, Inc.**                                    Case number *(If known)*  **2:24-bk-19127**
          Name

**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                              | $0.00
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       □ Yes

| Debtor | **Unrivaled Brands, Inc.** | Case number *(If known)* | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $45,220.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $6,140,071.24 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,185,292.12 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $6,185,292.12 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 5

EXHIBIT 8                                    Page 7 of 59

**Fill in this information to identify the case:**

Debtor name **Unrivaled Brands, Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:24-bk-19127**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order** all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **Locam LLC**

Creditor's Name

**8108 CALIFORNIA CITY BLVD**
**California City, CA 93505**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Unrivaled Assets Security**

Describe the lien

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| $50,000.00 | Unknown |

**3.** Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$50,000.00**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

EXHIBIT 8                                      Page 8 of 59

**Fill in this information to identify the case:**

Debtor name      **Unrivaled Brands, Inc.**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:24-bk-19127**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**1149 South LA Street Fashion District**<br>**3435 WILSHIRE BL STE 2820**<br>**Los Angeles, Ca 90010**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **$580,000.00** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**1848 Newport WAM TIC, LLC**<br>**17752 Fitch**<br>**Irvine, CA 94612**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **$29,165.00** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**414 Lesser Street, LLC**<br>**c/o Avison Young**<br>**San Diego, CA 92121**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **$5,336.63** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**ACCO Engineered Systems, Inc**<br>**PO Box 847360**<br>**Los Angeles, CA 90084-7360**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **$854.00** |
| | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,387,117.76** |
|---|---|---|---|

**Adnant, LLC**
**11516 Downey Ave**
**Downey, Ca 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$846.75** |
|---|---|---|---|

**ADP Screening & Selection Services, Inc.**
**PO Box 645177**
**Cincinnati, OH 45264**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13.45** |
|---|---|---|---|

**ADT**
**P.O. Box 371878**
**Pittsburgh, PA 15250-7878**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,300.00** |
|---|---|---|---|

**AEI Consultants**
**2500 Camino Diablo**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Affordable Security Shutters**
**2213 Silver Fox Circle**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,003.05** |
|---|---|---|---|

**Alameda County**
**1221 Oak St**
**Room 131**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,044.25** |
|---|---|---|---|

**Alameda County Environmental Health**
**PO BOX N**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00** |
|---|---|---|---|

**Amaren Group**
**260 Newport Center Drive,**
**Newport Beach, CA 92660**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,400.00** |
|---|---|---|---|

**AP Triton Consulting**
**1851 Heritage Ln.**
**Suite 138**
**Sacramento, CA 95815**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Archer Public Affairs**
**P.O. Box 280**
**Trenton, NJ 08602**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,406.25** |
|---|---|---|---|

**Architectural Dimensions**
**801 Ygnacio Valley Road**
**Road Suite 230**
**Walnut Creek, CA 94596**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,107,500.00** |
|---|---|---|---|

**Arthur Chan**
**1055 Clay Street**
**San Fransisco, Ca 94108**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$52,650.00** |
|---|---|---|---|

**Arturo Manuel Sanchez**
**224 Riverbrook Way**
**Sacramento, CA 95831**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,754.97** |
|---|---|---|---|

**Assets Empire LLC**
**6763 W Charleston Blvd**
**Las Vegas, NV 89146**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,000.00 |
|---|---|---|---|

**Auroral Group LLC**
**2618 San Miguel Drive**
**#480**
**Newport Beach, CA 92660**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,808.25 |
|---|---|---|---|

**B&B Mechanical Services Inc**
**1040 Serpentine Lane**
**#202**
**Pleasanton, CA 94566**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $153,999.91 |
|---|---|---|---|

**Baker and Hostetler**
**P.O Box 70189**
**Cleveland, OH 44190-0189**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,045.75 |
|---|---|---|---|

**Bay Air Systems Inc**
**1300 Galaxy Ave**
**Suite 9**
**Concord, CA 94520**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $421.17 |
|---|---|---|---|

**Bay Alarm Company**
**PO Box 51041**
**Los Angeles, CA 90051-5337**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,844.24 |
|---|---|---|---|

**Biotherm Hydronic, Inc**
**476 Primero Ct.**
**Cotati, CA 94931**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,995.00 |
|---|---|---|---|

**Birddog HR**
**4453 NW Urbandale Dr**
**Des Moines, IA 50322**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Unrivaled Brands, Inc. | Case number *(if known)* | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,250.00** |
|---|---|---|---|

**Brent N Robbins CPA**
**5015 Birch St.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,126.15** |
|---|---|---|---|

**Broadridge ICS**
**PO Box 416423**
**Boston, MA 02241-6423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$392,576.10** |
|---|---|---|---|

**Buchalter**
**1000 Wilshire Blvd**
**#1500**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**Burns & Levinson LLP**
**125 High Street**
**Attn: Finance Department**
**Boston, MA 02110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,000.00** |
|---|---|---|---|

**C&H Capital Inc.**
**2020 Stone Meadow Way**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500.00** |
|---|---|---|---|

**California Department of Financial**
**Protection and Innovation**
**2101 Arena Boulevard**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,171.00** |
|---|---|---|---|

**Capitol Services**
**206 E 9th St**
**Suite 1300**
**Austin, TX 78701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.00 |
|---|---|---|---|

**3.33**

Nonpriority creditor's name and mailing address
**City of Irvine**
**Business License Division**
**Irvine, CA 92623**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$89.00**

---

**3.34**

Nonpriority creditor's name and mailing address
**Clark Hill PLC**
**500 Woodward Ave,**
**Suite 3500**
**Detroit, MI 48226**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$33,935.75**

---

**3.35**

Nonpriority creditor's name and mailing address
**Clean Mist Disinfecting**
**245 N Pageant St**
**Anaheim, CA 92807**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,251.08**

---

**3.36**

Nonpriority creditor's name and mailing address
**Colorado Nine LLC**
**515 East 72nd St, 25F**
**New York, NY 10021**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$12,000.00**

---

**3.37**

Nonpriority creditor's name and mailing address
**Connell Foley LLP**
**56 Livingston Avenue**
**Roseland, NJ 07068**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

**$77,471.18**

---

**3.38**

Nonpriority creditor's name and mailing address
**Cornman & Swartz**
**P.O. Box 10604**
**Newport Beach, CA 92658**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,265.00**

---

**3.39**

Nonpriority creditor's name and mailing address
**County of Alameda, Wts. & Measures**
**224 W. Winton Avenue**
**Hayward, CA 94544**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$623.80**

---

| Debtor | **Unrivaled Brands, Inc.** | Case number *(if known)* | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,021.85 |
|---|---|---|---|

**County of Orange**
**PO Box 4005**
**Santa Ana, CA 92702-1438**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,650.30 |
|---|---|---|---|

**Crawford Integrated Technologies**
**3307 Pinole Valley Road**
**Pinole, CA 94564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|---|---|---|---|

**CrossPlans**
**23041 Avenida de la Carlota**
**#300**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,447.53 |
|---|---|---|---|

**Crowe LLP**
**PO Box 51660**
**Los Angeles, CA 90051-5960**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,310.10 |
|---|---|---|---|

**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197-4349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222.00 |
|---|---|---|---|

**CT Lien Solutions**
**P.O. Box 301133**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**Culhane, Meadows, Haughian, & Walsh, PLL**
**PO Box 49716**
**Atlanta, GA 30359**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,569.86**
CV Resources
8583 Irvine Center Drive
#405
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,630.98**
Cybba Inc
580 Harrison Ave
Suite 401
Boston, MA 02118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00**
Dallas Imbimbo
17595 Harvard Avenue
#C552
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,394.40**
Delaware Secretary of State
Division of Corporations
Binghamton, NY 13902-5509

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,075.43**
DLA Piper LLP
666 Burrard Street,
Suite 2800
Vancouver, BC V6C 2Z7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,600.00**
DLC
20750 Ventura Blvd., Suite 300
Woodland Hills, CA 91364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,753,000.00**
Dominion Capital, LLC
256 West 38th St
15th FL
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

EXHIBIT 8    Page 16 of 59

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,181.25 |
|---|---|---|---|
| | **Douglas Wilson Companies**<br>**1620 Fifth Ave, Suite 400**<br>**San Diego, CA 92101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,951.83 |
|---|---|---|---|
| | **Duane Morris LLP**<br>**30 South 17th Street**<br>**Philadelphia, PA 19103-4196** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,330.00 |
|---|---|---|---|
| | **E&E Electronic Engineering Research Inc**<br>**12346 Valley Blvd**<br>**Unit #E**<br>**El Monte, CA 91732** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.40 |
|---|---|---|---|
| | **Elevated Equipment Supply**<br>**2651 E. 45th St**<br>**Vernon, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,520.00 |
|---|---|---|---|
| | **Elite Security Group Inc.**<br>**640 Bailey RD**<br>**#124**<br>**Pittsburg, CA 94565** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,865.00 |
|---|---|---|---|
| | **Empyreal Enterprises LLC**<br>**2000 Oxford Drive,**<br>**Suite 440**<br>**Bethel Park, PA 15102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,735.00 |
|---|---|---|---|
| | **Engin8 LLC**<br>**4701 Victoria Beach Way**<br>**Las Vegas, NV 89130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,200.00** |
| | **ENTRC Inc. dba Canix** | ☐ Contingent | |
| | **2261 Market Street** | ☐ Unliquidated | |
| | **Ste 5049** | ☐ Disputed | |
| | **San Francisco, CA 94114** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,170.00** |
| | **Envirocheck** | ☐ Contingent | |
| | **2211 West Orangewood Ave** | ☐ Unliquidated | |
| | **Orange, CA 92868** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$898.00** |
| | **Equisolve** | ☐ Contingent | |
| | **3500 SW Corporate Parkway** | ☐ Unliquidated | |
| | **Suite 206** | ☐ Disputed | |
| | **Palm City, FL 34990** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,000.00** |
| | **Eric Baum** | ☐ Contingent | |
| | **210 N Church Street** | ☐ Unliquidated | |
| | **Unit 2914** | ☐ Disputed | |
| | **Charlotte, NC 28202** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110.27** |
| | **Face and Body Inc** | ☐ Contingent | |
| | **1900 Midway Lane** | ☐ Unliquidated | |
| | **Smyrna, TN 37167** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,750.00** |
| | **FFG Valuations** | ☐ Contingent | |
| | **535 Anton Blvd** | ☐ Unliquidated | |
| | **Suite 1050** | ☐ Disputed | |
| | **Costa Mesa, CA 92626** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,564.61** |
| | **FinancialForce, Inc** | ☐ Contingent | |
| | **595 Market Street,** | ☐ Unliquidated | |
| | **Suite 2700** | ☐ Disputed | |
| | **San Francisco, CA 94105** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Unrivaled Brands, Inc.** | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,459.00 |
|---|---|---|---|
| | **Fire & Security Co** | ☐ Contingent | |
| | **1152 Beach Street** | ☐ Unliquidated | |
| | **Oakland, CA 94608** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.63 |
|---|---|---|---|
| | **Ford Credit** | ☐ Contingent | |
| | **P.O. Box 552679** | ☐ Unliquidated | |
| | **Detroit, MI 48255** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,841.00 |
|---|---|---|---|
| | **Fox Rothschild LLP** | ☐ Contingent | |
| | **33 Arch Street, Suite 3110** | ☐ Unliquidated | |
| | **Boston, MA 02110** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540,159.44 |
|---|---|---|---|
| | **Franchise Tax Board** | ☐ Contingent | |
| | **PO Box 942857** | ☐ Unliquidated | |
| | **Sacramento, CA 94257-0531** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,550,000.00 |
|---|---|---|---|
| | **Fusion LLF, LLC** | ☐ Contingent | |
| | **80 Broad ST** | ☐ Unliquidated | |
| | **New York, NY 10004** | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $379,106.98 |
|---|---|---|---|
| | **Gateway Acceptance Co** | ☐ Contingent | |
| | **P.O. Box 4053** | ☐ Unliquidated | |
| | **Concord, CA 94524** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280,000.00 |
|---|---|---|---|
| | **Glaser Weil Fink Howard Johnson, et al.** | ☐ Contingent | |
| | **10250 Constellation Boulevard** | ☐ Unliquidated | |
| | **19th Floor** | ■ Disputed | |
| | **Los Angeles, Ca 90067** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Unrivaled Brands, Inc. | | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|---|
| | Name | | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,794.39** |
|---|---|---|---|
| | **Go To Premium Finance**<br>**6200 Canoga Ave**<br>**Suite 400**<br>**Woodland Hills, CA 91367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$917.00** |
|---|---|---|---|
| | **Goodwin Procter LLP**<br>**100 Northern Ave**<br>**Boston, MA 02210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Green Engineers**<br>**1031 Marengo Dr**<br>**Glendale, CA 91206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,858,398.00** |
|---|---|---|---|
| | **Greenlane Holdings, LLC**<br>**C/O Wallin & Russell LLP**<br>**26000 Towne Centre Drive Suite 130**<br>**Foothill Ranch, Ca 92610** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,500.00** |
|---|---|---|---|
| | **H2S Engineers Inc**<br>**1124 N Boatswain Circle**<br>**Anaheim, CA 92801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,733.75** |
|---|---|---|---|
| | **Hay & Associates**<br>**15455 an Fernando Mission Blvd**<br>**Suite 202**<br>**Mission Hills, CA 91345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$137.91** |
|---|---|---|---|
| | **Henry C. Levy**<br>**1221 Oak Street**<br>**Room 131**<br>**Oakland, CA 94612-4285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Unrivaled Brands, Inc.** | | Case number *(if known)* | **2:24-bk-19127** |
| | Name | | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,091.76** |
|---|---|---|---|
| | **Henry G. Wykowski & Associates**<br>**Attn: Henry Wykowski**<br>**San Francisco, CA 94104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$104.63** |
|---|---|---|---|
| | **Ice Systems, Inc.**<br>**100 Patco Court**<br>**Unit 9**<br>**0, 0** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.00** |
|---|---|---|---|
| | **InCorp Services Inc**<br>**3773 Howard Hughes Parkway,**<br>**Suite 500S**<br>**Las Vegas, NV 89169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,505.96** |
|---|---|---|---|
| | **Inova Employee Assistance**<br>**3949 Pender Dr.**<br>**Suite 310**<br>**Fairfax, VA 22030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,006.82** |
|---|---|---|---|
| | **Intelligent Discovery Solutions, Inc**<br>**3000 K Street NW**<br>**Suite 330**<br>**Washington, DC 20007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$186,224.00** |
|---|---|---|---|
| | **Joe Gerlach**<br>**895 Airport Drive**<br>**Cave Junction, OR 97523** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|
| | **Jolie Kahn**<br>**12E. 49th Street**<br>**11th Floor**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**KCSA Strategic Communications, Inc.**
**420 Fifth Ave.**
**3rd Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,780.00** |
|---|---|---|---|

**Kling Consulting Group**
**18008 Sky Park Circle**
**Circle Suite 250**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,579.16** |
|---|---|---|---|

**Knobbe, Martens, Olsen & Bear**
**2040 Main St.**
**14th Floor**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,948.75** |
|---|---|---|---|

**Ladd Partners**
**PO Box 8593**
**San Jose, CA 95155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,900.00** |
|---|---|---|---|

**Leafly Holdings, Inc.**
**PO Box 92116**
**Las Vegas, NV 89193-2116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$599,926.13** |
|---|---|---|---|

**Manatt, Phelps & Phillips, LLP**
**2049 Century Park East**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**MARCA Strategic**
**3891 Vrain St.**
**Denver, CO 80212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192,746.11 |
|---|---|---|---|

**Marcum, LLP**
**600 Anton Blvd**
**Suite 1600**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Master Bango**
**5355 Skylane Blvd**
**Santa Rosa, CA 95403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Distribution. For Notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150,570.80 |
|---|---|---|---|

**Mayer Brown LLP**
**311 W. Monroe Street, STE. 600**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,890.37 |
|---|---|---|---|

**Miller Nash**
**111 SW 5th Avenue, Suite 3400**
**Portland, OR 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00 |
|---|---|---|---|

**Mobile Notary Public**
**211 N Sycamore St**
**Santa Ana, CA 92701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $647.50 |
|---|---|---|---|

**Monzo HVAC Consulting**
**1495 Driftwood Circle**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,247.50 |
|---|---|---|---|

**More Consulting**
**96 West 2nd Street**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

**3.103**

Nonpriority creditor's name and mailing address
**MX2 Global Protection, Inc.**
**27472 Portola Pkwy,**
**Suite 205-314**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$50,756.38**

---

**3.104**

Nonpriority creditor's name and mailing address
**New Age Compassion Care Center, Inc.**
**350 W Martin Luther King Jr Blvd**
**Los Angeles, CA 90037**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Distribution. For Notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105**

Nonpriority creditor's name and mailing address
**New York State Insurance Fund**
**199 Church St**
**New York, NY 10007**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$407.01**

---

**3.106**

Nonpriority creditor's name and mailing address
**Nison Consulting**
**444 Baist Sr.**
**Sayreville, NJ 08872**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$47,500.00**

---

**3.107**

Nonpriority creditor's name and mailing address
**No Smoking Allowed Except Turn, LLC**
**125 W. LA CADENA DR.**
**Riverside, Ca 92501**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$600,000.00**

---

**3.108**

Nonpriority creditor's name and mailing address
**Nossaman**
**777 South Figueroa Street**
**34th Floor**
**Los Angeles, CA 90017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,821.50**

---

**3.109**

Nonpriority creditor's name and mailing address
**Okamoto Structural Engineering**
**3186 Airway Ave**
**Suite F**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

| Debtor | **Unrivaled Brands, Inc.** | | Case number *(if known)* | **2:24-bk-19127** |
|---|---|---|---|---|
| | Name | | | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,590.54** |
|---|---|---|---|

**Omni Real Estate IX LLC**
**1212 S Flower Street**
**Los Angeles, CA 90015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Orange County Heritage Council**
**1754 W. Willits Street**
**Santa Ana, CA 92703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**OTC Markets Group, Inc.**
**304 Hudson St.**
**2nd Floor**
**New York, NY 10013-1015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Oxford & Bond LLC**
**9249 S Broadway**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,775.00** |
|---|---|---|---|

**Pacific Plumbing Systems, Inc**
**2120 Adams Aveenue**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,438.51** |
|---|---|---|---|

**Paradise Village Associates NF LLC**
**2000 McKinney Ave**
**Dallas, TX 75201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,110.00** |
|---|---|---|---|

**PAS, Inc**
**10804 Bigge Street**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.95 |
|---|---|---|---|

**Paycom Payroll LLC**
**7501 W. Memorial Rd**
**Oklahoma City, OK 73142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,200.00 |
|---|---|---|---|

**Payne & Fears**
**4 Park Plaza**
**Suite 1100**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**PCAOB**
**1666 K Street NW**
**Suite 300**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,821,140.00 |
|---|---|---|---|

**People's California, LLC**
**3843 S BRISTOL STREET**
**#614**
**Santa Ana, Ca 92704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,170.00 |
|---|---|---|---|

**People's Guru**
**101 S Hoover Blvd,**
**Tampa, FL 33609**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,024.00 |
|---|---|---|---|

**Pliris Design Studio**
**9270 Onesto Ave**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,000.00 |
|---|---|---|---|

**Precision Advocacy Group LLC**
**915 L St.**
**Suite C-445**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | Case number *(if known)* | 2:24-bk-19127 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,943.09** |
| | **Precision Air & Refrigeration LLC**<br>**1901 Golden Delicious Ct**<br>**Bakersfield, CA 93312** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,513.98** |
| | **Print Zone Plus**<br>**432 W Broadway**<br>**Glendale, CA 91204** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,100.00** |
| | **Pro-Tech Electric**<br>**PO Box 986**<br>**Corona, CA 92878** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,442.19** |
| | **Proactive Investors LLC**<br>**767 3rd Avenue**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.00** |
| | **Progressive**<br>**300 North Commons Blvd**<br>**Mayfield Village, OH 44143** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,070.79** |
| | **Reach Headwear**<br>**2848 Leonis Blvd**<br>**Vernon, CA 90058** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,954.35** |
| | **Reno Print Store**<br>**280 Greg St.**<br>**#5**<br>**Reno, NV 89502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Unrivaled Brands, Inc.** | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101,800.00** |
|---|---|---|---|

**Revenue River LLC**
**2081 Youngfield St**
**Golden, CO 80401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,530.61** |
|---|---|---|---|

**Sam's Signs Neon & Electrical, Inc**
**16719 E. 14th St.**
**-, 0**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,895.96** |
|---|---|---|---|

**Sectran Security Inc**
**PO Box 227267**
**Los Angeles, CA 90022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$404.17** |
|---|---|---|---|

**Shawn Lambert HVAC Inc**
**PPO Box 1866**
**Huntington Beach, CA 92647**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Shout Public Relations, Inc.**
**1032 W. 18th St.**
**Suite A-4**
**Costa Mesa, CA 92627**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,696.03** |
|---|---|---|---|

**Shred-It**
**28883 Network Place**
**Chicago, IL 60673-1288**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Silver State Elevator Co**
**PO Box 5309**
**Reno, NV 89513**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

EXHIBIT 8    Page 28 of 59

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $293,387.00 |
|---|---|---|---|

**Silver Streak Matthew Guild**
4264 Powerline Rd
Olivehurst, Ca 95961

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173,601.00 |
|---|---|---|---|

**Silver Streak Sterling Harlan**
7273 Kara Drive
Sacramento, Ca 92528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,890.72 |
|---|---|---|---|

**SK Builders**
300 Frank H Ogawa Plaza.
#386
Oakland, CA 94612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,533.68 |
|---|---|---|---|

**Sklar Williams PLLC**
410 South Rampart Boulevard
Suite 350
Las Vegas, NV 89145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,163.34 |
|---|---|---|---|

**Slater Builders Inc.**
3100-B Pullman St
Costa Mesa, CA 92625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $646.98 |
|---|---|---|---|

**Sonitrol Orange County**
1334 Blue Oaks Blvd.
Roseville, CA 95678

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.58 |
|---|---|---|---|

**Sparkletts**
PO Box 660579
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|---|
| | Name | | | |

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.00 |
|---|---|---|---|
| | **Spectrum Business**<br>**PO BOX 60074**<br>**Saint Louis, MO 63131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,387.80 |
|---|---|---|---|
| | **Spektor Security Solutions**<br>**430 South Empire St**<br>**Anaheim, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.36 |
|---|---|---|---|
| | **Springbig Inc**<br>**621 NW 53rd St**<br>**Suite 260**<br>**Boca Raton, FL 33487** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,018.20 |
|---|---|---|---|
| | **SSBC Owners Association**<br>**8600 Technology Way,**<br>**#170**<br>**Reno, NV 89521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,399.49 |
|---|---|---|---|
| | **Stanley Convergent Security**<br>**Solutions Inc.**<br>**Dept. CH 10651**<br>**Palatine, IL 60055** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,896.71 |
|---|---|---|---|
| | **State of New Jersey**<br>**P.O. Box 929**<br>**Trenton, NJ 08646-0929** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No  ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370.00 |
|---|---|---|---|
| | **State Water Resources Control Board**<br>**PO Box 1888**<br>**Sacramento, CA 95812** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,574.00 |
|---|---|---|---|

**Steptoe & Johnson LLP**
**1330 Connecticut Ave, NW**
**Washington, DC 20036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,492.42 |
|---|---|---|---|

**Sterling Consulting Solution LLC**
**6853 Copper Glen Circle**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,000.00 |
|---|---|---|---|

**Strategies 360**
**1505 Westlake Ave**
**N Suite 1000**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|

**Suburban Propane**
**240 Route 10 West**
**Whippany, NJ 07981**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|---|---|---|---|

**Sullivan & Worcester LLP**
**PO BOX 842482**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $365.00 |
|---|---|---|---|

**Surfside Solutions Inc.**
**64 Wooster St. FL 2**
**New York, NY 10012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8.23 |
|---|---|---|---|

**Target Corporation**
**1000 Nicollet Mall**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Unrivaled Brands, Inc.** | Case number *(if known)* | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,900.00** |
|---|---|---|---|

**Taz Plumbing**
**407 Whitney St**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,956.00** |
|---|---|---|---|

**Teamviewer**
**5741 Rio Vista Drive**
**Largo, FL 33760**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.00** |
|---|---|---|---|

**Terminix Pest Control**
**P.O. Box 742592**
**Cincinnati, OH 45274-2592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**The Cult Creatives, LLC**
**2801 East Spring St**
**#275**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.50** |
|---|---|---|---|

**The Production Truck Inc.**
**1120 Chestnut St.**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,794.20** |
|---|---|---|---|

**The Toll Roads**
**P.O. Box 57011**
**Irvine, CA 92619-7011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,435.49** |
|---|---|---|---|

**Thomas Love**
**385 S Lemon Ave**
**#234**
**Walnut, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    **Page 24 of 29**

EXHIBIT 8                    Page 32 of 59

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $535,955.77 |
|---|---|---|---|
| | Thompson Hine<br>335 Madison Avenue<br>12th Floor<br>New York, NY 10017 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,754.17 |
|---|---|---|---|
| | Todi Tech<br>9265 Research Drive<br>Irvine, CA 92618 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $235.27 |
|---|---|---|---|
| | Toshiba Business Solutions, USA<br>File 57202<br>Los Angeles, CA 90074-7202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,558.01 |
|---|---|---|---|
| | Toshiba Financial Services<br>P.O. Box 790448<br>ST Louis, MO 63179 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,388.00 |
|---|---|---|---|
| | Towns & Country Event Rentals, Inc<br>7725 Airport Business Park Way<br>Van Nuys, CA 91406 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,768.26 |
|---|---|---|---|
| | UniFirst Corp<br>14266 Catalina Street<br>San Leandro, CA 94577 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |
|---|---|---|---|
| | United Lock and Security, Inc<br>3401 Sirius Ave<br>Suite 9<br>Las Vegas, NV 89102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Unrivaled Brands, Inc. | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|
| | Name | | |

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.36** |
|---|---|---|---|
| | **Valvoline Instant Oil Change**<br>**P.O. Box 74008513**<br>**Chicago, IL 60674** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.61** |
|---|---|---|---|
| | **Vegas Godspeed, LLC**<br>**6763 W. Charleston Blvd.**<br>**Las Vegas, NV 89146** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$401.50** |
|---|---|---|---|
| | **Verizon Wireless**<br>**PO BOX 660108**<br>**Dallas, TX 75266-0108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$911.68** |
|---|---|---|---|
| | **Vicente Sederberg LLP**<br>**455 Sherman St**<br>**Suite 390**<br>**Denver, CA 80203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,518.36** |
|---|---|---|---|
| | **Vyanet Security**<br>**Lock Pox 912730**<br>**Pasadena, CA 91110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,165.00** |
|---|---|---|---|
| | **WAMCO**<br>**17752 Fitch**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.67** |
|---|---|---|---|
| | **Washoe County Treasurer**<br>**P.O. Box 30039**<br>**Reno, NV 89520-3039** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Unrivaled Brands, Inc.** | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|
| | Name | | |

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**WCC MGMT LLC**
**2505 Front St**
**W Sacramento, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Distribution. For Notice purposes only**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,800.00 |
|---|---|---|---|

**We Architects Group**
**7545 Irvine Center Dr.**
**Suite 200**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,500.00 |
|---|---|---|---|

**Westland Mechanical, LLC**
**12223 Highland Avenue**
**#106-569**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $266.00 |
|---|---|---|---|

**Wex Bank**
**P.O. Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $135,572.42 |
|---|---|---|---|

**WGS Group, Inc**
**9454 Wilshire Blvd**
**Beverly Hills, Ca 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $18,691.97 |
|---|---|---|---|

**Wolf Rifkin Sharpiro Schulman & Rabkin**
**11400 W. Olympic Blvd.**
**9th Floor**
**Los Angeles, CA 90064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,300.00 |
|---|---|---|---|

**Woodruff-Sawyer & Co.**
**P.O. Box 45057**
**SAN FRANCISCO, CA 94145-9950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | Unrivaled Brands, Inc. | | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|---|
| | Name | | | |

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,960.00 |
|---|---|---|---|

**Workiva Inc.**
**2900 University Blvd**
**Ames, IA 50010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,235.00 |
|---|---|---|---|

**YHLA Architects**
**1617 Clay Street**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,605.42 |
|---|---|---|---|

**Zuber Lawler Del Duca LLP**
**350 S Grand Ave**
**Ave Suite 3200**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Janus Capital Law Group**<br>**Attn: Deron Colby**<br>**22 Executive Park, Suite 250**<br>**Irvine, CA 92614** | Line **3.120**<br><br>☐ Not listed. Explain _ | _ |
| 4.2 | **Matthew Guild**<br>**c/o Merit Law LLP, Attn: Yakup Sari**<br>**540 N. Golden Cir. Dr. #303**<br>**Santa Ana, CA 92705** | Line **3.138**<br><br>☐ Not listed. Explain _ | _ |
| 4.3 | **Price Caspino LLP**<br>**Attn: Michael W. Caspino**<br>**30442 Esperanza**<br>**Rancho Santa Margarita, CA 92688** | Line **3.120**<br><br>☐ Not listed. Explain _ | _ |
| 4.4 | **Sterling Harlan**<br>**c/o Merit Law LLP, Attn: Yakup Sari**<br>**540 N. Golden Cir. Dr. #303**<br>**Santa Ana, CA 92705** | Line **3.138**<br><br>☐ Not listed. Explain _ | _ |

---

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. | + $ | **38,584,190.12** |

Debtor  **Unrivaled Brands, Inc.**
<u>Name</u>

Case number (if known)  **2:24-bk-19127**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **38,584,190.12**

**Fill in this information to identify the case:**

Debtor name   **Unrivaled Brands, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)   **2:24-bk-19127**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Unrivaled Brands, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION</td></tr>
<tr><td>Case number (if known)</td><td><strong>2:24-bk-19127</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Blum Holdings** | **11516 Downey Ave Downey, CA 90241** | **Adnant, LLC** | ☐ D ___ ■ E/F __3.5__ ☐ G ___ |
| 2.2 | **Blum Holdings** | **11516 Downey Ave Downey, CA 90241** | **Buchalter** | ☐ D ___ ■ E/F __3.28__ ☐ G ___ |
| 2.3 | **Blum Holdings** | **11516 Downey Ave Downey, CA 90241** | **Manatt, Phelps & Phillips, LLP** | ☐ D ___ ■ E/F __3.94__ ☐ G ___ |
| 2.4 | **Blum Holdings** | **11516 Downey Ave Downey, CA 90241** | **Miller Nash** | ☐ D ___ ■ E/F __3.99__ ☐ G ___ |

Debtor    **Unrivaled Brands, Inc.**                                    Case number *(if known)*    **2:24-bk-19127**

---

█  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.5 | **Blum Holdings**<br>**11516 Downey Ave**<br>**Downey, CA 90241** | **Fox Rothschild LLP** | ☐ D _____<br>■ E/F   **3.70**<br>☐ G _____ |
| 2.6 | **Halladay**<br>**Holding, LLC**<br>**11516 Downey Ave.**<br>**Downey, CA 90241**<br>**Limited to up to only $3,000,000 (disputed)** | **People's California, LLC** | ☐ D _____<br>■ E/F   **3.120**<br>☐ G _____ |
| 2.7 | **Halladay**<br>**Holding, LLC**<br>**11516 Downey Ave.**<br>**Downey, CA 90241**<br>**Limited up to $1,000,000** | **Dominion Capital, LLC** | ☐ D _____<br>■ E/F   **3.53**<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name __**Unrivaled Brands, Inc.**__

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) __**2:24-bk-19127**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $0.00 |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $0.00 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $0.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | **Subsidiaries' revenue** | $5,688,475.00 |
| **For prior year:**<br>From **1/01/2023** to **12/31/2023** | **Subsidiaries' revenue** | $13,227,315.00 |
| **For year before that:**<br>From **1/01/2022** to **12/31/2022** | **Subsidiaries' revenue** | $14,851,902.00 |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

Debtor   Unrivaled Brands, Inc.                                    Case number (if known)  2:24-bk-19127

---

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Peoples California**<br>**3843 S Bristol Street #614**<br>**Santa Ana, CA 92704** | 10/24/24 | **$569,571.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment on Interest**<br>**and Sale extension** |

---

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
    or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
    may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
    listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
    debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **James Miller**<br>**11516 Downey Ave,**<br>**Downey, CA 90241**<br>**Directer and COO** | 11/10/2023 | **$6,149.00** | **Regular Biweekly salary** |
| 4.2. | **James Miller**<br>**11516 Downey Ave,**<br>**Downey, CA 90241**<br>**Director and COO** | 11/24/2023 | **$6,149.00** | **Regular biweekly salary** |
| 4.3. | **James Miller**<br>**11516 Downey Ave,**<br>**Downey, CA 90241**<br>**Director and COO** | 12/8/2023 | **$6,137.00** | **Regular biweekly salary** |
| 4.4. | **James Miller**<br>**11516 Downey Ave,**<br>**Downey, CA 90241**<br>**Director and COO** | 12/8/2023 | **$6,074.00** | **Regular biweekly salary** |

---

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
    a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **1149 S. LA Street Fashion District,**<br>**LLC**<br>**320 N Larchmont, 3rd Floor**<br>**Los Angeles, CA 90004** | **Bank Funds** | 12/28/2023 | **$86,749.05** |

---

6.  **Setoffs**

Official Form 207            Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **2**

EXHIBIT 8                                              Page 42 of 59

| Debtor | **Unrivaled Brands, Inc.** | | Case number *(if known)* | **2:24-bk-19127** |

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **People's California, LLC v. Unrivaled Brands, Inc. with counter-complaint** 30-2022-01270747-CU-BC-CJC | Breach Of Contract And Breach Of The Covenant Of Good Faith And Fair Dealing | **Orange County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **People's California, LLC v. Kovacevich, et al** 30-2022-01272843-CU-MC-CJC | Breach Of Fiduciary Duty, Abuse Of Control, Self-Dealing, Corporate Waste, And Unjust Enrichment | **Orange County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **People's California, LLC v. Carrillo, et al** 30-2024-01419068-CU-CO-CJC | Defamation-Libel-Per Se, Intentional Interference With Contractual Relations, Negligent Interference With Contractual Relations, Intentional Interference With Economic Advantage, And Civil Conspiracy | **Orange County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **1149 South LA Street Fashion District, LLC v. Unrivaled Brands, Inc** 23STCV01994 | Breach Of Written Contract, Breach Of Written Guaranty, Breach Of Implied Covenant Of Good Faith And Fair Dealing, Waste, And Declaratory Relief | **Los Angeles County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor    **Unrivaled Brands, Inc.**                                    Case number *(if known)*  **2:24-bk-19127**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Greenlane Holdings, LLC v. Unrivaled Brands, Inc**<br>**30-2023-01306675-CU-BC-NJC** | **Breach Of Contract, Account Stated, And Unjust Enrichment** | **Los Angeles County Superior Court** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.6. | **WGS Group, Inc. v. Unrivaled Brands, Inc**<br>**30-2023-01336366-CU-BC-CJC** | **For Damages And Declaratory Relief, Breach Of Security Service Agreements, Breach Of The Implied Covenant Of Good Faith And Fair Dealing, Quantum Meruit, Violations Of Business And Professional Code Sections 17200 Et Seq., Declaratory Relief Regarding Successor-In-Interest Liability, And Declaratory Relief Regarding Ultra Vires Actions Imposing Personal Liability On Chief Financial Officer** | **Orange County Superior Court - Central** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Dominion Capital LLC and M2B Funding Corp. v. Unrivaled Brands, Inc** | **Claims For Breach Of Written Contract** | **Supreme Court of State of New York** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **No Smoking Allowed Except Turn, LLC v. People's Riverside, LLC and Unrivaled Brands, Inc**<br>**CVRI2303731** | **Breach Of Contract And Negligence** | **Riverside County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Glaser Weil Howard Jordan & Shapiro LLP v. Unrivaled Brands, Inc**<br>**30-2024-01373418-CU-BC-CJC** | **Breach Of Contract** | **Orange County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Fusion LLF, LLC v. Unrivaled Brands, Inc**<br>**30-2022-01266856-CU-BC-CJC** | **Breach Of Contract** | **Orange County Superior Court** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Unrivaled Brands, Inc.** | Case number *(if known)* | **2:24-bk-19127** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.11. | **Creditors Adjustment Bureau, Inc. v. Silverstreak Solutions, Inc. et al.**<br>**30-2022-01282882-CU-BC-NJC** | **Breach Of Contract, Open Book Account, Account Stated, And Reasonable Value Arising From Alleged Obligations To Pay Insurance Premiums** | **Orange County Superior Court - Central** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Payne & Fears LLP vs Unrivaled Brands, Inc**<br>**30-2023-01369450-CU-CL-CJC** | **Breach Of Contract** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Okapi Partners LLC vs Unrivaled Brands, Inc.** | **Breach Of Contract** | **Supreme Court of State of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **HB Computers, Inc. v. Mark Pierce, et al**<br>**30-2023-01352790-CU-BJ-CJC** | **Breach Of Contract** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **Number 9, LLC v. Unrivaled Brands, Inc.**<br>**30-2022-01256364-CU-BC-NJC** | **Breach Of Contract** | **Orange County Superior Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.16. | **Magee v. UMBRLA, Inc. et al,**<br>**30-2020-01152223-CU-BC-CJC** | **Breach Of Contract** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Terra Tech Corp. v. National Fire & Marine Ins. Co., et al**<br>**21CV003708** | **Breach Of Contract** | **Alameda County Superior Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Unrivaled Brands, Inc. v. Bernard Steimann, et al**<br>**30-2024-01384207-CU-NP-CJC** | **Civil Theft and Conversion** | **Orange County Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Unrivaled Brands, Inc.**    Case number *(if known)*    **2:24-bk-19127**

---

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene, Neale, Bender, Yoo & Golubchik L.L.P.**<br>**2818 La Cienega Ave.**<br>**Los Angeles, CA 90034** | | **11/6/2024** | **$50,000.00** |
| | Email or website address<br>**lnbyg.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

Debtor    **Unrivaled Brands, Inc.**                                    Case number *(if known)*  **2:24-bk-19127**

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Wehui Deng** | **IVXX Gardens I, Inc. (a subsidiary of Unrivaled Brands, Inc.)**<br>**\*Value is based on transferree assuming debt of subsidiary. $1,400,000 was deposited into affiliate Blum San Leandro's bank account and then remitted to CDTFA to pay excise tax balance of affilliates Black Oak Gallery, Blum San Leandro, and People's First Choice, LLC.** | **1/26/2024** | **$1,400,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2. | **Buchanan Group, LLC** | **Umbrla, Inc.  (subsidiary of Unrivaled Brands, Inc.)**<br><br>**\*Value is based on transferree assuming debt of subsidiary.** | **12/18/2022** | **$250,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.3. | **Haven Nectar, LLC** | **People's First Choice, LLC (subsidiary of Unrivaled Brands, Inc.)**<br>**\*Value is based on transferree assuming debt of subsidiary. People's California received $8,000,000 in cash and $1,000,000 note. Buyer assumed debt of subsidiary.** | **6/10/2024** | **$24,840,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.4. | **JTSD, LLC** | **3242 Enterprises, Inc. (a subsidiary of Unrivaled Brands, Inc.)**<br>**\*Value is based on transferree assuming debt of subsidiary. $337,277,01 was immediately transferred to the City of Santa Ana in cash and the remaining balance transferred to affilliate payroll account Blum Mgmt Holdings.** | **4/11/2024** | **$595,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.5. | **VLPS, LLC** | **Blum San Leandro (subsidiary of Unrivaled Brands, Inc.)**<br>**\*Value is based on transferree assuming debt of subsidiary.** | **11/5/2024** | **$1,124,305.00** |
| | **Relationship to debtor**<br>**None** | | | |

| Debtor | Unrivaled Brands, Inc. | | Case number (if known) | 2:24-bk-19127 |
|---|---|---|---|---|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.6. | **VLPS, LLC** | Black Oak Gallery (a subsidiary of<br>Unrivaled Brands, Inc.)<br>*Value is based on transferree assuming<br>debt of subsidiary. | **11/5/2024** | **$2,055,420.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.7. | **Joe Gerlach** | Psychonaut Oregon, LLC (subsidiary of<br>Unrivaled Brands, Inc.)<br>*Value is based on transferree assuming<br>debt of subsidiary. | **12/28/2022** | **$1.00** |
| | Relationship to debtor<br>**50% Owner of Psychonaut<br>Oregon LLC** | | | |
| 13.8. | **People's California** | 8,000,000 transferred to People's<br>California after transfer of affilliate<br>People's First Choice, LLC to Haven<br>Nectar, LLC on 6/10/2024 | | **$24,000,000.00** |
| | Relationship to debtor<br>**None** | | | |

---

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **3242 S Halladay Street<br>Suite 202<br>Santa Ana, CA 92705** | **7/1/2021 - 7/1/2022** |

---

**Part 8:**    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

| Debtor | **Unrivaled Brands, Inc.** | | Case number *(if known)* | **2:24-bk-19127** |

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bridge Bank** | **XXXX-7673** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 1, 2024** | **$0.00** |
| 18.2. | **East West Bank** | **XXXX-6648** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 11, 2024** | **$342.01** |
| 18.3. | **Fresno First Bank** | **XXXX-1854** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **March 1, 2024** | **$20.06** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

| Debtor | **Unrivaled Brands, Inc.** | Case number (if known) | **2:24-bk-19127** |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

<br>

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **See SOFA 25 Attachment** | | **EIN:**<br><br>**From-To** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

EXHIBIT 8    Page 50 of 59

Attachment 25

| Name and Address | Created | EIN | SOS Status | Description | Sold, dissolved, terminated | Date |
|---|---|---|---|---|---|---|
| 10 Spot Riverside, LLC | 04/08/19 | 83-4385633 | Terminated | Riverside Retail | | 01/31/22 |
| 1085 Reno, LLC | | 81-1562026 | NA | Entity Created for Bank Account | Active no activity/ no assets | |
| 121 North Fourth Street, LLC | 10/31/17 | 82-3523802 | Dissolved NV | | Dissolved? | 06/09/23 |
| 1815 Carnegie LLC | | | FTB Suspended | | Sold | 07/30/20 |
| 2705 PC, LLC | | | | | Suspended | 08/06/24 |
| 3242 Enterprises, Inc (The Spot) | 02/04/15 | 47-3880708 | Active | Spot Store | Sold | 04/11/24 |
| 3242 Holdings, LLC | 06/07/23 | n/a | NA | Santa Ana Halladay St Retail | Active no activity/ no assets | |
| 3407 Enterprises LLC | 07/27/20 | 85-2789336 | Dissolved 10/17/22 | Santa Rosa Distribution | Terminated | 10/21/22 |
| 620 Dyer LLC | 10/31/17 | 82-3540126 | Dissolved | Formerly Real Estate Holding 620 E Dyer Santa | Terminated | 06/09/23 |
| 9701 Enterprises, Inc. | 01/12/18 | 82-4044128 | Dissolved (Pending) | MSA canceled Los Angeles Distribution - NOT | Terminated | 07/31/23 |
| Black Oak Gallery | 09/28/11 | 45-3552138 | Active | Blum Oakland Store | Sold | 11/05/24 |
| Blue Ribbon Holding Co | 02/13/17 | 81-5336195 | Dissolved OR | Dormant - former IP Holding entity for LTRMN, | Dissolved? | 04/11/24 |
| Blum Events, Inc (fka Blum | 11/13/17 | 82-3515387 | FTB Suspended | Dormant | Suspended | |
| Blum S.A., Inc | 09/18/18 | | FTB Suspended | | Suspended | |
| Blum Leandro | 10/14/16 | | Active | Blum San Leandro Store | Active | |
| Blum San Leandro Community | 01/12/15 | 36-4850879 | FTB Suspended | | Suspended | |
| Blum Santa Barbara Corp | 06/24/19 | | FTB Suspended | Dormant | Suspended | |
| Blum WEHO Corp | 05/30/18 | | FTB Suspended | Dormant | Suspended | |
| BRND House, Inc | 04/08/19 | 83-4303259 | FTB Forfeited | IP Holding Entity | Forfeited | |
| CBD Inside, LLC | 08/28/19 | | Dissolved DE | | Dissolved? | prior to 2022 |
| Forever Terra | | 82-2449032 | Dissolved? | Entity Created for Bank Account | Dissolved? | 03/21/19 |
| Halladay Holding LLC | 01/14/15 | 47-3410766 | Active | Commercial real estate in Santa Ana | Active | 01/26/24 |
| IVXX Gardens I Inc | 11/13/17 | 82-3515243 | Active | Hegenberger Cultivation | Sold | 11/05/24 |
| IVXX Gardens, Inc | 11/13/17 | 82-3515550 | FTB Suspended | Blum Oakland Cultivation | Suspended | |
| IVXX San Leandro, Inc | 12/19/17 | 82-3544368 | FTB Suspended | Not in use | Suspended | |
| IVXX, Inc | 08/20/15 | 32-0493217 | FTB Suspended | Not in use | Suspended | |
| IVXX, LLC | 01/07/15 | 47-2023793 | SOS/FTB FORFEITED | Not in use | | |
| LTCA Management LLC | 09/04/19 | 84-3037079 | Dissolved 10/17/22 | | Terminated | 10/21/22 |
| LTRMN CA | 08/01/19 | 84-2726427 | Dissolved 10/17/22 | | Terminated | 04/23/24 |
| MediFarm I LLC | | 84-1382306 | | | Sold | 08/19/19 |
| MediFarm I Real Estate LLC | | 30-0888050 | | | Revoked | 09/30/21 |
| MediFarm II | | 47-1489777 | | | Sold | 11/17/21 |
| MediFarm II | | 37-1753801 | | | Sold | 04/15/20 |
| Medifarm So Cal Inc | 08/17/17 | 82-2573860 | Active | | Active no activity/ no assets | |
| Midgrun Eats | | 81-1569060 | Dissolved? | Entity Created for Bank Account | Dissolved? | 02/26/20 |
| Oaktown Eats Inc | 01/28/17 | 82-0516146 | FTB Suspended | Entity Created for Bank Account | Suspended | 03/18/21 |
| OneDoor Technologies, Inc | | 32-0483217 | Dissolved? | | Dissolved? | 11/01/22 |
| People's Costa Mesa, LLC | 07/02/18 | 83-1185060 | Active | Retail | Active no activity/ no assets | |
| People's First Choice, LLC | 11/13/17 | 82-3408401 | Active | Blum Santa Ana store | Sold | 06/10/24 |
| PT-Kor, Inc. | 02/08/13 | 46-2572430 | FTB Suspended | | Suspended | |
| Sament Capital Investments Inc | 08/29/17 | 82-2645521 | Active | Brokerage account for EG stock | Active | |
| Silverstreak Solutions, Inc. | 08/31/16 | 81-4016355 | Terminated | Sacramento Non-storefront Retail. Halted operations as of 6/10/2022 | Terminated | 10/21/22 |
| Six Points Management Group, Inc. | 05/31/16 | 81-2880958 | Terminated | | Terminated | 07/09/20 |
| So Cal Eats Inc | 08/17/17 | 82-2573672 | FTB Suspended | Entity Created for Bank Account | Suspended | |
| SPT Holdings, Inc. | 11/18/19 | | FTB Forfeited | Holding Company for Potential Retail (UMBRLA Entity) | Forfeited | |
| SPT LLC | 03/02/20 | 92-1793929 | Active | | Active no activity/ no assets | |
| Staywell Laboratories, Inc | 04/30/19 | | NA | CBD company oneqor | Active no activity/ no assets | |
| TT Santa Ana, Corp | 02/01/18 | 83-2775312 | Active | Not in use - formerly associated with old RSP app | Active no activity/ no assets | |
| UMBRLA, Inc. | 03/06/19 | 83-3843486 | Terminated | Holding Company | Terminated | 04/23/24 |
| Western Eats LLC | 04/29/16 | 81-2449082 | Revoked | Entity Created for Bank Account | Revoked | 04/30/20 |
| Wonton Wheels | 11/13/17 | 83-3390556 | Dissolved | Entity Created for Bank Account | Dissolved? | 02/11/19 |

EXHIBIT 8

Debtor    **Unrivaled Brands, Inc.**                                Case number *(if known)*    **2:24-bk-19127**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Adnant, LLC**<br>**11516 Downey Ave**<br>**Downey, CA 90241** | **August 2022**<br>**toPresent** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Guzman Gray**<br>**Pacific Arts Plaza, 3200 Bristol St**<br>**Costa Mesa, CA 92626** | **April 2024 - Present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Marcup LLP**<br>**600 Anton Boulevard, Suite 1600**<br>**Costa Mesa, CA 92626** | **January 2021 - April 2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Adnant, LLC**<br>**11516 Downey Ave**<br>**Downey, CA 90241** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Securities & Exchange Commission**<br>**LA Regional**<br>**444 S. Flower St., Ste 900**<br>**Los Angeles, CA 90071** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sabas Carrillo** | **11516 Downey Ave,**<br>**Downey, CA 90241** | **CEO** | **0** |

Debtor    **Unrivaled Brands, Inc.**                                    Case number *(if known)*    **2:24-bk-19127**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Patty Chan** | **11516 Downey Ave, Downey, CA 90241** | **CFO** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Robert Baca** | **11516 Downey Ave, Downey, CA 90241** | **Secretary** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **James Miller** | **11516 Downey Ave, Downey, CA 90241** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Matt Barron** | **11516 Downey Ave, Downey, CA 90241** | **Director** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Blum Holdings, Inc.** | **11516 Downey Ave. Downey, CA 90241** | **Sold shareholder** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **James Miller** **11516 Downey Ave, Downey, CA 90241** | **6,149** | **11/10/23** | **Regular Bi Weekly Salary** |
| | **Relationship to debtor** **Director and COO** | | | |
| 30.2. | **James Miller** **11516 Downey Ave, Downey, CA 90241** | **6,149** | **11/24/23** | **Regular Bi Weekly Salary** |
| | **Relationship to debtor** **Director and COO** | | | |

Debtor    **Unrivaled Brands, Inc.**                                                    Case number *(if known)*    **2:24-bk-19127**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | **James Miller**<br>**11516 Downey Ave,**<br>**Downey, CA 90241** | **6,137.00** | **12/8/2023** | **Regular biweekly salary** |
| | **Relationship to debtor**<br>**Director and COO** | | | |
| 30.4. | **James Miller**<br>**11516 Downey Ave,**<br>**Downey, CA 90241** | **6,137** | **12/8/23** | **Regular Biweekly salary** |
| | **Relationship to debtor**<br>**Director and COO** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Unrivaled Brands, Inc.** | **EIN:   26-3062661** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 20, 2024**

_____          **Sabas Carrillo**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## ACTION BY UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF UNRIVALED BRANDS, INC.,
### A NEVADA CORPORATION

October 31, 2024

The undersigned, being all the members of the Board of Directors (the "Board") of Unrivaled Brands, Inc., a Nevada corporation (the "Company"), hereby adopt the following recitals and resolutions by written consent hereto, effective as of October 31, 2024:

### Resolution Authorizing Chapter 11 Bankruptcy Filing By Unrivaled Brands, Inc.

WHEREAS, the Board has deemed it in its best interest of the Company to file a petition under the provisions of Chapter 11 of the bankruptcy code;

NOW, THEREFORE, BE IT RESOLVED, that a Petition under the provisions of Chapter 11 of Title 11 of the United States Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California on November 4, 2024, or the first possible date thereafter as determined by the Designated Officer (as defined below) upon the advice of counsel;

BE IT FURTHER RESOLVED, that the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG") shall be retained as lead bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy case for the Company and representing the Company in its Chapter 11 bankruptcy case. The Designated Officer is hereby authorized and directed to execute an application for the Company to employ LNBYG as lead bankruptcy counsel to the Company in connection with the Company's Chapter 11 bankruptcy case;

BE IT FURTHER RESOLVED, that Sabas Carrillo, or his designee ("Carrillo"), shall serve as the Designated Officer for the Company during the pendency of its Chapter 11 bankruptcy case;

BE IT FURTHER RESOLVED, that as the Designated Officer, Carrillo is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence its Chapter 11 bankruptcy case;

BE IT FURTHER RESOLVED, that as the Designated Officer, Carrillo is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case that Carrillo deems appropriate for the Company;

EXHIBIT 8                                           Page 55 of 59

BE IT FURTHER RESOLVED, that this resolution shall be effective immediately upon its adoption, shall be recorded in the minute book of the Company, and shall constitute a part of the permanent records of the Company.

The undersigned agree that the actions taken by this Written Consent shall have the same force and effect as though taken as a meeting duly noticed and held. The undersigned further agree that a copy of this Written Consent shall be filed with the corporate records of the Company and made a part thereof.

This Written Consent may be executed in counterparts with the same effect as if all parties hereto had executed the same document.

*[Remainder of this page intentionally left blank; signature page follows]*

EXHIBIT 8                                        Page 56 of 59

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, have executed this Written Consent as of the date first written above.

_____
Sabas Carrillo

_____
Matt Barron

_____
James Miller

EXHIBIT 8                                      Page 57 of 59

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re  **Unrivaled Brands, Inc.**                                    Case No.   **2:24-bk-19127**
                                                  Debtor(s)          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................  $          **50,000.00**

    Prior to the filing of this statement I have received ........................  $          **50,000.00**

    Balance Due ....................................................................................  $                **0.00**

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy
        Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to
        certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors;
        representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the
        Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of
        witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the
        extent that any such adversary proceeding is in an area outside of LNBYG's expertise or which is beyond
        LNBYG's staffing capabilities;  preparing and assisting the Debtor in the preparation of reports, applications,
        pleadings and orders including, but not limited to, applications to employ professionals, interim statements and
        operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash
        collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of
        property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor
        in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy
        Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing
        any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the
        Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the
        preparation and approval of a disclosure statement in respect of the plan; and performing any other services
        which may be appropriate in LNBYG's representation of the Debtor during its bankruptcy case.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Matters which are outside of LNBYG's specialization**

EXHIBIT 8                                                    Page 58 of 59

In re   **Unrivaled Brands, Inc.**                                    Case No.   **2:24-bk-19127**
_____
Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 20, 2024**
_____
*Date*

/s/ John Patrick M. Fritz
_____
**John Patrick M. Fritz 245240 State of California**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Golubchik L.L.P.**
**2818 La Cienega Ave.**
**Los Angeles, CA 90034**
**(310) 229-1234**
**jpf@lnbyg.com**
_____
*Name of law firm*

EXHIBIT 8                                    Page 59 of 59

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 17701 Cowan, Suite 210, Building D, Irvine, CA 92614

A true and correct copy of the foregoing document entitled (*specify*): **PEOPLE'S CALIFORNIA, LLC'S NOTICE OF MOTION AND MOTION FOR ENTRY OF AN ORDER DISMISSING DEBTOR'S CHAPTER 11 BANKRUPTCY CASE; DECLARATIONS OF BERNARD STEINMANN AND ROBERT P. GOE IN SUPPORT THEREOF; REQUEST FOR JUDICIAL NOTICE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On January 7, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com**
- **Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com**
- **John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com**
- **Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com**
- **Anna Landa    alanda@kjfesq.com**
- **Andrew Servais    aservais@klineinstlaw.com**
- **David Samuel Shevitz    David.S.Shevitz@usdoj.gov**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**
- **Daniel Wall    dwall@wallinrussell.com**
- **Pamela Kohlman Webster    pwebster@buchalter.com, smartin@buchalter.com**

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 7, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

⊠ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) January 7, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- The Hon. Sheri Bluebond, USBC, 255 East Temple Street, Suite 1534, Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 7, 2025 | Susan C. Stein | /s/Susan C. Stein |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

GOE FORSYTHE &
HODGES LLP
17701 Cowan, Suite 210
Irvine, CA 92614

- 16 -

**In re Unrivaled Brands, Inc.**
**U.S.B.C. Case No. 2:24-19127-BB**

**Debtor**
Unrivaled Brands, Inc.
11516 Downey Ave
Downey, CA 90241-4937

**U. S. Trustee – Riverside**
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Debtor's Counsel
John-Patrick M. Fritz
Robert Carrasco
Levene, Neale, Bender et al.
2818 La Cienega Ave
Los Angeles, CA 90034-2618

# CREDITORS

1149 South LA Street Fashion District
3435 Wilshire Blvd, Ste 2820
Los Angeles, CA 90010-2014

1848 Newport WAM TIC, LLC
17752 Fitch
Irvine, CA 92614-6033

414 Lesser Street, LLC
c/o Avison Young
4660 La Jolla Village Dr, Ste 660
San Diego, CA 92122

ACCO Engineered Systems, Inc
PO Box 847360
Los Angeles, CA 90084-7360

ADP Screening & Selection Services, Inc
PO Box 645177
Cincinnati, OH 45264-5177

ADT
PO Box 371878
Pittsburgh, PA 15250-7878

AEI Consultants
2500 Camino Diablo
Walnut Creek, CA 94597-3998

AMEX TRS, Co., Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

AP Triton Consulting
1851 Heritage Ln, Ste 138
Sacramento, CA 95815-4996

Adnant, LLC
11516 Downey Ave
Downey, CA 90241-4937

Affordable Security Shutters
2213 Silver Fox Circle
Fairfield, CA 94534-1014

Alameda County
1221 Oak St, RM 131
Oakland, CA 94612-4223

Alameda County Environmental Health
PO Box N
Alameda, CA 94501-0108

Amaren Group
260 Newport Center Dr
Newport Beach, CA 92660-7520

Archer Public Affairs
PO Box 280
Trenton, NJ 08602-0280

Architectural Dimensions
801 Ygnacio Valley Rd, Ste 230
Walnut Creek, CA 94596-3833

Arthur Chan
1055 Clay Street
San Francisco, CA 94108-1509

Arturo Manuel Sanchez
224 Riverbrook Way
Sacramento, CA 95831-1959

Assets Empire LLC
6763 W Charleston Blvd
Las Vegas, NV 89146-1049

Auroral Group LLC
2618 San Miguel Dr, #480
Newport Beach, CA 92660-5437

B&B Mechanical Services Inc
1040 Serpentine Lane, #202
Pleasanton, CA 94566-4754

Baker and Hostetler
PO Box 70189
Cleveland, OH 44190-0189

Bay Air Systems Inc
1300 Galaxy Ave, Suite 9
Concord, CA 94520-4922

Bay Alarm Company
PO Box 51041
Los Angeles, CA 90051-5341

Biotherm Hydronic, Inc
476 Primero Ct
Cotati, CA 94531-3014

Birddog HR
4453 NW Urbandale Dr
Des Moines, IA 50322-7920

Brent N. Robbins CPA
5015 Birch St
Newport Beach, CA 92660-2162

Broadridge Financial Solutions
1155 Long Island Avenue
Edgewood, NY 11717-8309

Broadridge ICS
PO Box 416423
Boston, MA 02241-6423

Buchalter
1000 Wilshire Blvd, #1500
Los Angeles, CA 90017-1730

Buchalter APC
Attn Pamela Webster
1000 Wilshire Blvd, Ste 1500
Los Angeles, CA 90017-1730

Burns & Levinson LLP
Attn Finance Dept
125 High Street
Boston, MA 02110-2704

C&H Capital Inc
2020 Stone Meadow Way
Cumming, GA 30041-7897

County of Orange
Attn: Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349

CT Lien Solutions
PO Box 301133
Dallas, TX 75303-1133

CV Resources
8583 Irvine Center Dr #405
Irvine, CA 92618-4298

California Dept of Financial Protection
and Innovation
2101 Arena Blvd
Sacramento, CA 95834-2308

Capitol Services
206 E 9th St, Ste 1300
Auston, TX 78701-4411

City of Irvine
Business License Division
1 Civic Center Plaza
Irvine, CA 92606

Clark Hill PLC
500 Woodward Ave, Ste 3500
Detroit, MI 48226-3485

Claudia Linn Stone
Nemecek & Cole, APC
16255 Ventura Blvd, Ste 300
Encino, CA 91436-2300

Clean Mist Disinfecting
245 N Pageant St
Anaheim, CA 92807-2802

Colorado Nine LLC
515 East 72nd St, 25F
New York NY 10021-4072

Connell Foley LLP
56 Livingston Ave
Roseland, NJ 07068-1733

Corman & Swartz
PO Box 10604
Newport Beach, CA 92658-5002

County of Alameda, Wts & Measures
224 W Winton Avenue
Hayward, CA 94544-1213

County Orange Treasurer Tax
Collector
PO Box 4515
Santa Ana, CA 92702-4515

Crawford Integrated Technologies
3307 Pinole Valley Rd
Pinole, CA 94564-1526

CrossPlans
23041 Ave de la Carlotta #300
Laguna Hills, CA 92653-1572

Crowe LLP
PO Box 51660
Los Angeles, CA 90051-5960

Culhane Meadows Haughian & Walsh
PO Box 49716
Atlanta, GA 30359-2716

Cybba Inc
580 Harrison Ave, Ste 401
Boston, MA 02118-2639

DLA Piper LLP
666 Burrard St, Ste 2800
Vancouver, B.C. Canada V6C 2Z7

DLC
20750 Ventura Blvd, Ste 300
Woodland Hills, CA 91364-6236

Dallas Imbimbo
17595 Harvard Ave, #C552
Irvine, CA 92614-8516

Delaware Secretary of State
Division of Corporations
Binghamton, NY 13902-5509

Dominion Capital, LLC
256 West 38th St, 15th FL
New York NY 10018-9844

Douglas Wilson Companies
1620 Fifth Ave, Ste 400
San Diego, CA 92101-2738

Duane Morris LLP
30 South 17th St
Philadelphia, PA 19103-4196

E&E Electronic Engineering Research Inc
12346 Valley Blvd, Unit E
El Monte, CA 91732-3683

ENTRC Inc dba Canix
2261 Market Street, Ste 5049
San Francisco, CA 94114-1612

Elevated Equipment Supply
2651 E 45th St
Vernon, CA 90058-2201

Elite Security Group Inc
640 Bailey Rd, #124
Pittsburg, CA 94565-4306

Empyreal Enterprises LLC
2000 Oxford Dr, Ste 440
Bethel Park, PA 15102-1841

Engin8 LLC
4701 Victoria Beach Way
Las Vegas, NV 8913-5368

Envirocheck
2211 West Orangewood Ave
Orange, CA 92868-1905

Equisolve
3500 SW Corporate Pkwy, Ste 206
Palm City, FL 34990-8185

Eric Baum
210 N Church St, Unit 2914
Charlotte, NC 28202-2387

FFG Valuations
535 Anton Blvd, Ste 1050
Costa Mesa, CA 92626-7699

Fidelity Mortgage Lenders, Inc
11952 Wilshire Blvd
Los Angeles, CA 90025-6623

Face and Body Inc
1900 Midway Lane
Smyrna, TN 37167-5872

Fairway Medical Plaza, LLC
1911 Fairway Dr
San Leandro, CA 94577-5632

FinancialForce, Inc
595 Market St, Suite 2700
San Francisco, CA 94105-2840

Fire & Security Co
1152 Beach Street
Oakland, CA 94608

Ford Credit
PO Box 552679
Detroit, MI 48225-2679

Fox Rothschild LLP
33 Arch Street, Ste 3110
Boston, MA 02110-1438

Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0531

Fusion LLF, LLC
80 Broad St
New York NY 10004-2209

Gateway Acceptance Co
PO Box 4053
Concord, CA 94524-4053

Glasser Weil Fink Howard Johnson et al
10250 Constellation Blvd, 19th FL
Los Angeles, CA 90067-6219

Gordineer LLC
3242 S Halladay St
Santa Ana, CA 92705-5648

Green Engineers
1031 Marengo Dr
Glendale, CA 91206-4815

H2S Engineers Inc
1124 N Boatswain Circle
Anaheim, CA 92801-1752

Halladay Holding, LLC
11516 Downey Ave
Downey, CA 90241-4937

Hay & Associates
15455 San Fernando Mission Blvd #202
Mission Hills, CA 91345-1386

Henry C Levy
1221 Oak Street, Rom 131
Oakland, CA 94612-4285

Henry G. Wykowski, Esq
Wykowski & Wood, LLP
235 Montgomery St, Ste 657
San Francisco, CA 94104-2916

InCorp Services Inc
3773 Howard Hughes Pkwy, Ste 500S
Las Vegas, NV 89169-6014

Inova Employee Assistance
3949 Pender Dr, Ste 310
Fairfax, VA 22030-6088

Intelligent Discovery Solutions, Inc
3000 K Street NW, Ste 330
Washington, DC 20007-5154

Janus Capital Law Group
Attn: Deron Colby
22 Executive Park, Ste 250
Irvine, CA 92614-2707

Joe Gerlach
895 Airport Drive
Cave Junction, OR 97523-9359

Jolie Kahn
12 E 49th St, 11th FL
New Yok, NY 10017-1012

KCSA Strategic Communications, Inc
420 Fifth Ave, 3rd FL
New York, NY 10018-2713

Kling Consulting Group
18008 Sky Park Circle, Ste 250
Irvine, CA 92614-6475

Knobbe, Martens, Olsen & Bear
2040 Main St, 14th FL
Irvine, CA 92614-8214

Ladd Partners
PO Box 8593
San Jose, CA 95155-8593

Leafly Holdings, Inc.
PO Box 92116
Las Vegas, NV 89193-2116

Locam LLC
8108 California City Blvd
California City, CA 93505-2662

MARCA Strategic
3891 Vrain St
Denver, CO 80212-2202

MX2 Global Protection, Inc
27472 Portola Pkwy, Ste 205-314
Foothill Ranch, CA 92610-2853

Manatt, Phelps & Phillips, LLP
2049 Century Park East
Los Angeles, CA 90067-3101

Marcum, LLP
600 Anton Blvd, Ste 1600
Costa Mesa, CA 92626-7652

Marcus & Millichap Real
c/o Stream Realty Partners
3161 Michelson Dr, Ste 100
Irvine, CA 92612-4402

Master Bango
5355 Skylane Blvd
Santa Rosa, CA 95403-9077

Mayer Brown LLP
311 W Monroe St, STE 600
Chicago, IL 60606-4660

Miller Nash
111 SW 5th Avenue, Suite 3400
Portland, OR 97204-3614

Mobile Notary Public
211 N Sycamore St
Santa Ana, CA 92701-4805

Monzo HVAC Consulting
1495 Driftwood Circle
Fairfield, CA 94534-3909

More Consulting
96 West 2nd St
Morgan Hill, CA 95037-4504

New Age Compassion Care Center Inc
350 W Martine Luther King Jr Blvd
Los Angeles, CA 90037-4529

New York State Insurance Fund
199 Church St
New York, NY 1007-1183

Nison Consulting LLC
444 Baist Dr
Sayreville, NJ 08872-2232

No Smoking Allowed Except Turn, LLC
125 W La Cadena Dr
Riverside, CA 92501-1137

Nossman
777 South Figueroa St, 34th FL
Los Angeles, CA 90017-5834

OTC Markets Group, Inc
304 Hudson St, 2nd FL
New York, NY 10013-1026

Okamoto Structural Engineering
3186 Airway Ave, Suite F
Costa Mesa, CA 92626-4650

Omni Real Estate IX LLC
1212 S Flower St
Los Angeles, CA 90015-2178

Orange County Heritage Council
1754 W Willits St
Santa Ana, CA 92703-4441

Oxford & Bond LLC
9249 S Broadway
Highlands Ranch, CO 80129-5690

PAS, Inc
10804 Bigge Street
San Leandro, CA 94577-1100

PCAOB
1666 K St NW, Ste 300
Washington, DC 20006-1248

Pacific Plumbing Systems, Inc
2120 Adams Avenue
San Leandro, CA 94577-1010

Paradise Village Associates NF LLC
2000 McKinney Ave
Dallas, TX 75201-1954

Paycom Payroll LLC
Attn Legal Dept
7501 W Memorial Rd
Oklahoma City, OK 73142-1404

Payne & Fears
4 Park Plaza, Ste 1100
Irvine, CA 92614-8550

People's California, LLC
3843 S Bristol St, #614
Santa Ana, CA 92704-7426

People's Guru
101 S Hoover Blvd
Tampa, FL 33609-5400

People's Properties Riverside, LLC
125 E La Cadena Dr
Riverside, CA 92501

Pliris Design Studio
9270 Onesto Ave
Las Vegas, NV 89148-2686

Precision Advocacy Group LLC
915 L Street, Ste C-445
Sacramento, CA 95814-3700

Precision Air & Refrigeration LLC
1901 Golden Delicious Ct
Bakersfield, CA 93312-2677

Price Caspino LLP
Attn: Michael W Caspino
30442 Esperanza
Rancho Santa Marg, CA 92688-2144

Print Zone Plus
432 W Broadway
Glendale, CA 95814-3700

Pro-Tech Electric
PO Box 986
Corona, CA 92878-0986

Proactive Investors LLC
767 3rd Avenue
New York, NY 10017-9022

Progressive
300 North Commons Blvd
Mayfield Village, OH 44143-1589

Reach Headwear
2848 Leonis Blvd
Vernon, CA 90058-2910

Reno Print Store
280 Greg St, #5
Reno, NV 89502-2272

Revenue River LLC
2801 Youngfield St
Golden, CO 80401-2236

SK Builders
300 Frank H Ogawa Plaza #386
Oakland, CA 94612-2037

SSBC Owners Association
8600 Technology Way, #170
Reno, NV 89521-5941

Sectran Security Inc
PO Box 227267
Los Angeles, CA 90022-0967

Shawn Lambert HVAC Inc
PO Box 1866
Huntington Beach, CA 92647-1866

Shout Public Relations, Inc
1032 W 18th St, Suite A-4
Costa Mesa, CA 92627-4553

Shred-It
28883 Network Place
Chicago, IL 60673-1288

Silver State Elevator Co
PO Box 5309
Reno, NV 89513-5309

Silver Streak Matthew Guild
4264 Powerline Rd
Olivehurst, CA 95961-4734

Silver Streak Sterling Harlan
7273 Kara Drive
Sacramento, CA 95828-3533

Sklar Williams PLLC
410 South Rampart Blvd, Ste 350
Las Vegas, NV 89145-5730

Slater Builders Inc
3100-B Pullman St
Costa Mesa, CA 92626-4500

Sonitrol Orange County
1334 Blue Oaks Blvd
Roseville, CA 95678-7014

Sparkletts
PO Box 660579
Dallas, TX 75266-0579

Spectrum Business
PO Box 60074
St Louis, MO 63160-0074

Spektor Security Solutions
430 South Empire St
Anaheim, CA 92804-2431

Springbig Inc
621 NW 53rd St, Ste 260
Boca Raton, FL 33487-8281

Stanley Convergent Security Solutions Inc
Dept CH 10651
Palatine, IL 60055-0001

State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812-1888

State of New Jersey
PO Box 929
Trenton, NJ 08646-0929

Steptoe & Johnson LLP
1330 Connecticut Ave, NW
Washington, DC 20036-1795

Sterling Consulting Solution LLC
6853 Copper Glen Circle
Roseville, CA 95678-3449

Strategies 360
1505 Westlake Ave N, Ste 1000
Seattle, WA 98109-6211

Suburban Propane LP
Attn: Credit & Collections
240 Route 10 West
Whippany, NJ 07981-2105

Sullivan & Worcester LLP
PO Box 842482
New York, NY 10019

Surfside Solutions Inc
64 Wooster St, FL 2
New York, NY 10012-4387

Target Corporation
1000 Nicollet Mail
Minneapolis, MN 55403-2542

Taz Plumbing
407 Whitney St
San Leandro, CA 94577-1111

Teamviewer
5741 Rio Vista Dr
Largo, FL 33760-3137

Terminix Pest Control
PO Box 742592
Cincinnati, OH 45274-2592

The Cult Creatives, LLC
2801 E Spring St, #275
Long Beach, CA 90806-2403

The Production Truck Inc
1120 Chestnut St
Burbank, CA 91506-1625

The Toll Roads
PO Box 57011
Irvine, CA 92619-7011

Thomas Love
385 S Lemon Ave, #234
Walnut, CA 91789-2727

Thompson Hine
335 Madison Ave, 12th FL
New York, NY 10017-4666

Todi Tech
9265 Research Dr
Irvine, CA 92618-4286

Toshiba Business Solutions, USAA
File 57202
Los Angeles, CA 90074-7202

Toshiba Financial Services
PO Box 790448
St Louis, MO 63179-0448

Towns & County Event Rentals, Inc
7725 Airport Business Park Way
Van Nuys, CA 91406-1723

Uline
12575 Uline Dr
Pleasant Prairie, WI 53158-3686

UniFirst Corp
14266 Catalina St
San Lenadro, CA 94577-5512

United Lock and Security Inc
3401 Sirius Ave, Suite 9
Las Vegas, NV 89102-8313

Valvoline Instant Oil Change
PO Box 74008513
Chicago, IL 60674-8513

Vegas Godspeed, LLC
6763 W Charleston Blvd
Las Vegas, NV 89146-1049

Verizon Wireless
PO Box 660108
Dallas, TX 75266-0108

Vicente Sederberg LLP
455 Sherman St, Ste 390
Denver, CO 80203-4404

Vyanet Security
Lock Box 912730
Pasadena, CA 91110-0001

WAMCO
17752 Fitch
Irvine, CA 92614-6033

WCC MGMT LLC
2505 Front St
W Sacramento, CA 95691-3520

WGS Group, Inc
9454 Wilshire Blvd
Beverly Hills, CA 90212-2931

Washoe County Treasurer
PO Box 30039
Reno, NV 89520-3039

We Architects Group
7545 Irvine Center Dr, Ste 200
Irvine, CA 92618-2933

Wetland Mechanical, LLC
12223 Highland Ave, #106-569
Rancho Cucamonga, CA 91739-2574

Wex Bank
1 Hancock St
Portland, ME 04101-4217

Wolf Rifkin Shapiro Schulman & Rabkin
11400 W Olympic Blvd, 9th FL
Los Angeles, CA 90064-1582

Woodruff-Sawyer & Co
PO Box 45057
San Francisco, CA 94145-9950

Workiva Inc
2900 University Blvd
Ames, IA 50010-8665

YHLA Architects
1617 Clay St
Oakland, CA 94612-1531

Zuber Lawler Del Duca LLP
350 S Grand Ave, Ste 3200
Los Angeles, CA 90071-3406