UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In Re. UNRIVALED BRANDS, INC.,
Debtor in Possession

Debtor(s)

Case No. 24-19127

Lead Case No. 24-19127

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2025    Petition Date: 11/06/2024

Months Pending: 3    Industry Classification: 1 1 2 2

Reporting Method:    Accrual Basis ●    Cash Basis ○

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ John-Patrick M. Fritz
Signature of Responsible Party

02/18/2025
Date

John-Patrick M. Fritz
Printed Name of Responsible Party

2818 La Cienega Ave., Los Angeles, CA 90034
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name: UNRIVALED BRANDS, INC., Debtor in Possession

Case No. 24-19127

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Cash balance beginning of month | $45,133 | |
| b. | Total receipts (net of transfers between accounts) | $-17,717 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $112 | $268 |
| d. | Cash balance end of month (a+b-c) | $27,304 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $112 | $268 |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---:|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d. | Total current assets | $99,552 |
| e. | Total assets | $5,849,458 |
| f. | Postpetition payables (excluding taxes) | $321,581 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $62,124 |
| i. | Postpetition taxes past due | $62,124 |
| j. | Total postpetition debt (f+h) | $383,705 |
| k. | Prepetition secured debt | $3,890,716 |
| l. | Prepetition priority debt | $239,795 |
| m. | Prepetition unsecured debt | $38,584,190 |
| n. | Total liabilities (debt) (j+k+l+m) | $43,098,406 |
| o. | Ending equity/net worth (e-n) | $-37,248,948 |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $-2,171 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $2,171 | $2,083 |

UST Form 11-MOR (12/01/2021)

Debtor's Name **UNRIVALED BRANDS, INC., Debtor in Possession**    Case No. **24-19127**

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $0 | $0 | $0 | $0 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | Lead Counsel | $0 | $0 | $0 | $0 |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

| Debtor's Name | UNRIVALED BRANDS, INC., Debtor in Possession | | | | Case No. | 24-19127 |
|---|---|---|---|---|---|---|
| | xxxvii | | | | | |
| | xxxviii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |

Debtor's Name UNRIVALED BRANDS, INC., Debtor in Possession    Case No. 24-19127

| | | |
|---|---|---|
| lxxix | | |
| lxxx | | |
| lxxxi | | |
| lxxxii | | |
| lxxxiii | | |
| lxxxiv | | |
| lxxxv | | |
| lxxxvi | | |
| lxxxvii | | |
| lxxxviii | | |
| lxxxix | | |
| xc | | |
| xci | | |
| xcii | | |
| xciii | | |
| xciv | | |
| xcv | | |
| xcvi | | |
| xcvii | | |
| xcviii | | |
| xcix | | |
| c | | |
| ci | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---|---|---|---|
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name UNRIVALED BRANDS, INC., Debtor in Possession    Case No. 24-19127

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| Debtor's Name | UNRIVALED BRANDS, INC., Debtor in Possession | | | | Case No. | 24-19127 |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

| Debtor's Name | UNRIVALED BRANDS, INC., Debtor in Possession | | | Case No. | 24-19127 |
|---|---|---|---|---|---|

| | | xcix | | | | | |
|---|---|---|---|---|---|---|---|
| | | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---:|---:|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $62,124 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ | No ⦿ |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ⦿ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ⦿ |
| d. | Are you current on postpetition tax return filings? | Yes ⦿ | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿ | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿ | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ⦿ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○ N/A ⦿ |
| i. | Do you have: Worker's compensation insurance? | Yes ○ | No ⦿ |
| | If yes, are your premiums current? | Yes ○ | No ○ N/A ⦿ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ⦿ | No ○ |
| | If yes, are your premiums current? | Yes ⦿ | No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ⦿ |
| k. | Has a disclosure statement been filed with the court? | Yes ○ | No ⦿ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿ | No ○ |

Debtor's Name UNRIVALED BRANDS, INC., Debtor in Possession         Case No. 24-19127

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ◯  No ⦿ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ◯  No ◯  N/A ⦿ |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Sabas Carrillo  
Signature of Responsible Party  
Chief Executive Office  
Title

Sabas Carrillo  
Printed Name of Responsible Party  
02/18/2025  
Date

UST Form 11-MOR (12/01/2021)        9

Debtor's Name  UNRIVALED BRANDS, INC., Debtor in Possession

Case No. 24-19127



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

UST Form 11-MOR (12/01/2021)         10

Debtor's Name  UNRIVALED BRANDS, INC.,
         Debtor in Possession                                             Case No. 24-19127

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  UNRIVALED BRANDS, INC., Debtor in Possession

Case No. 24-19127


PageThree


PageFour

January 2025 Monthly Operating Report
Total Asset Schedule

| | |
|---|---:|
| Cash | $ 27,304 |
| Inventory * Debtor has no inventory | |
| LNBYG Retainer | $ 72,248 |
| Current Assets | $ 99,552 |
| | |
| Halladay Building | $ 5,303,320 |
| Mystic Holdings Share (valued at 30 day VWAP as of 1/31/25) | $ 444,205 |
| Sament Capital TCFU Bank Account | $ 2,381 |
| Total Assets | $ 5,849,458 |

Unrivaled Brands, Inc
Chapter 11 Debtor in Possession
Case #24-19127
11516 Downey Ave
Downey, Ca 90241-4937

Bank Reconciliation Statement
Month Ending January 31st 2025

| | | | |
|---|---|---|---:|
| Beginning Cash Balance as per Bank Statement | 12/31/2024 | $ | 45,132.88 |
| | | | |
| Deposit | 1/13/2025 | $ | 200.00 |
| Deposit | 1/29/2025 | $ | 1,900.57 |
| Deposit | 1/30/2025 | $ | 182.50 |
| | | $ | 47,415.95 |
| | | | |
| Deduct: Maintanence fee | 1/6/2025 | $ | 25.00 |
| Deduct: Transfer to account 0741 (Halladay Holding) | 1/13/2025 | $ | 20,000.00 |
| Deduct: Service Charge | 1/22/2025 | $ | 86.72 |
| | | | |
| **Adjusted cash balance** | | **$** | **27,304.23** |
| | | | |
| Balance as per depositor's record | 12/31/2024 | $ | 45,132.88 |
| Add: | | | |
| Deposit: Fresno First Bank Cashier's Check | 1/13/2025 | $ | 200.00 |
| Deposit: California EDD Refund | 1/29/2025 | $ | 1,900.57 |
| Deposit: Fresno First Bank Cashier's Check | 1/30/2025 | $ | 182.50 |
| | | $ | 47,415.95 |
| Deduct: | | | |
| Deduct: Maintanence fee | 1/6/2025 | $ | 25.00 |
| Deduct: Transfer to account 0741 (Halladay Holding) | 1/13/2025 | $ | 20,000.00 |
| Deduct: Service Charge | 1/22/2025 | $ | 86.72 |
| | | | |
| **Adjusted cash balance** | | **$** | **27,304.23** |

**East West Bank**

9300 Flair Dr., 1St FL
El Monte, CA 91731

Direct inquiries to
888 761-3967

ACCOUNT STATEMENT
Page 1 of 1
STARTING DATE: January 01, 2025
ENDING DATE: January 31, 2025
Total days in statement period: 31
0734
( 0)

UNRIVALED BRANDS, INC.
CHAPTER 11 DEBTOR IN POSSESSION
CASE #24-19127
11516 DOWNEY AVE
DOWNEY CA 90241-4937

Receive money using Direct Deposits! Set up direct deposit and have your paycheck or other recurring payments sent to your bank account automatically. Talk to your payer or call 888.895.5650 for more details.

## Commercial Analysis Checking

| | | | | |
|---|---|---|---|---|
| Account number | 0734 | Beginning balance | | $45,132.88 |
| Low balance | $25,221.16 | Total additions | (3) | 2,283.07 |
| Average balance | $33,144.15 | Total subtractions | (3) | 20,111.72 |
| | | Ending balance | | $27,304.23 |

**CREDITS**

| Number | Date | Transaction Description | Additions |
|---|---|---|---|
| | 01-13 | Deposit Bridge | 200.00 |
| | 01-29 | Deposit | 1,900.57 |
| | 01-30 | Deposit Bridge | 182.50 |

**DEBITS**

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 01-06 | Debit Memo | FIDUCIARY MAINTENANCE | 25.00 |
| 01-13 | On In Bkg Trfn D | TO ACC 0741 | 20,000.00 |
| 01-22 | Analysis Servic | ANALYSIS ACTIVITY FOR 12-24 | 86.72 |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12-31 | 45,132.88 | 01-13 | 25,307.88 | 01-29 | 27,121.73 |
| 01-06 | 45,107.88 | 01-22 | 25,221.16 | 01-30 | 27,304.23 |

**OVERDRAFT/RETURN ITEM FEES**

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |