JOHN-PATRICK M. FRITZ (SBN 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: jpf@lnbyg.com; rmc@lnybg.com

Counsel for Chapter 11 Debtors
and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC.,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>HALLADAY HOLDING, LLC,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects UNRIVALED BRANDS, INC. only<br><br>☐ Affects HALLADAY HOLDING, LLC only | Lead Case No.: 2:24-bk-19127-BB<br>Jointly administered with Halladay Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 Cases<br><br>**Second Stipulation Between Debtors and Creditor Peoples California LLC to Extend Briefing Deadlines and Reschedule Pending Hearings in Main Bankruptcy Case and Adversary Proceedings**<br><br>Hearing:<br>Date:    March 12, 2025<br>Time:    11:30 a.m.<br>Place:   Courtroom 1539<br>              255 E. Temple St.<br>              Los Angeles, CA 90012 |

1

This second stipulation (the "Stipulation")[1] is entered into, through the undersigned counsel of record, by and between Unrivaled Brands, Inc. ("Unrivaled") and Halladay Holding, LLC ("Halladay" and, together with Unrivaled, the "Debtors"), the debtors and debtors in possession in the above-captioned jointly administered Chapter 11 bankruptcy cases (the "Cases"), on the one hand, and creditor People's California, LLC ("Peoples"), on the other hand, with respect to the following:

## RECITALS

A.  On November 6, 2024, the Debtors each filed voluntary chapter 11 bankruptcy petitions commencing these Cases, which were subsequently jointly administered by order of the Court.

B.  On December 6, 2024, the Debtors filed the "*Debtors' Notice of Motion and Motion to Abandon Shares of Mystic Holdings, Inc.*" (the "Abandonment Motion") [ECF 56], which is currently set for hearing on March 12, 2025, at 11:30 a.m. [ECF 99].

C.  On January 8, 2025, Peoples filed its opposition [ECF 93] to the Abandonment Motion, and Debtors' reply is currently due on March 5, 2025.

D.  On December 6, 2024, the Debtors filed their "*Application to Employ Buchalter, APC as Special Litigation Counsel Pursuant to 11 U.S.C. § 327(e) With Compensation Pursuant to 11 U.S.C. §§ 330 and 331, Effective as of the Petition Date*" (the "Buchalter Application") [ECF 57].

E.  On December 20, 2024, Peoples filed its objection to the Buchalter Application [ECF 72], and, on December 31, 2024, the Debtors filed their notice setting a hearing; the Buchalter Application is currently set for hearing on March 12, 2025, at 11:30 a.m. [ECF 99], with a reply deadline of March 5, 2025.

---

[1] As this global Stipulation involves dates and deadlines in the Debtors' main bankruptcy case and two adversary proceedings, a similar stipulation is being filed on each of the three dockets: (1) 2:24-bk-19127-BB; (2) 2:24-ap-01272-BB; and (3) 2:24-ap-01274-BB.

2

F. On December 16, 2024, the Debtors filed a complaint against Peoples for avoidance of transfers, recovery of transfers, disallowance of claim, and related relief, commencing adversary proceeding 2:24-ap-01272-BB (the "Avoidance Action") [ECF 67].

G. Peoples' answer or responsive pleading filing deadline on the Avoidance Action is currently March 4, 2025, the deadline for the parties to file a joint status report is currently set as March 18, 2025, and the adversary proceeding status conference is currently set for April 1, 2025, at 2:00 p.m.

H. On December 17, 2024, the Debtors filed their notice of removal of state court action between Debtors and Peoples to the bankruptcy court, and, on December 18, 2024, the removed action was assigned adversary proceeding case number 2:24-ap-01274-BB (the "Removed Action") [ECF 70 & 71].

I. On December 18, 2024, Peoples filed their statement of non-consent to entry of any final orders or judgments by the Bankruptcy Court, pursuant to Federal Rules of Bankruptcy Procedure 9027(e)(3) [ECF 2 in the Removed Action].

J. Peoples' deadline to file a motion to remand the Removed Action is currently March 4, 2025, the parties' joint status report is currently due on March 18, 2025, and the adversary proceeding status conference hearing is currently set for April 1, 2025, at 2:00 p.m.

K. On January 7, 2025, Peoples filed its motion to dismiss Unrivaled's bankruptcy Case (the "Motion to Dismiss") [ECF 92], which is currently set for hearing on March 12, 2025, at 11:30 a.m. [ECF 99], and Debtors' opposition is currently due on March 5, 2025.

L. On December 23, 2024, the Court entered an order appointing the Honorable Robert N. Kwan, United States Bankruptcy Judge as settlement judge (the "Settlement Judge") for the disputes between the Debtors and Peoples [ECF 80].

M. On December 27, 2024, the Settlement Judge entered an order setting a judicial settlement conference between the Debtors and Peoples for February 12, 2025, at 9:30 a.m. [ECF 86].

3

1    N.    On February 12, 2025, the parties attended the judicial settlement conference and reached a settlement, which is in the process of being documented and submitted to the Court for approval pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

O.    The general claims bar date is February 18, 2025. [ECF 73].

P.    The claims bar date as to People's California, LLC and its assigns, People's Properties, LLC, Brian Decker, Bernard Steimann, Jay Yadon, Melissa Yadon, and New Patriot Holdings, Inc. is currently March 20, 2025 [ECF 99].

Q.    The next status conference in the Debtors' main bankruptcy Cases is currently scheduled for March 12, 2025, at 11:30 a.m., with the Debtors' status report due on February 28, 2025. [ECF 82].

R.    The parties have met and conferred through counsel and, in light of the parties having reached a settlement, which is in the process of being documented and submitted to the Court for approval pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, hereby stipulate to extend certain deadlines and continue certain hearings as follows:

**STIPULATION**

1.    The recitals set forth in paragraphs "A" to "R" above are incorporated here as though set forth in full.

2.    The hearings on the Abandonment Motion [ECF 56], Motion to Dismiss [ECF 92], and Buchalter Application [ECF 57] shall be continued from March 12, 2025, at 11:30 a.m., to April 16, 2025, at 10:00 a.m., or such other and later date as may be convenient with the schedule of the Court, and deadlines to file oppositions, responses, and replies shall be as set forth in LBR 9013-1(f) and (g).

3.    The deadline for Peoples to file an answer or responsive pleading on the Avoidance Action is continued from March 4, 2025, to April 11, 2025.

4.    The adversary proceeding status conference on the Avoidance Action is continued from April 1, 2025, at 2:00 p.m., to May 6, 2025, at 2:00 p.m., or such other and later date as may be convenient with the schedule of the Court.

5. The deadline for the parties to file a joint status report in the Avoidance Action is continued from March 18, 2025, to April 22, 2025.

6. The adversary proceeding status conference on the Removed Action is continued from April 1, 2025, at 2:00 p.m., to May 6, 2025, at 2:00 p.m., or such other and later date as may be convenient with the schedule of the Court.

7. The deadline for the parties to file a joint status report in the Removed Action is continued from March 18, 2025, to April 22, 2025.

8. The deadline for Peoples (or any other party in the Removed Action) to file a motion to remand the Removed Action is continued from March 4, 2025, to April 11, 2025.

9. The general claims bar date is extended from March 20, 2025, to April 25, 2025, as to People's California, LLC and its assigns, People's Properties, LLC, Brian Decker, Bernard Steimann, Jay Yadon, Melissa Yadon, and New Patriot Holdings, Inc., only.

**SO STIPULATED.**

Dated: February 20, 2025

LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.

*/s/ John-Patrick M. Fritz*
John-Patrick M. Fritz
Counsel for Debtors Unrivaled Brands, Inc. and
Halladay Holding, LLC

Dated: February 20, 2025

GOE FORSYTHE & HODGES LLP

*/s/ Reem Bello*
Reem Bello
Counsel for Creditor People's California, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Second Stipulation Between Debtors and Creditor Peoples California LLC to Extend Briefing Deadlines and Reschedule Pending Hearings in Main Bankruptcy Case and Adversary Proceedings** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert Carrasco**    rmc@lnbyg.com, rmc@lnbyg.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall**    dwall@wallinrussell.com
- **Pamela Kohlman Webster**    pwebster@buchalter.com, smartin@buchalter.com

**2. SERVED BY UNITED STATES MAIL**: On **February 21, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ *Additional service on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 21, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 21, 2025 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                            **F 9013-3.1.PROOF.SERVICE**