| | |
|---|---|
| JOHN-PATRICK M. FRITZ (SBN 245240)<br>ROBERT M. CARRASCO (SBN 334642)<br>LEVENE, NEALE, BENDER,<br>YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234;<br>Facsimile: (310) 229-1244<br>Email: JPF@LNBYG.COM; RMC@LNYBG.COM<br><br>Proposed Counsel for Chapter 11 Debtors<br>and Debtors in Possession | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC.,<br><br>    Debtor and Debtor in     Possession.<br>_____<br>In re:<br><br>HALLADAY HOLDING, LLC,<br><br>    Debtor and Debtor in Possession.<br>_____<br>☒ Affects both Debtors<br>☐ Affects UNRIVALED BRANDS, INC. only<br>☐ Affects HALLADAY HOLDING, LLC only<br><br>                                        Debtor(s) | Lead Case No.: 2:24-bk-19127-BB<br><br>Jointly administered with Halladay Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 Cases<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (title of motion[1]):<br>**Second Stipulation Between Debtors and Creditor Peoples California LLC to Extend Briefing Deadlines and Reschedule Pending Hearings in Main Bankruptcy Case and Adversary Proceedings** |

PLEASE TAKE NOTE that the order titled **Order Approving Stipulation Between Debtors and Creditor Peoples California LLC to Extend Briefing Deadlines and Reschedule Pending Hearings in Main Bankruptcy Case and Adversary Proceedings** was lodged on February 21, 2025 and is attached.  This order relates to the motion which is docket number 125

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　　　Page 1　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

JOHN-PATRICK M. FRITZ (SBN 245240)
ROBERT M. CARRASCO (SBN 334642)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234;
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM; RMC@LNYBG.COM

Counsel for Chapter 11 Debtors
and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC.,<br><br>    Debtor and Debtor in Possession.<br>_____<br>In re:<br><br>HALLADAY HOLDING, LLC,<br><br>    Debtor and Debtor in Possession.<br>_____<br>☒ Affects both Debtors<br><br>☐ Affects UNRIVALED BRANDS, INC. only<br><br>☐ Affects HALLADAY HOLDING, LLC only | Lead Case No.: 2:24-bk-19127-BB<br>Jointly administered with Halladay Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 Cases<br><br>**Order Approving Stipulation Between Debtors and Creditor Peoples California LLC to Extend Briefing Deadlines and Reschedule Pending Hearings in Main Bankruptcy Case and Adversary Proceedings**<br><br>Hearing:<br>  Date:    March 12, 2025<br>  Time:   11:30 a.m.<br>  Place:  Courtroom 1539<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

1

  The Court, having read and considered the second stipulation (the "<u>Stipulation</u>")[1] entered into, through counsel of record, by and between Unrivaled Brands, Inc. ("<u>Unrivaled</u>") and Halladay Holding, LLC ("<u>Halladay</u>" and, together with Unrivaled, the "<u>Debtors</u>"), the debtors and debtors in possession in the above-captioned jointly administered Chapter 11 bankruptcy cases (the "<u>Cases</u>"), on the one hand, and creditor People's California, LLC ("<u>Peoples</u>"), on the other hand, with respect to the following, the record in the Cases, the docket in the Cases, and good cause appearing, therefor,

  **HEREBY ORDERS AS FOLLOWS:**

  1. The Stipulation is approved.

  2. The hearings on the Abandonment Motion [ECF 56], Motion to Dismiss [ECF 92], and Buchalter Application [ECF 57] shall be continued from March 12, 2025, at 11:30 a.m., to April 16, 2025, at 10:00 a.m., and deadlines to file oppositions, responses, and replies shall be as set forth in LBR 9013-1(f) and (g).

  3. The deadline for Peoples to file an answer or responsive pleading on the Avoidance Action is continued from March 4, 2025, to April 11, 2025.

  4. The adversary proceeding status conference on the Avoidance Action is continued from April 1, 2025, at 2:00 p.m., to May 6, 2025, at 2:00 p.m., or such other and later date as may be convenient with the schedule of the Court.

  5. The deadline for the parties to file a joint status report in the Avoidance Action is continued from March 18, 2025, to April 22, 2025.

  6. The adversary proceeding status conference on the Removed Action is continued from April 1, 2025, at 2:00 p.m., to May 6, 2025, at 2:00 p.m., or such other and later date as may be convenient with the schedule of the Court.

  7. The deadline for the parties to file a joint status report in the Removed Action is continued from March 18, 2025, to April 22, 2025.

---

[1] As this Order pertains to a global Stipulation involving dates and deadlines in the Debtors' main bankruptcy case and two adversary proceedings, a similar Order appears on each of the three dockets: (1) 2:24-bk-19127-BB; (2) 2:24-ap-01272-BB; and (3) 2:24-ap-01274-BB.

    8.    The deadline for Peoples (or any other party in the Removed Action) to file a motion to remand the Removed Action is continued from March 4, 2025, to April 11, 2025.

    9.    The general claims bar date is extended from March 20, 2025, to April 25, 2025, as to People's California, LLC and its assigns, People's Properties, LLC, Brian Decker, Bernard Steimann, Jay Yadon, Melissa Yadon, and New Patriot Holdings, Inc., only.

**SO ORDERED.**

# # #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Notice of Lodgment** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 21, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Reem J Bello**    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- **Robert Carrasco**    rmc@lnbyg.com, rmc@lnbyg.com
- **John-Patrick M Fritz**    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- **Robert P Goe**    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- **David Samuel Shevitz**    David.S.Shevitz@usdoj.gov
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Daniel Wall**    dwall@wallinrussell.com
- **Pamela Kohlman Webster**    pwebster@buchalter.com, smartin@buchalter.com

**2. SERVED BY UNITED STATES MAIL**: On **February 21, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ *Additional service on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 21, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 21, 2025 | J. Klassi | */s/ J. Klassi* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**