JOHN-PATRICK M. FRITZ (State Bar No. 245240)
ROBERT M. CARRASCO (State Bar No. 334642)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: JPF@LNBYG.COM; RMC@LNBYG.COM

Counsel for Chapter 11
Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>UNRIVALED BRANDS, INC.,<br><br>    Debtor and Debtor in Possession.<br><br>In re:<br><br>HALLADAY HOLDING, LLC,<br><br>    Debtor and Debtor in Possession.<br><br>☒ Affects both Debtors<br><br>☐ Affects UNRIVALED BRANDS, INC. only<br><br>☐ Affects HALLADAY HOLDING, LLC only | Lead Case No.: 2:24-bk-19127-BB<br><br>Jointly administered with Halladay Holding, LLC (2:24-bk-19128-BB)<br><br>Chapter 11 Cases<br><br>**Declaration of Sabas Carrillo in Support of Applications of Debtors' Estate Professionals for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Cases**<br><br>Hearing:<br>Date: August 6, 2025<br>Time: 2:00 p.m.<br>Place: Courtroom 1539<br>       255 East Temple Street<br>       Los Angeles, CA 90012 |

1

I, SABAS CARRILLO, hereby declare as follows:

1. I am over 18 years of age. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto.

2. I am the Chief Executive Officer of Unrivaled Brands, Inc. ("Unrivaled"). I am the Chief Executive Officer of Halladay Holding, LLC ("Halladay" and with Unrivaled, collectively, the "Debtors"). Unrivaled owns 100% of the membership interests in Halladay.

3. I have reviewed and am familiar with and am knowledgeable about the books and records of the Debtors, which books and records are made in the regular practice of business, kept in the regular course of business, made by a person with knowledge of the events and information related thereto, and made at or near the time of events and information recorded.

4. I am a seasoned Chief Executive Officer and Chief Financial Officer of multiple companies. I am the Founder and CEO of Adnant, LLC, an accounting and consulting firm advising companies on technical and operational accounting, strategic transactions, and the public offering process since 2009. I am an SEC financial reporting expert with comprehensive capital markets experience, and I helped guide more than 50 acquisitions, rollup, audits and integration efforts. I hold a Bachelor's Degree in Economics from the University of California, Los Angeles.

5. I began my tenure with Unrivaled as interim Chief Executive Officer on or about August 12, 2022, and I was appointed as Chief Executive Officer on December 23, 2022. During my tenure, I, and a team under my direction, conducted a thorough review of the Debtors' books and records.

6. I have personal knowledge of the facts set forth below and, if called to testify, I could and would testify competently thereto.

7. I have reviewed the *First Interim Application of Levene, Neale, Bender, Yoo & Golubchik L.L.P. for Approval of Fees and Reimbursement of Expenses* (the "LNBYG Application") filed by Levene, Neale, Bender, Yoo & Golubchik L.L.P. ("LNBYG"), general bankruptcy counsel to the Debtors.

8. I believe that the fees and expenses requested by LNBYG in the LNBYG Application are reasonable and appropriate in light of the scope, quality and results of the services provided by LNBYG to the Debtors and should be approved by the Court.

9. I have reviewed the *First Interim Application of Buchalter, APC for Approval of Fees and Reimbursement of Expenses* (the "Buchalter Application") filed by Buchalter, APC ("Buchalter"), special litigation counsel to the Debtors.

10. I believe that the fees and expenses requested by Buchalter in the Buchalter Application are reasonable and appropriate in light of the scope, quality and results of the services provided by Buchalter to the Debtors and should be approved by the Court.

11. I have reviewed the *First Interim Application of Adnant LLC for Approval of Fees* (the "Adnant Application") filed by Adnant, LLC ("Adnant"), chief restructuring officer and management to the Debtors.

12. I believe that the fees and expenses requested by Adnant in the Adnant Application are reasonable and appropriate in light of the scope, quality and results of the services provided by Adnant to the Debtors and should be approved by the Court.

13. As of the date of filing of this Declaration, the Debtors have cash on hand in a sum sufficient to make all of the professional fee and expense payments requested by the professionals described above.

I declare and verify under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 16th day of July 2025, at Los Angeles, California.

_____
Sabas Carrillo, Declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document **Declaration of Sabas Carrillo in Support of Applications of Debtors' Estate Professionals for Approval of Fees and Reimbursement of Expenses in Chapter 11 Bankruptcy Cases** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 16, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Reem J Bello    rbello@goeforlaw.com, kmurphy@goeforlaw.com
- Robert Carrasco    rmc@lnbyg.com, rmc@lnbyg.com
- Aaron E. De Leest    adeleest@marshackhays.com, adeleest@marshackhays.com,alinares@ecf.courtdrive.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com;Goe.RobertP.R@notify.bestcase.com;ajohnston@goeforlaw.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Anna Landa    alanda@kjfesq.com
- Andrew Servais    aservais@rosinglaw.com
- David Samuel Shevitz    David.S.Shevitz@usdoj.gov
- Kristine A Thagard    kthagard@marshackhays.com, kthagard@ecf.courtdrive.com;alinares@ecf.courtdrive.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel Wall    dwall@wallinrussell.com
- Pamela Kohlman Webster    pwebster@buchalter.com, smartin@buchalter.com
- David Wood    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;spineda@ecf.courtdrive.com;alinares@ecf.courtdrive.com

**2. SERVED BY UNITED STATES MAIL**: On **July 16, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1534 / Courtroom 1539
Los Angeles, CA 90012

☐ *Additional service on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR,

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

on **July 16, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 16, 2025 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**